Civil Action No.: **1:26–CV–11440–JCB**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _EVERQUOTE, INC._
was received by me on (date)_3/25/26_. _c/o CT CORP., 155 FEDERAL ST. BOSTON, MA_

☐ I personally served the summons on the individual at (place)_____
_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) _SEQVIERA LAVENDER_ _CLERK_, who is
designated by law to accept service of process on behalf of (name of organization)_EVERQUOTE, INC_
_____ on (date) _3/24/26_ ; or
_10:15AM_

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _65_ .

I declare under penalty of perjury that this information is true.

_3/26/26_
Date

_John Rymaszewski_
Server's Signature

_JOHN RYMASZEWSKI — PROCESS SERVER_
Printed name and title

_PO BOX 869100_
_MILTON, MA 02186_
Server's Address

Additional information regarding attempted service, etc: