AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert Hossfeld | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. 1:26-cv-11440 |
| | ) |
| Everqoute, Inc ET, AL | ) |
| _Defendant_ | ) |

**SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_    Farmers Group, Inc located at 1209 N. Orange Street Wilmington, Delaware 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Paronich Law PC , Anthony Paronich

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____            _____

_Signature of Clerk or Deputy Clerk_

## AFFIDAVIT OF SERVICE

| Case:<br>1:26-cv-11440-JCB | Court:<br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS | County: | Job:<br>15536879 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Robert Hossfeld | | **Defendant / Respondent:**<br>Everqoute, Inc ET, AL | |
| **Received by:**<br>Delaware Detective Group, LLC | | **For:**<br>Paronich Law PC | |
| **To be served upon:**<br>Farmers Group, Inc | | | |

I, Stephen Kempski, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**  Robin Banks, Corporate: 1209 North Orange Street, Wilmington, DE 19801

**Manner of Service:**  Registered Agent, Mar 26, 2026, 11:28 am EDT

**Documents:**  Summons in a Civil Action, Civil Cover Sheet, Jury Trial Demanded

**Additional Comments:**
1) Successful Attempt: Mar 26, 2026, 11:28 am EDT at Corporate: 1209 North Orange Street, Wilmington, DE 19801 received by Robin Banks. Age: 60's; Ethnicity: African American; Gender: Female; Weight: 150; Height: 5'6"; Hair: Black; Relationship: Intake Specialist;

_____          3/27/26
Stephen Kempski                                      Date

Delaware Detective Group, LLC
364 E. Main Street Suite 309
Middletown , DE 19709
302-373-3678