**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ROBERT HOSSFELD, individually and on behalf of others similarly situated,<br>Plaintiff, | )<br>)<br>) | Case No. 1:26-cv-11440-JCB |
| | ) | |
| v. | )<br>) | |
| EVERQUOTE, LLC and FARMERS GROUP, INC.<br>Defendant. | )<br>)<br>) | **Jury Trial Demanded** |

**MOTION FOR ADMISSION OF ALEXANDER H. BURKE *PRO HAC VICE***

Pursuant to Local Rule 83.5.3 of this Court, Anthony Paronich, a member of the Bar of this Court, a partner with the law firm of Paronich Law, P.C. and has entered an appearance in this action on behalf of Plaintiff, Robert Hossfeld, hereby moves this Court for the admission to the Bar of this Court, pro hac vice, of Alexander H. Burke, or Burke Law Offices, LLC, as counsel for Plaintiff. In connection therewith, Movant states as follows:

1. Alexander H. Burke, Esq. is an attorney at the law firm of Burke Law Offices, LLC.

2. Attached hereto in support of this Motion is the Certification of Alexander H. Burke, declaring that he is a member in good standing in every jurisdiction where he is admitted to practice; that there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and that he is familiar with the local rules of this Court.

3. Attorney Burke has been retained by Mr. Hossfeld along with myself to represent him in the above captioned litigation and will serve with the Movant as co-counsel for Plaintiff in this matter.  All process, notices, and other papers shall be served upon the undersigned, who will sign all papers filed with the Court and will attend all proceedings as required by the Court.

4. Due to the discretionary nature of this Motion, no Memorandum of Law is required.

5.      Counsel for Defendant has no objection with respect to this Motion.

**WHEREFORE**, the undersigned respectfully requests that this Honorable Court grant the instant Motion Pro Hac Vice.

Dated: April 2, 2026                       Respectfully submitted,

                                                */s/ Anthony Paronich*
                                                Anthony Paronich
                                                Paronich Law, P.C.
                                                350 Lincoln Street, Suite 2400
                                                Hingham, MA 02043
                                                [o] (617) 485-0018
                                                [c] (508) 221-1510
                                                [f] (508) 318-8100