**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ROBERT HOSSFELD, individually and on behalf of others similarly situated,<br>Plaintiff, | )<br>)<br>)<br>) | Case No. 1:26-cv-11440-JCB |
| v. | )<br>) | |
| EVERQUOTE, LLC and FARMERS GROUP, INC.<br>Defendant. | )<br>)<br>) | **Jury Trial Demanded** |

## CERTIFICATION OF ALEXANDER H. BURKE

I, Alexander H. Burke, declare and certify as follows:

1.    I am over the age of eighteen, am of sound mind, and have personal knowledge of the matters set forth in this declaration and attest that the information provided is accurate to the best of my knowledge.

2.    I submit this declaration to be admitted pro hac vice to represent Plaintiff Robert Hossfeld in the above-referenced case.

3.    I am an attorney at the law firm Burke Law Offices, LLC, 909 Davis Street, Suite 500, Evanston, IL 60201. My e-mail address is aburke@burkelawllc.com. My telephone number is 312-729-5288.

4.    I am licensed to practice law by the Supreme Courts of Wisconsin and Illinois and admitted to practice law in the federal courts in the list attached hereto.

5.    I am a member of the bar in good standing in every state and federal jurisdiction where I am admitted to practice.

6.    I have no disciplinary proceedings pending against me, I have no pending disciplinary complaints as to which a finding has been made that such

complaint should proceed to a hearing, and have never had any disciplinary complaints.

7.       I have never been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn any application for admission to practice while facing a disciplinary complaint before this Court or any other court.

8.       I have fully reviewed and am familiar with the Federal Rules of Civil Procedure and the Local Rules of the U.S. District Court for the District of Massachusetts.

I, Alexander H. Burke, hereby aver that the foregoing is true and correct to the best of my knowledge under the penalty of perjury.


Dated: April 2, 2026                              */s/ Alexander H. Burke*

                                                          Alexander H. Burke


Alexander H. Burke
**BURKE LAW OFFICES, LLC**
909 Davis Street, Suite 500
Evanston, IL 60201
(312) 729-5288
ABurke@BurkeLawLLC.com

Alexander H. Burke has been admitted to practice before the following courts:

| Court | Admission Date |
| --- | --- |
| Illinois | November 6, 2003 |
| N.D. Ill. | December 18, 2003 |
| N.D. Ind. | February 27, 2004 |
| E.D. Wis. | March 5, 2004 |
| C.D. Ill. | March 16, 2004 |
| 7th Cir. | June 29, 2004 |
| S.D. Ind. | August 4, 2004 |
| S.D. Ill. | June 9, 2005 |
| 1st Cir. | March 7, 2006 |
| D. Neb. | March 5, 2013 |
| Wisconsin | March 10, 2011 |
| W.D. Wis. | December 16, 2013 |
| 8th Cir. | June 10, 2016 |
| 11th Cir. | June 14, 2016 |
| 2d Cir. | June 23, 2016 |
| W.D.N.Y. | December 12, 2016 |
| E.D.Mo. | January 21, 2018 |
| District of Utah | December 3, 2025 |