IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROBERT HOSSFELD, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:26-cv-11440-JCB |
| EVERQUOTE, INC., and FARMERS GROUP, INC., Defendant. | ) ) ) ) | |

**DEFENDANT EVERQUOTE, INC.'S ASSENTED-TO MOTION
FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**

Defendant, EverQuote, Inc. ("EverQuote"), hereby moves with the assent of Plaintiff to extend the deadline to answer or otherwise respond to Plaintiff's Complaint to a date up to and including May 15, 2026.  As grounds for its motion, EverQuote states that it requires additional time to prepare and finalize its response to the allegations raised in Plaintiff's Complaint.  Counsel for EverQuote obtained the assent of Plaintiff to the filing of this motion and Plaintiff's counsel has agreed to the proposed extension.

Wherefore, EverQuote requests the Court grant its motion extending the date to file its responsive pleading to May 15, 2026.

Respectfully submitted,

**ASSENTED TO:**

PLAINTIFF ROBERT HOSSFELD
By his Attorney,
PARONICH LAW, P.C.

*/s/ Anthony I. Paronich*
Anthony I. Paronich
anthony@paronichlaw.com
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018

EVERQUOTE, INC.
By its Attorneys,
CAMPBELL CONROY & O'NEIL, P.C.

*/s/ Christopher B. Parkerson*
Christopher B. Parkerson (BBO #662952)
cparkerson@campbell-trial-lawyers.com
20 City Square, Suite 300
Boston, MA 02129
617-241-3000

***signed with permission**

1

## <u>CERTIFICATE OF SERVICE</u>

I, Christopher B. Parkerson, hereby certify that on April 7, 2026, I electronically filed the within, Assented to Motion for Extension of Time to File a Responsive Pleading, with the Clerk of the Court using the electronic filing system (EFS) which will send such notification of such filing to counsel of record.

*/s/ Christopher B. Parkerson*
Christopher B. Parkerson

2