IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROBERT HOSSFELD, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:26-cv-11440-JCB |
| EVERQUOTE, INC., and FARMERS GROUP, INC., Defendant. | ) ) ) ) ) | |

## DEFENDANT EVERQUOTE, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that EverQuote, Inc., ("EverQuote") has no parent corporation, and that no publicly held corporation owns 10% or more of EverQuote's stock.

Dated this 9th day of April, 2026.

Respectfully submitted,

EVERQUOTE, INC.
By its Attorneys,
CAMPBELL CONROY & O'NEIL, P.C.

*/s/ Christopher B. Parkerson*
Christopher B. Parkerson (BBO #662952)
cparkerson@campbell-trial-lawyers.com
20 City Square, Suite 300
Boston, MA 02129
617-241-3000

## CERTIFICATE OF SERVICE

I, Christopher B. Parkerson, hereby certify that on April 9, 2026, I electronically filed the within, Corporate Disclosure Statement, with the Clerk of the Court using the electronic filing system (EFS) which will send such notification of such filing to counsel of record.

*/s/ Christopher B. Parkerson*
Christopher B. Parkerson