# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT HOSSFELD, individually and on  behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> EVERQUOTE, INC., and FARMERS GROUP, INC., <br><br> Defendants. | ) ) ) ) ) )   Civil Action No. 1:26-cv-11440-JCB ) ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

Please enter the Notice of Appearance for Jeffrey Butler of Troutman Pepper Locke LLP, 111 Huntington Avenue, Boston, MA  02199 for the Defendant, Farmers Group, Inc. in the above referenced matter.

Respectfully submitted,
FARMERS GROUP, INC.

By its attorneys,

Dated:  April 15, 2026

/s/ *Jeffrey Butler*
Jeffrey A. Butler (BBO #716020)
TROUTMAN, PEPPER, LOCKE LLP
111 Huntington Avenue, 9th Floor
Boston, MA 02199-7613
Tel: (617) 239-0100
jeff.butler@troutman.com

## Certificate of Service

I hereby certify that on April 15, 2026, a true and correct copy of the foregoing motion was filed through the Court's Electronic Case Filing (ECF) system and thereby served on all parties registered to received electronic notifications through ECF.

/s/ *Jeffrey Butler*
Jeffrey Butler

251297346v1