# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT HOSSFELD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EVERQUOTE, INC., and FARMERS GROUP, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)    Civil Action No. 1:26-cv-11440-JCB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT FARMERS GROUP, INC'S ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE PLEAD

Defendant, Farmers Group, Inc. ("FGI"), hereby moves with the assent of Plaintiff to extend the deadline to answer or otherwise respond to Plaintiff's Complaint to a date up to and including May 15, 2026. As grounds for its motion, FGI states that it requires additional time to prepare and finalize its response to the allegations raised in Plaintiff's Complaint. Counsel for FGI obtained the assent of Plaintiff to the filing of this motion and Plaintiff's counsel has agreed to the proposed extension.

Wherefore, FGI requests the Court grant its motion extending the date to answer or otherwise plead to May 15, 2026.

Respectfully submitted,
FARMERS GROUP, INC.

By its attorneys,

Dated:  April 15, 2026

/s/ *Jeffrey Butler*
Jeffrey A. Butler (BBO #716020)
TROUTMAN, PEPPER, LOCKE LLP
111 Huntington Avenue, 9th Floor
Boston, MA 02199-7613
Tel: (617) 239-0100
jeff.butler@troutman.com

327874889v1

**Local Rule 7.1 Certification**

I certify that on April 15, 2026, counsel for the parties conferred in good faith in an effort to resolve or narrow the issue presented by this motion. Plaintiff assents to this motion

/s/ *Jeffrey Butler*
Jeffrey Butler

**Certificate of Service**

I hereby certify that on April 15, 2026, a true and correct copy of the foregoing motion was filed through the Court's Electronic Case Filing (ECF) system and thereby served on all parties registered to received electronic notifications through ECF.

/s/ *Jeffrey Butler*
Jeffrey Butler

327874889v1