# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

ROBERT HOSSFELD, individually and on behalf of all others similarly situated,

Plaintiff,

v.

EVERQUOTE, INC., and FARMERS GROUP, INC.,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:26-cv-11440-JCB

## NOTICE OF APPEARANCE

Please enter the Notice of Appearance for Maxwell Gessman of Troutman Pepper Locke LLP, 111 Huntington Avenue, Boston, MA  02199 for the Defendant, Farmers Group, Inc. in the above referenced matter.

Respectfully submitted,
FARMERS GROUP, INC.

By its attorneys,

Dated:  May 15, 2026

/s/ *Maxwell Gessman*
Maxwell Gessman (BBO #715177)
TROUTMAN, PEPPER, LOCKE LLP
111 Huntington Avenue, 9th Floor
Boston, MA 02199-7613
Tel: (617) 239-0100
maxwell.gessman@troutman.com

## Certificate of Service

I hereby certify that on May 15, 2026, a true and correct copy of the foregoing motion was filed through the Court's Electronic Case Filing (ECF) system and thereby served on all parties registered to received electronic notifications through ECF.

/s/ *Maxwell Gessman*
Maxwell Gessman

329290946v1