**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ROBERT HOSSFELD, individually and on behalf of others similarly situated,<br>    *Plaintiff,*<br><br>*v.*<br><br>EVERQUOTE, INC., and FARMERS GROUP, INC.<br>    *Defendants.* | Case No. 1:26-cv-11440-JCB |

**DEFENDANT EVERQUOTE, INC.'S**
**MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

Defendant EverQuote, Inc. ("EverQuote"), by and through its undersigned counsel, hereby moves this Honorable Court to dismiss Plaintiff Robert Hossfeld's ("Plaintiff") Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

**LOCAL RULE 7.1 (A)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that on May 13, 2026, and May 14, 2026, counsel for EverQuote has conferred in good faith with counsel for Plaintiff, Robert Hossfeld, via email, prior to filing this Motion in an attempt to resolve the issues raised herein.  Plaintiff's counsel opposes the relief sought.

Dated: May 15, 2026       Respectfully submitted,

               */s/ Christopher B. Parkerson*
               Christopher B. Parkerson, (BBO#662952)
               Campbell Conroy & O'Neil, P.C.
               20 City Square, Suite 300
               Boston, MA 02129
               Telephone: (617) 241-3075
               cparkerson@campbell-trial-lawyers.com

1

AND

Eric J. Troutman (*pro hac vice forthcoming)*
Tori L. Guidry (*pro hac vice forthcoming*)
Blake H. Landis (*pro hac vice forthcoming*)
Troutman Amin, LLP
400 Spectrum Center Drive
Suite 1450
Irvine, CA 92618
Telephone: (949) 350-3663
Facsimile:(949)203-8689
tori@troutmanamin.com

*Counsel for Defendant EverQuote, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 15, 2026, a copy of the foregoing was filed electronically and served by other electronic means on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Christopher B. Parkerson*
Christopher B. Parkerson

2