**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ROBERT HOSSFELD, individually and on behalf of others similarly situated,<br>   *Plaintiff,*<br><br>*v.*<br><br>EVERQUOTE, INC., and FARMERS GROUP, INC.<br>   *Defendants.* | Case No. 1:26-cv-11440-JCB |

**DEFENDANT EVERQUOTE, INC.'S
MOTION TO STAY DISCOVERY**

Defendant EverQuote, Inc. ("EverQuote"), by and through its undersigned counsel, hereby

submits this Memorandum of Law in Support of its Motion to Stay Discovery.

**LOCAL RULE 7.1 (A)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that on May 13, 2026, and May 14, 2026,

counsel for EverQuote has conferred in good faith with counsel for Plaintiff, Robert Hossfeld, via

email, prior to filing this Motion in an attempt to resolve the issues raised herein.  Plaintiff's

counsel opposes the relief sought.

Dated: May 15, 2026      Respectfully submitted,

            */s/ Christopher B. Parkerson*
            Christopher B. Parkerson, (BBO#662952)
            Campbell Conroy & O'Neil, P.C.
            20 City Square, Suite 300
            Boston, MA 02129
            Telephone: (617) 241-3075
            cparkerson@campbell-trial-lawyers.com

            AND

            Eric J. Troutman (*pro hac vice forthcoming)*
            Tori L. Guidry (*pro hac vice forthcoming*)

Blake H. Landis (*pro hac vice forthcoming*)
Troutman Amin, LLP
400 Spectrum Center Drive
Suite 1450
Irvine, CA 92618
Telephone: (949) 350-3663
Facsimile:(949)203-8689
tori@troutmanamin.com

*Counsel for Defendant EverQuote, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 15, 2026, a copy of the foregoing was filed electronically and served by other electronic means on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Christopher B. Parkerson*
Christopher B. Parkerson

2