# Exhibit 2

# AGENT APPOINTMENT AGREEMENT



This Agent Appointment Agreement ("Agreement") is between <u>ALEXANDER JOSEPH HOLMES</u> ("Agent"), on the one hand, and Farmers Insurance Exchange, Truck Insurance Exchange, Fire Insurance Exchange, Farmers New World Life Insurance Company, and their subsidiaries and affiliated insurers which, during the term of this Agreement, file a notice of Agent's appointment with the state of <u>TX</u> ("State") (collectively "the Companies"), on the other hand, to which filing Agent hereby consents. Agent and the Companies may be referred to individually as a "Party" or collectively as the "Parties."

The effective date of this Agreement is <u>10/01/2025</u> ("Effective Date"). Agent accepts appointment by the Companies for a period beginning on Effective Date and ending no later than <u>09/30/2028</u> ("Maximum Possible Appointment Period"), unless the Maximum Possible Appointment Period is extended by mutual agreement in a writing signed by Agent and an authorized representative of the Companies.

Now, therefore, in consideration of the mutual covenants and obligations contained herein, and other good and valuable consideration, the receipt and sufficiency of which is hereby mutually acknowledged, the Parties agree as follows:

**A. Companies' Duties.**

The Companies agree, in consideration of Agent's agreements:

1. To pay during the term of this Agreement new business and service commissions or any other commission to Agent in accordance with commission schedules and rules as established by the Companies and in effect on the effective date of a commission transaction, so long as Agent maintains required licenses and appointments. The current commission schedules and rules are attached to this Agreement as Exhibit 1. If the Companies change the commission schedules and rules, the Companies will provide Agent with the updated commission schedules and rules. Updated commission schedules and rules can be communicated to Agent in bulletins, other publications, and through posting on an electronic dashboard available to Agent. Except for the initial folio on or after Effective Date and post-termination commissions, any commissions owed to Agent under this Agreement will be paid within the first three business days of the month after the applicable folio close date. Folio close dates may precede the end of a calendar month, so the applicable folio close date may be in the calendar month after the effective date of a commission transaction.

2. To make available to Agent policyholder records and other information necessary to carry out the provisions of this Agreement.

3. To make available, from time to time and in the Companies' sole discretion, access to advertising programs.

4. To make available to Agent opportunities to pursue additional education.

**B. Agent's Duties.**

Agent agrees, in consideration of the Companies' agreements:

1. That Agent will sell, solicit, and service insurance for the Companies and submit to the Companies every request or application for insurance for the classes and lines underwritten by the Companies and eligible in accordance with their published underwriting rules and manuals. All business acceptable to the Companies and written by Agent will be placed with the Companies. If business is not acceptable to the Companies, Agent shall place such business through Kraft Lake Insurance Agency, Inc. (hereinafter "Kraft Lake"), if eligible for placement through Kraft Lake. Only business that is not acceptable to the Companies and not eligible for placement through Kraft Lake may be placed outside the Companies.

2. That Agent will provide, at Agent's own cost, the facilities, equipment, supplies, and personnel necessary to furnish professional insurance services to all policyholders of the Companies including, but not limited to, collecting and promptly remitting monies due the Companies, receiving claims, notifying the Companies of all claims, and servicing all policyholders of the Companies in such a manner as to advance the interests of the policyholders,

Proprietary and Confidential

potential policyholders, Agent, other agents of the Companies and the Companies. The location Agent elects for Agent's office must be approved by the Companies, which approval will not be unreasonably withheld, and Agent is responsible for ensuring that the office location Agent elects does not unduly interfere with the business established by another agent. The business conducted by Agent is referred to in this Agreement as the "Agency."

3. To permit authorized representatives of the Companies to review and examine, at all reasonable times, all Agency records for the purpose of verifying compliance with this Agreement and to fully cooperate in such efforts and to ensure that all records relating to the Agency under this Agreement are kept separate and apart from other records Agent may retain in Agent's office. Agent will ship applicable records to the Companies upon request.

4. To surrender on termination of this Agreement all records, policyholder information, levy lists, cards, books, manuals, papers, forms, or other material of any kind, having to do in any manner with the business of the Companies, and to delete or destroy all copies thereof in whatever media. Notwithstanding the generality of the foregoing, Agent may retain only those records required by law.

5. That Agent will provide a fidelity bond with limits of $100,000 in favor of the Companies covering Agent and all of Agent's employees and/or representatives.

6. That Agent will obtain and maintain during the term of this Agreement, at Agent's sole expense, an Errors and Omissions ("E&O") policy covering every employee of the Agency and issued by an insurer with a minimum AM Best rating of A or better and with limits of liability not less than $1,000,000 per claim and $2,000,000 in the aggregate. Such E&O policy must name the Companies as an additional insured. The E&O policy must cover claims arising with respect to requests for policies underwritten by any entity that is a part of the Farmers Insurance Group of Companies®, or any other entity for which Agent holds itself out as doing business. The E&O policy must include a duty to defend provision under which Agent is obligated to defend the Companies in the event of a claim. The E&O policy must also include an extended reporting period of ninety (90) days beyond termination of this Agreement. Upon request by the Companies, Agent shall immediately provide the Companies with evidence of the required E&O policy.

7. That Agent will meet any minimum business results standards the Companies may establish in their sole discretion.

8. That Agent and all of Agent's employees and/or representatives will conduct business in accordance with the published underwriting, product, and premium handling guidelines of the Companies in effect at the time of the appointment, established at any time prior to the termination of this Agreement, and/or modified from time to time by the Companies.

9. That Agent and all of Agent's employees and/or representatives will adhere to the Companies' brand standards and use the Companies' trade names, trademarks, service marks and other brand names associated with the Companies only as expressly authorized and pre-approved by the Companies in their sole discretion. Agent will obtain approval from the Companies in writing before broadcasting, publishing or distributing any marketing materials not supplied or pre-approved by the Companies that refer to the Companies or their products. Upon termination of this Agreement, Agent will immediately cease broadcasting, publishing and distributing materials referring to the Companies or their products and will not use any names, logos, trademarks, service marks or symbols belonging to the Companies in promotional materials provided to existing or prospective policyholders or newly placed advertisements.

10. That Agent's binding authority may be withdrawn upon written notice to Agent.

11. That Agent's folio will be deducted for costs associated with applicable new business quote reports (e.g. motor vehicle reports).

12. That Agent will notify the Companies, in writing, within thirty (30) days following:

   a. Any changes in the following items regarding Agent:

      1. Legal status of the Agency.
      2. License status.
      3. Name.
      4. Telephone numbers.
      5. Physical address.

6. Other contact information, including digital presence.

7. Management or control of Agent.

b. The occurrence of any of the following that pertain to the subject matter of this Agreement:

1. Insurance-related fines or penalties assessed against Agent or an Agency staff member.

2. All regulatory inquiries.

3. Any formal regulatory complaint made to or by a Department of Insurance or other governmental agency against Agent.

4. Any claim or filed lawsuit or administrative action against Agent.

5. Termination of any Agency staff member with access to the Companies' systems.

6. Any criminal conviction of Agent or an Agency staff member for an act involving dishonesty or a breach of trust.

13. That Agent and any Agency staff requiring a license will secure and maintain in full force and effect at all times during the term of this Agreement any and all licenses and/or authorizations to work required to represent the Companies under this Agreement. Agent further agrees that any Agency producer shall execute a sub-producer appointment agreement with the Companies prior to engaging in any business relating to the Companies.

14. To comply with all post-termination obligations set forth in this Agreement.

15. To confirm that the Agency operations conducted in accordance with this Agreement comply with all applicable laws and regulations, including, without limitation, all laws and regulations governing the business of insurance and any businesses conducted by affiliates of Agent that may impact the Agency operations. Agent bears full responsibility for any person that performs work for Agent in connection with this Agreement. Agent guarantees the performance and obligations of all such persons as if such persons signed this Agreement.

C. **Effect on Prior Agreements.** If this Agreement becomes effective at a time when Agent is party to a pre-existing agent appointment agreement with the Companies in the State (referred to as the "Prior Agreement"), the terms and conditions of this Agreement shall replace those of the Prior Agreement in their entirety, except that any and all previously executed addendums to the Prior Agreement will remain in full force and effect as addendums to this Agreement and any reference in such addendums to time periods shall be interpreted as being reduced by the portion of such time which ran during the effective term of the applicable addendum. The terms and conditions of the Prior Agreement shall otherwise have no continuing effect. Agent agrees that no Contract Value will be payable under the Prior Agreement and that any potential rights to Contract Value will be determined according to the terms and conditions of this Agreement. In the event of any inconsistency between the terms of this Agreement and any prior agreements between the Companies and Agent, the terms of this Agreement shall govern.

D. **Condition Precedent.** Agent is not entitled to receive any compensation which is paid or projected to be paid pursuant to applicable policies of the Companies on or after the effective date of this Agreement's termination, except as otherwise provided in this Agreement.

E. **Termination of this Agreement.**

1. This Agreement automatically and immediately terminates at the end of the Maximum Possible Appointment Period.

2. This Agreement may be terminated at any time by either Agent or the Companies upon six (6) months written notice based on either the Agent's or the Companies' changed business circumstances or market conditions.

3. This Agreement may be terminated by the Companies on sixty (60) days' written notice if Agent fails to operate the Agency consistent with industry or professional standards.

4. If the provisions of this Agreement are breached by Agent or any employee or other representative of Agent, on the one hand, or one or more of the Companies, on the other hand, this Agreement may be terminated by the other party on thirty (30) days' written notice.

5. This Agreement may be terminated immediately by mutual consent of Agent and the Companies.

6.  This Agreement may be terminated immediately by the Companies for any of the following:

    a.  Fraud, embezzlement, conversion, misappropriation or theft in connection with the Agency by Agent or any employee or other representative of Agent, or disappearance of premium or property belonging to the Companies or a consumer which is not explained to the Companies' satisfaction, or failure to promptly remit required funds to the Companies or obtaining insurance from one or more of the Companies for Agent's own benefit without timely payment of premium;

    b.  Causing, either directly or indirectly, the switching of insurance of a policyholder from the Companies to another insurer, or contacting, either directly or indirectly, a policyholder of the Companies for the purposes of switching their insurance to another insurer;

    c.  Abandonment of the Agency;

    d.  Misrepresentation on the part of Agent or any of Agent's employees or representatives in connection with the Agency that is material to the operation of the Agency or the Companies;

    e.  Conviction of Agent of a felony, or for committing any unlawful, dishonest or fraudulent act; or

    f.  Conduct that is disparaging of or detrimental to the Companies, including, without limitation, license revocation, suspension or nonrenewal, failing to safeguard confidential information, or offering insurance through another insurance carrier, agency or broker, directly or through an Agency staff or family member, that is acceptable for placement with the Companies.

7.  This Agreement may, at the option of the Companies, terminate immediately in the event that any proceedings in bankruptcy are instituted by or against Agent.

8.  If this Agreement is terminated pursuant to paragraph E.3, E.4 or E.6 and it is later determined that longer notice should instead have been provided, the termination remains effective and Agent's sole recoverable damages, if any, shall be limited to Agent's lost profits incurred during the shortest notice period deemed appropriate, which in no event shall exceed six (6) months.

F.  **Post-Termination Commissions.** Upon and after the effective termination date of this Agreement, Agent will not be entitled to any commissions except as provided in this paragraph. For all policies written prior to the effective termination date for any of the Companies that calculate commissions as premiums are received (hereinafter "PAR Insurers"), Agent will be entitled to first year new business commissions which become payable over the next twelve months following termination, less chargebacks. Payment of such commissions will occur within 90 days after the completion of the twelve months. For all policies written prior to the effective termination date for the Companies other than PAR Insurers, Agent will be entitled to any commissions based on new business written and paid preceding the effective date of termination of this Agreement, less chargebacks. Payment of such commissions will occur within 180 days after termination of this Agreement. No service commissions will be payable to Agent after the effective termination date of this Agreement.

G.  **Sale of Agent's Service and Commission Rights.** Agent or Agent's heirs may sell all or any part of Agent's service and commission rights to another person or entity at any time on the following conditions: (1) the sale and purchaser are approved by the Companies in accordance with the Companies' procedures in place at the time Agent seeks approval; (2) the approved purchaser executes an appointment agreement with the Companies; (3) Agent or Agent's heirs provide a notice of intended sale to the Companies six (6) months in advance of the intended sale, or such other advance notice period approved by the Companies; (4) Agent has repaid all debts owed to the Companies; and (5) there are no liens or claims on any amounts that may be owed to Agent under this Agreement, including any estimated Contract Value. The Companies shall have the sole discretion in the approval of any proposed sale or purchaser, however, the Companies will not unreasonably withhold approval of a proposed sale or purchaser. All written communications, documents and advertisements concerning Agent's intent to sell all or any part of Agent's service and commission rights must be accurate. Any approval by the Companies of communications, documents or advertisements or of a sale or a buyer shall not constitute a warranty by the Companies of the accuracy of representations, the appropriateness of the sale terms or the buyer's ability or willingness to perform.

**H. Contract Value.** "Contract Value" is a payment made to an agent whose appointment agreement with the Companies is being terminated other than for any of the reasons set forth in paragraph E.6.a. It is intended by the Parties as additional consideration for the post-termination obligations described in this Agreement. Should this Agreement be terminated pursuant to paragraph E.6.a or if Agent's service and commission rights are sold pursuant to paragraph G, no Contract Value payment will be made.

1. Calculating Contract Value.

   Contract Value is based upon the following factors: (1) the amount of service commissions paid to Agent on Active policies, as defined by the Companies (e.g., without limitation, policies in the 5xx and 8xx series are not Active policies), during the twelve-month period immediately preceding the effective date of termination; (2) the number of policies in Agent's Active code number, as defined by the Companies, as of the effective date of termination; and (3) any amounts owed to the Companies. In the event Agent has less than fifty (50) policies in an Active code number, Contract Value is $0.

   Otherwise, Contract Value is computed as the amount of service commissions paid to Agent on Active policies during the twelve-month period immediately preceding the effective date of termination, times the multiplier specified in the following schedule, minus any amounts owed to the Companies:

| TWELVE MONTH SERVICE COMMISSIONS MULTIPLIER | |
| --- | --- |
| **Number of Active Policies** | **Percent of Service Commission Paid** |
| Below 50 | 0% |
| 50 - 750 | 25% |
| 751 – 1,500 | 50% |
| 1,501 – 2,000 | 75% |
| Over 2,000 | 100% |

2. Paying Contract Value.

   Contract Value is paid in not less than three (3) equal installments and at not less than six (6) month intervals. The first payment will be made within a reasonable time (up to 120 days) after the effective date of termination of the Agreement, and subsequent payments will be made within a reasonable time (up to 120 days) after they become due. Agent may elect to receive Contract Value in three or more equal annual installments, the first installment to be paid within a reasonable time (up to 120 days) after the effective date of termination of the Agreement, and subsequent payments will be made within a reasonable time (up to 120 days) after they become due. Only if Agent dies or becomes totally and permanently disabled before this Agreement is terminated, or Contract Value is $10,000 or less, may Agent or Agent's estate, as applicable, elect to receive Contract Value in one lump sum.

**I. Repayment Obligations.** In addition to any other remedy available to the Companies under this Agreement and applicable law, Agent authorizes repayments of any amounts owed to the Companies by deduction from Agent's folio(s) or any other compensation, including any Contract Value or bonus amounts, payable to Agent by the Companies. Agent further agrees that the Companies will have the first lien in the amount of any unpaid balance due as an offset against any amounts Agent may at any time be entitled to receive from the Companies before, upon or after termination of the Agreement, including, without limitation, any Contract Value. Agent represents, warrants, and agrees that first-lien status has not been and will not be granted to any third party and that Agent will not grant any rights to any third party that would impair the Companies' right to repayment. Agent further agrees that on termination of this Agreement, Agent will pay and/or continue to pay to the Companies all amounts owed to the Companies in connection with this Agreement, including any overpaid commissions, whether due to policy cancellation or otherwise.

**J. Agent Bonuses.** From time to time and in their sole discretion, one or more of the Companies may make available to Agent various bonus programs. All bonus programs are subject to termination or modification by the Companies at any time. While the Companies attempt to provide a summary of the terms and conditions of existing bonus programs on an annual basis, such terms and conditions are subject to change at any time and revisions may be communicated in bulletins or other publications.

**K.  Post-Termination Obligations.**

Agent agrees:

1.  That Agent will accept the payment or tender of Contract Value (or installment(s) of Contract Value, if applicable), if any is due under this Agreement.

2.  That except for any post-termination commissions or Contract Value payments owed under this Agreement, Agent has no further interest in or rights under this Agreement, is not entitled to further or additional compensation of any kind and is no longer authorized to act as an agent of the Companies as of the effective date of termination specified by the Companies.

3.  At the request of the Companies, to execute an assignment of any and all interests obtained incidental to this Agreement, including, without limitation, any interest in the telephone or facsimile numbers, domain names, websites, and email addresses used in connection with the appointment and Agency. If any third-party approval is necessary to effectuate any such assignment, Agent agrees to make Agent's best efforts to obtain such approval.

4.  For a period of one year following the effective date of termination of this Agreement, to neither directly nor indirectly in any manner solicit, accept, or service, for or on behalf of Agent, or any insurer or broker, the insurance business of any of the Companies' policyholders of record in the Agency as of the effective date of termination.

5.  Not to use at any time before or after the effective date of termination of this Agreement the confidential information and/or trade secrets of the Companies for any purpose not related to Agent's duties under this Agreement.

6.  Upon the effective date of the termination of this Agreement, to immediately cease using, and remove any signage including any names, logos, trademarks, service marks or symbols belonging or relating to the Companies.

7.  Agent shall not be relieved of Agent's post-termination obligations under this Agreement on the grounds that no Contract Value is to be paid to Agent under the terms of this Agreement.

**L.  Renewals, Expirations, and Return of Confidential Information.**

Agent agrees:

1.  That all policy renewals and expirations, and any and all rights or privileges regarding the policies produced by or on behalf of any of the Companies ("Policies"), including all records pertaining to Policies, are at all times during the term of this Agreement and thereafter will remain, without limitation, the property of the Companies.

2.  That all guidelines, lists and other business, policy, and/or customer information of any kind relating to the Companies on any media, including, without limitation, information pertaining to business operations, guidelines, procedures, systems, plans, strategies, marketing, suppliers, strategic relationships, financials, policyholders and expirations and the expirations themselves, whether or not furnished by the Companies or others associated with the Companies in any capacity, contain and/or constitute trade secret and confidential information of the Companies, and are and will remain, after termination of this Agreement, the property of the Companies. The Companies' property and information will not be used or divulged, directly or indirectly, in any way detrimental to the Companies and will be returned immediately to the Companies, and any copies on all media will be destroyed or deleted, upon termination of this Agreement. Agent will not retain the Companies' property or information, in any form, following termination of this Agreement.

3.  That Agent has no right, title or interest, assignable or otherwise, in the Companies' property, either during the continuance of this Agreement or upon termination, and nothing herein or elsewhere contained is intended to or shall be construed to entitle Agent to any right, title or interest in the Companies' property.

4.  From the effective date of this Agreement until all of the Companies' property and information is returned as required, to maintain all records in compliance with the Companies' data privacy and security policies and applicable law concerning record security, confidentiality, and retention. Among other things, Agent will establish and utilize physical, electronic, and administrative safeguards designed to protect the security and confidentiality of the Companies confidential information, including:

    a.  Adoption of and compliance with an appropriate written information security program outlining Agent's mechanisms and procedures for safeguarding all confidential information in Agent's possession;

    b.  Limiting access to the information to only those who have a reasonable need for such information related to Agent's obligations under this Agreement; and

Proprietary and Confidential

c. Instructing all persons who have access to the information of the necessity to maintain the confidentiality and security of the information.

**M.  Use of Electronic Resources.**

1.  The Companies grant Agent and Agent's staff as authorized by the Companies access to the Companies' Electronic Resources, which means any connection to the Companies' computer systems and the functions available through such systems. The Companies may alter the functionality of these Electronic Resources at any time for any reason. Agent and Agent's staff use of the Electronic Resources will be only for business purposes in connection with the sale, solicitation, negotiation, or servicing of the Companies products. Agent and Agent's staff will not modify the materials available through the Electronic Resources and will not remove any copyright notices or symbols, service mark notices or symbols and other proprietary notices contained in the materials. Agent and Agent's staff may not, without the Companies' prior written permission, copy any material contained on the Companies' systems.

2.  Agent and Agent's authorized staff may not share their credentials for accessing the Electronic Resources with each other or any third parties. Agent will immediately notify the Companies of any unauthorized access to the Electronic Resources or any other breach of security of the Companies' systems.

3.  Agent's use of the Electronic Resources is at the Companies' sole discretion and may be restricted or terminated by the Companies at any time for any reason. Permission to use the Electronic Resources automatically terminates on the effective date of the termination of this Agreement unless otherwise mutually agreed upon by the Parties and subject to the terms herein. Upon termination of Agent's use of the Electronic Resources, Agent must immediately return, destroy or delete any downloaded or printed materials to the Companies, unless retention of such materials is required for compliance with laws or regulations.

4.  The information, materials and services obtained through use of the Electronic Resources are being provided to Agent "as is," and "as available," with no warranty. The Companies do not warrant or guarantee the accuracy, adequacy or completeness of the information and materials, and expressly disclaim liability for any errors or omissions in this information and materials except to the extent the information or materials do not align with the rates approved in the Companies' filing(s). TO THE MAXIMUM EXTENT PERMITTED BY LAW, THE COMPANIES DISCLAIM ALL REPRESENTATIONS AND WARRANTIES, OF ANY KIND, WHETHER EXPRESS, IMPLIED OR STATUTORY, INCLUDING, WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF TITLE, NON-INFRINGEMENT, MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. In no event will the Companies be liable for any damages, including, without limitation, direct or indirect, special, incidental, compensatory, exemplary or consequential losses, including, without limitation, lost or misdirected applications, lost profits, lost customers, lost goodwill, or lost or stolen programs or other data or expenses, however caused, and under any theory of liability even if the Companies, their employees or representatives thereof, are advised of the possibility or likelihood of such damages, losses or expenses arising out of, or in connection with:

    a. Use of, or inability to use, Electronic Resources;

    b. Any performance failure, error, omission, interruption, defect or delay in operation or transmission of the Electronic Resources;

    c. Line or system failure; or,

    d. The introduction of a computer virus or other technical sabotage to the Electronic Resources.

5.  The Companies have the right to monitor, access, retrieve and read all information and material that is created, sent, received, accessed, or stored on the Electronic Resources.

**N.  Independent Contractor.** Nothing contained herein is intended or may be construed to create the relationship of employer and employee or franchisor and franchisee between the Companies and Agent or between the Companies and anyone employed by or otherwise working in the Agency. At all times, Agent is and shall be responsible for the acts and/or omissions of Agency personnel. Agent and the Companies expressly acknowledge and agree that Agent is an independent contractor for all purposes.

Agent shall, as an independent contractor, exercise the sole right to control all Agency operations and determine the time, place, and manner in which Agent's duties and other objectives of the Companies are met, provided that Agent and all of Agent's employees and/or representatives conform to normal good business practice, and all local, state and federal laws governing the conduct of the Companies, their agents and individuals working for Agent.

The Parties also agree that factors exist that support this independent contractor status, including, without limitation, the Parties' understanding of the relationship at the time this Agreement is executed, Agent's right to choose when and where to provide services under the Agreement, Agent's right to select the individuals who will assist Agent in selling and servicing insurance and set their compensation, Agent's right to determine the amount of time and work which may be needed to accomplish or meet Agent's duties under this Agreement, Agent's right to determine their level of investment in the Agency and the tools the Agent believes are necessary to achieve the objectives of the Agreement, Agent's right and opportunity to realize a business profit or suffer loss in operating the Agency, and Agent's right to choose the persons to be solicited and the area wherein solicitation is conducted. Agency operations are and can be conducted outside of the Companies' place of business. Agent is solely responsible for the payment of necessary expenditures or losses incurred as a direct result of meeting Agent's obligations under this Agreement, as well as for the payment of all applicable taxes on compensation received. The Parties agree that Agent is free to decline to participate in or take advantage of any voluntary resource or program offered by the Companies.

**O.  Indemnification.**

1.  To the fullest extent permitted by law, the Companies shall indemnify, defend and hold harmless Agent from and against any and all third-party claims, causes of actions, losses, damages, liabilities, costs and expenses, including costs of settlements and reasonable attorneys' fees arising from the acts, errors, or omissions of the Companies, except to the extent that Agent caused such liability.

2.  To the fullest extent permitted by law, Agent shall indemnify, defend and hold harmless the Companies from and against any and all claims, causes of actions, losses, damages, liabilities, costs and expenses, including costs of settlements and reasonable attorneys' fees arising from the acts, errors, or omissions of Agent, except to the extent that the Companies caused such liability. If Agent does not produce a document that Agent is to obtain and retain and the Companies have to pay more to resolve a claim, regulatory inquiry or any other matter than the Companies would have paid had the Agent produced a valid document, Agent must indemnify the Companies for the increased payment to resolve the claim, inquiry or matter. For example, if a policyholder rejects uninsured motorist coverage, but Agent does not produce the signed uninsured motorist selection/rejection form in the event of an uninsured motorist claim, Agent shall indemnify the Companies for the increased payment by the Companies to resolve the claim compared to the payment necessary to resolve the claim had the Agent produced the uninsured motorist selection/rejections form. Agent also shall indemnify, defend, and hold the Companies harmless against any penalties and fines imposed by regulatory authorities, including attorneys' fees and expenses, arising directly or indirectly, out of or in connection with the Companies' acceptance of business from any of Agent's staff, including damages arising from violations of the Telephone Consumer Protection Act and similar federal and state statutes, except to the extent that the Companies caused or contributed to such liability.

3.  Costs subject to indemnification are limited to costs incurred after notice to the other Party, including reasonable attorneys' fees and expenses, but do not include any payment in compromise or settlement made by any Party without the other Party's prior written consent. The Companies shall have the right, in their sole discretion, to assume the defense of any claim or lawsuit for which Agent claims indemnity.

4.  No compromise or settlement of any claim or other matter may be affected by a Party on behalf of the other Party without prior written consent. Each Party agrees to reasonably cooperate with the other in the investigation, settlement or defense of any claim or other matter hereunder.

5.  All lawsuits and legal process involving one or more of the Companies that Agent receives will be forwarded by Agent to the Companies at the mailing and/or email addresses listed in paragraph P as soon as practicable, but no more than five (5) business days after receipt. Agent will provide to the Companies all records and legal process relating to any loss, claim, regulatory inquiry, complaint, lawsuit or administrative action in the same manner. All lawsuits and legal process involving the Agent that the Companies receive will be forwarded by the Companies to Agent at the address listed in paragraph P as soon as practicable, but no more than five (5) business days after receipt. The Companies will provide to Agent all legal process or other notices relating to any loss, claim, regulatory inquiry, complaint, lawsuit or administrative action in the same manner.

**P.    Notices.**

1. When Agent or the Companies desire or are required to provide notice to the other party, the notice shall be in writing and may be delivered personally, sent electronically, sent through the United States Postal Service, or delivered through a nationally recognized delivery service. All notices shall be delivered or sent to an address for Agent or the Companies set forth below. Notices shall be deemed to have been given upon submission to the United States Postal Service or a nationally recognized delivery service, or upon electronic transmission.

   a. Companies:

   Mailing Address:  Farmers Insurance Group® — Attn.: Agency Services
   17000 W. 119th Street, Olathe, KS 66061

   Email Address:   kcagencyservices@farmersinsurance.com

   b. Agent:         ALEXANDER JOSEPH HOLMES

   Mailing Address:  6905 82nd St Ste 400 Lubbock TX 79424
   Email Address:    aholmes3@farmersagent.com

2. Agent hereby waives any rights to special forms of notice, or advance notice, of cancellations or non-renewals of policies by the Companies and agrees that digital images of notices sent to policyholders made available to Agent at the time they are sent to the policyholders will be acceptable in all instances.

**Q.    Arbitration.**

1. The Parties mutually agree that all disputes, controversies, claims or disagreements arising out of or related to this Agreement or the Parties' relationship, including, but not limited to, interpretation, validity, breach, performance, the independent contractor status of Agent or Agency staff, or the figures or calculations used to determine compensation (collectively referred to as a "Covered Dispute"), that any Party has the legal right to sue for in a court shall be subject to final binding arbitration under the arbitration provisions set forth below and not decided by a court or a jury. This means that the Parties have selected arbitration as the sole and exclusive forum for the Parties to sue or be sued for all Covered Disputes, regardless of when the Covered Dispute first arose and irrespective of the time period(s) involved in the Covered Dispute, and that neither Party shall have any right to bring or litigate any Disputes in court or before a jury. Because the term "Covered Disputes" only covers disputes or claims that either Party has the legal right to sue for in court or before a jury, it is understood that nothing in this section limits or forecloses any legal rights that either Party may have to commence, participate in, or assist others in any proceeding or investigation of any nature before or related to an administrative, regulatory, or law enforcement agency. The term "Covered Disputes" does not include disputes or claims brought under any state private attorneys general act or governed by any statute or law that prohibits or does not permit pre-dispute arbitration agreements or the arbitration of the particular type of dispute that would otherwise be a Covered Dispute as defined above. The filing of an Errors and Omission (E&O) claim against Agent's E&O coverage or any other disputes or claims regarding any injury or damage of any nature allegedly suffered by a customer or third party are not Covered Disputes that trigger the arbitration requirement.

   THE PARTIES WAIVE ANY RIGHT TO A TRIAL BY A JURY OF A COVERED DISPUTE AND TO HAVE A COVERED DISPUTE BE DECIDED BY A COURT OR A JURY.

2. Prior to commencing arbitration, the Parties shall make every effort to meet in good faith and settle the Covered Dispute informally. If the Parties cannot agree on a written settlement to the Covered Dispute within thirty (30) days after notice of the Covered Dispute is given, or within a longer period agreed upon in writing by the Parties, then the aggrieved Party must submit a written arbitration demand to the other Party. Agent may not invoke this Arbitration provision to commence arbitration on behalf of a third party. Except as set forth in this Agreement, the arbitration shall be conducted pursuant to the JAMS Streamlined or Comprehensive Arbitration Rules and Procedures then in effect. The arbitrator(s) (and not a court) shall decide all issues in any Covered Dispute, including, but not limited to, issues regarding timeliness, scope of the arbitrator's authority, scope of the arbitration clause, arbitration procedures, statute of limitations, validity and existence of this Agreement, if any provision of the Agreement is unconscionable and all other issues regarding the application, interpretation, enforceability, coverage, and implementation of this section. Notwithstanding the above, if one of the Parties contends that it would be unlawful

to apply certain JAMS arbitration rules or any provision in this section Q to a particular claim or dispute, the Parties agree that the arbitrator(s) or, if applicable, the court will determine which rules will apply.

3. The Party demanding arbitration must do so in writing within the applicable statute of limitations period after occurrence of the events giving rise to the Covered Dispute. The written demand must specify the facts of the Covered Dispute and the relief sought. If such demand is not made within such time period, the Parties are forever barred from raising the Covered Dispute in any forum.

4. No arbitrator can be a former employee, agent, customer or attorney for either Party, or an affiliate of a Party. An arbitrator must have at least ten (10) years of experience in the property and casualty insurance industry.

5. The site of the arbitration is to be set by mutual agreement of the Parties, or if the Parties fail to agree, the site will be Los Angeles, California, so long that locale is permitted by the applicable law.

6. The determination of the arbitrator(s) shall be final and binding on all Parties. Such determination must be in writing and signed by the arbitrator or a majority of the arbitrators. The arbitrator(s) shall provide a written statement explaining the reasons for the determination. In the case of state law applicable to any Covered Disputes, the Parties agree and authorize the arbitrator to apply to any and all such Covered Disputes the internal laws of California (excluding its Conflict of Laws rules), which is the state where one or more of the Companies have their principal place of business, unless an applicable law requires that the laws of a particular state shall control. When the arbitration results in a monetary award, the arbitrator(s) may award interest at a rate per annum not to exceed five percent (5%) running from the date when the amount that is the subject of the award first became due. The arbitrator(s) are prohibited from awarding punitive or exemplary damages, where such prohibitions are permitted by law. In rendering a decision, the arbitrator(s) will enforce all provisions of this Agreement according to the plain meaning of its actual language, regardless of whether this Agreement is in force or has been terminated. The Parties agree that a court of competent jurisdiction shall have the authority to enter a judgment upon the award made by the arbitrator or to confirm an arbitration award.

7. The Parties recognize that since damages may be an inadequate remedy for the breach of many of the provisions of this Agreement, and that prompt, equitable relief, prohibitory or mandatory, may be appropriate, the arbitrator(s) may fashion appropriate equitable relief when circumstances warrant.

8. Consistent with the applicable JAMS Arbitration Rules and Procedures, the Parties agree that they shall share equally (each side pays one-half even if there are multiple parties on each side) of the fees and costs of the arbitrator(s) and the fees and costs of arbitration charged by JAMS; except that: (i) in all cases where required by law, the Companies will pay the full amount of the arbitrator and JAMS arbitration fees and costs; (ii) where the arbitrator or arbitration panel determines that it is appropriate or necessary based on the financial resources of Agent, the Companies shall pay more than one-half, in an amount to be determined by the arbitrator as fair and equitable; and (iii) if any applicable law or court decision limits the amount of filing and other fees that a Party shall pay as the fees to any arbitration panel such as JAMS or to an arbitrator, then such Party shall not be obligated to pay any arbitration panel or arbitrator fees in excess of such limits and the other Party to the arbitration shall bear such expense. Each Party shall be responsible for its own legal fees and costs, including but not limited to attorneys' fees and expert witness fees, subject to any right to recover such fees and costs under applicable law, which the arbitrator shall apply where applicable.

9. The Parties agree that all Covered Disputes brought against each other will be arbitrated on an individual basis only and not in a class action arbitration, a collective action arbitration, or on a group, representative, consolidated or joint basis. The arbitrator(s) shall have no authority to consider or resolve any claim or issue in a Covered Dispute on any basis other than on an individual basis and may not consolidate or join one or more Covered Disputes pertaining to Agent with any other agent's or agents' dispute(s). The provisions in this section mean that, with respect to any Covered Dispute, both Parties waive their right to commence, become a party to, or in any way participate in any class action, collective action, class or collective arbitration, or group or representative action, arbitration proceeding, or claim against the other Party or in any action, claim, or arbitration proceeding consolidated or joined with another party, and each Party agrees to opt out of or be severed from any such action, arbitration proceeding, or claim. For the sake of clarity, it is understood that nothing in this section limits or forecloses any right to give testimony or assist another private or a governmental party in any proceeding of any nature.

10. If Agent so chooses, Agent may opt out of the provisions set forth in this section of the Agreement. To opt out, Agent must notify the Companies in writing of its desire within 14 days of the date that this Agreement is executed by Agent.

R.  **Confidentiality.** The terms of this Agreement will be kept confidential and will not be disclosed, in whole or in part, without the prior written consent of the other Party. This Agreement may be furnished as required by law or legal process and to representatives with a need to know, so long as such representatives are bound by confidentiality provisions at least as stringent as those in this Agreement, reasonable measures are taken to limit disclosure and to obtain confidential treatment or a protective order, and advance notice is given when possible to allow the other Party an opportunity to object to or participate in production.

S.  **Integration Clause, Construction and Enforcement.**

1.  Except as provided in paragraph C, this Agreement embodies the entire agreement and understanding between the Parties hereto as to the matters addressed and supersedes all prior agreements and understandings, written or otherwise, relating to the subject matter of this Agreement. With the exception of address changes and changes to commission schedules and rules made unilaterally by the Companies upon written notice to Agent, no change, alteration or modification of this Agreement can be made unless it is in writing and signed by (a) Agent and (b) an authorized representative of the Companies.

2.  The language of this Agreement shall be construed according to its fair meaning and not strictly for or against any party. If any portion of this Agreement should be found to be wholly or partially unenforceable, this will not affect the validity or enforceability of the remainder or balance of the terms set forth in this Agreement, provided that such an action will not materially change the economic impact of this Agreement on any party.

3.  All representations, warranties, indemnification, ownership of expirations and other confidential information, arbitration and confidentiality provisions in this Agreement survive the termination of this Agreement. Those additional covenants, terms, and conditions of this Agreement which by their nature are continuing and reasonably necessary to protect the rights and privileges of the Parties after termination of this Agreement shall continue in full force and effect after and notwithstanding any termination of this Agreement.

T.  **No Waiver.** No delay or omission by the Companies in exercising any right under this Agreement shall operate as a waiver of such right or any other right.

U.  **Binding on Heirs, Successors, and Assigns.** This Agreement shall be binding on and inure to the benefit of each of the Parties and each Party's respective executors, heirs, administrators, successors, and assigns. Agent may not assign this Agreement without the Companies' prior written consent, which will not be unreasonably withheld. Any purported assignment of rights in violation of this section is void.

V.  **Representations, Certification, Covenant, and Acknowledgments.**

1.  Agent agrees (a) to carry out and perform all the terms and provisions of this Agreement, (b) to be subject to all the conditions and liabilities imposed on Agent under this Agreement, and (c) not to violate, directly or indirectly, any provisions of this Agreement.

2.  Agent acknowledges that he or she has read, understands, and agrees to the terms and conditions contained in this Agreement and voluntarily enters into this Agreement without relying on any representations not contained in this Agreement.

3.  Agent (a) certifies that he or she is authorized and has the full capacity and legal right to execute this Agreement, (b) covenants that entering into and acting in accordance with the terms of this Agreement does not violate any contractual or other obligation to a third party and that no contractual or other obligation will affect or limit Agent's ability or capacity to perform as required by this Agreement, and (c) acknowledges receipt of a copy of this Agreement.

4.  The Parties may execute this Agreement in any number of counterparts. Each counterpart constitutes an original document, but all separate counterparts constitute one and the same Agreement.

**For Agent:**

Signed by:

_ALEXANDER JOSEPH HOLMES_
EAAB666FE11241E...
Signature of Agent

9/16/2025
_____
Date (mm/dd/yyyy)

ALEXANDER JOSEPH HOLMES
_____
Printed or Typed Name of Signatory

**For the Companies:**

DocuSigned by:

_kimberly Burleson_
By:
29C44C46A9EE449...
Signature of Authorized Representative

AD Specialist
_____
Title

Kimberly Burleson
_____
Printed or Typed Name of Authorized Representative

9/16/2025
_____
Date (mm/dd/yyyy)

Proprietary and Confidential

# EXHIBIT 1 TO THE AGENT APPOINTMENT AGREEMENT AND THE CORPORATE AGENT APPOINTMENT AGREEMENT



The commission schedules and rules listed in this document are current and what is applicable today. However, the Companies could change the commission schedules and rules from time to time at their sole discretion. If the Companies do change the commission schedules and rules, the Companies will provide Agent with the updated commission schedules and rules. Updated commission schedules and rules can be communicated to Agent in bulletins, other publications, and through posting on the Agency Dashboard.

## Personal Lines - Auto

### Farmers New Business and Service Commission Schedule

(All states except Texas)

| NEW BUSINESS / ADDED COVERAGE *(Excluding assigned policies)* (Reinstatements over six months or reinstatements of policies cancelled during new business term) | Core 29 States All Agent Types*** | | Expansion States All Agent Types*** | |
|---|---|---|---|---|
| | Full Rate | Partial Rate | Full Rate | Partial Rate |
| All states except: CA, CT, NJ, NY / All Farmers products (premium less fees)* | 9.0% | 3.0% | 9.0% | 3.0% |
| CA, CT, NJ, NY | 8.0% | 3.0% | N/A | |
| Membership/Policy Fees (except MN, WA, MO, KS**) | $8.00 | | | |
| Membership/Policy Fees (MN Only) | $16.00 | | | |
| Membership/Policy Fees (WA, MO FSPA) | $8.00 | | | |
| Membership/Policy Fees (CA Good Driver only) | $8.00 | | | |
| Membership/Policy Fees (CA Non-Good Driver Only) | 53.33% | | | |
| Membership/Policy Fees (WA, MO non FSPA) | See Schedule | | | |

- As of 03/01/2013 for MI State — No New Business or Renewal commissions will be paid on the MCCA & Statutory Assessment fees for new customers written on or after that date.  We will continue to pay commissions on these fees for existing renewal business assigned to your agency and written prior to this date.
- **OMNI** — J series (NBNH) pays at 2.5% for both New Business and Service Commissions; Y series (NBEH/NLOB) only pays Service Commissions at the full rate (no New Business commissions are paid).
- *This refers to Private Passenger Autos
- ** Membership/Policy Fees do not apply to KS
- *** Reserve, Associate, Career, Graduate, Full Time, Part Time, Farmers Life Agent (FLA), and Financial Services Agent (FSA)

| RENEWAL / SERVICE COMMISSIONS *(Excluding assigned policies)* | All States All Agent Types** | |
|---|---|---|
| | Full Rate*** | Partial Rate |
| All states except: CA, CT, NJ, NY / All Farmers products (premium less fees)* | 5.0% | 3.0% |
| CA, CT, NJ, NY | 4.0% | 3.0% |

- As of 03/01/2013 for MI State - No New Business or Renewal commissions will be paid on the MCCA & Statutory Assessment fees for new customers written on or after that date.  We will continue to pay commissions on these fees for existing renewal business assigned to your agency and written prior to this date.
- **OMNI** — J series (NBNH) pays at 2.5% for both New Business and Service Commissions; Y series (NBEH/NLOB) only pays Service Commissions at the full rate (no New Business commissions are paid).
- *This refers to Private Passenger Autos
- ** Reserve, Associate, Career, Graduate, Full Time, Part Time, Farmers Life Agent (FLA), and Financial Services Agent (FSA)
- ***Base renewal rates will be initially reflected on the September 2025 folio.  All agent types become eligible for the Variable Renewal Compensation program in the first full calendar quarter after their 13th month of Full-time appointment; prior to this, all newly appointed agents receive an additional 4.0% on the Full Rate listed in the table.

CONFIDENTIAL

| REINSTATEMENT FEES | Core 29 States All Agent Types* | Expansion States All Agent Types* |
|---|---|---|
| Reinstatement Fee (All states except CA) | 16.0% | |
| Reinstatement Fee (CA Only) | 40.0% | |

- Reinstatement Fees are paid only if scheduled commissions were not charged back at the time of cancellation.
- Note: If the writing agent is not the agent of record, the writing agent receives the scheduled Reinstatement Fee percentage (if applicable) and the agent of record receives the commissions based on the scheduled percentage of applicable premium.
- * Reserve, Associate, Career, Graduate, Full Time, Part Time, Farmers Life Agent (FLA), and Financial Services Agent (FSA)

| FARMERS SCHEDULED AMOUNT (Washington and Missouri only)* | Core 29 States All Agent Types** | Expansion States All Agent Types** |
|---|---|---|
| Bodily Injury/Property Damage (Personal protection, property protection, and residual liability, where applicable) | $4.20 | |
| CCD | $1.80 | |
| Collision | $3.60 | |
| Medical (Personal injury protection or guaranteed benefits plan, where applicable) | $0.60 | |
| Death and Dismemberment (Or Accidental Death and Dismemberment, where applicable) | $0.60 | |
| Comprehensive Personal Liability (CPL)   * Refer to Policywriting Office | * | |
| Trailers • Camp and Travel - one or all sections • Farm and utility - per section of coverage | $3.00 $1.20 | |

- The agent's scheduled commission amount is subject to a $3.00 minimum per policy.
- *Excludes FSPA
- ** Reserve, Associate, Career, Graduate, Full Time, Part Time, Farmers Life Agent (FLA), and Financial Services Agent (FSA)

## Chargeback of New Business & Added Coverage Commissions – Farmers

### Policy Cancellations

Commissions are charged back to the agent of record at the time the transaction is processed, which may not be the same agent originally paid.  By receiving policy assignments as a result of an insured's request, purchases of service and commission rights, a move-in or any other reason, the new agent of record accepts responsibility for all transactions processed while they are the current agent of record.

All scheduled amount commissions paid to the agent are charged back where applicable.

### Canceled at insurer request within the first six months (including transfer between insurers)

The "percentage of premium" new business commission is charged back based on unearned premium or the balance due (whichever is greater). All membership fees charged are refunded and all scheduled amounts paid to the agent are charged back.

### Insurer initiates a non-renewal

If the insurer initiates a non-renewal of an auto policy within 150 days from the effective date and the non-renewal is processed on the first renewal: 1) all membership/policy fees paid are refunded to the insured and 2) all scheduled amount commissions paid to the agent are charged back.

When the policy is in force for a full term and the entire new business premium is paid, the agent is not charged back the "percentage of premium" portion of the new business commissions.

### Canceled for total non-payment of new business premium

All scheduled amount and percentage of premium commissions paid to the agent are charged back.

CONFIDENTIAL

### Canceled for partial payment of new business premium

Any payment made by the insured is applied first to the earned premium for the time that the policy was in force. Any overage is applied toward membership/policy fees charged to the insured.  The "percentage of premium" new business commission is charged back based on unearned premium or the balance due (whichever is greater). The scheduled amount commissions paid to the agent are charged back less the actual amount of membership/policy fees paid by the insured.

### Canceled at insured request within first three months

If the policy is paid in full, the entire scheduled commissions paid to the agent are charged back less the membership/policy fees paid by the insured.  If the policy is partially paid, any payment made is applied to earned premium for the time the policy was in force. Any overage is applied toward membership/policy fees charged to the insured.  Scheduled commissions are charged back less membership/policy fees paid by the insured.  The "percentage of premium" new business commission is charged back based on unearned premium or the balance due (whichever is greater).

### Canceled at insured request after three months

No membership/policy fees are refunded to the insured and the scheduled commissions paid to the agent are not charged back, if the policy is paid in full or payment covers the policy fees. The "percentage of premium" new business commission is charged back based on unearned premium or the balance due (whichever is greater).

### State Exceptions

Iowa, Kansas, Ohio, Oregon, and South Dakota: On cancellations occurring during the original six-month term, membership/policy fees are refunded to the insured on a pro rata basis, in the same way as premium.

Commissions on any pro rata membership/policy fees refunded to the insured are charged back proportionately to the agent. Any chargeback of scheduled amount commissions is reduced by the pro rata amount of the membership/policy fee earned and paid.

TEXAS:  Membership/policy fees are not applicable to Texas Farmers and Mid-Century of Texas.

## Chargeback of Service Commissions – Farmers

### Cancellations and Lapses

Service commissions are charged back based on unearned premium or the balance due (whichever is greater).

Commissions are charged back to the agent of record at the time the transaction is processed, which may not be the same agent originally paid. By receiving policy assignments as a result of an insured's request, purchase of service and commission rights, a move-in or any other reason, the new agent of record accepts responsibility for all transactions processed while they are the current agent of record.

### Transfer of Policies between Insurers

When a policy is transferred to another insurer (1) service commissions are charged back on a pro rata basis for the unexpired term of the policy, and (2) paid by the new insurer according to the applicable schedule.

### Policy Reassignment

The current agent of record retains any commissions paid, charged or processed for an upcoming folio (e.g., commissions processed for an upcoming renewal prior to the reassignment transaction with an effective renewal date after the reassignment) up to the time of the reassignment transaction. All transactions after the reassignment will charge or pay the new agent of record. This applies to all reassignments other than an insured's request to change agents regardless of the reason or who initiated the reassignment. If the reassignment is a result of an insured's request, all transactions after the reassignment transaction will charge or pay the prior agent of record for the next two renewals of a six-month policy or the next renewal for a 12-month policy. Any future charges or commissions on the reassigned policy will be in the receiving agent's 2xx or 5xx series as applicable.

### Reinstatements Effective in the New Business Term

Renewals are processed by the Auto Policy Processing System approximately 30 –70 days in advance of the actual renewal date. If a policy reinstates effective in the new business term, but after the policy has been renewed by the processing system, the new business/renewal commissions split will be calculated using the new term for the reinstated policy.

## Mid-Century Auto New Business and Service Commission Schedule

(All states except Texas)

| NEW BUSINESS / ADDED COVERAGE *(Excluding assigned policies)* <br> (Reinstatements over six months or reinstatements of policies cancelled during new business term) | Core 29 States All Agent Types*** | | Expansion States All Agent Types*** | |
|---|---|---|---|---|
| | **Full Rate** | **Partial Rate** | **Full Rate** | **Partial Rate** |
| Mid-Century Auto Pre-FA2 except: CA, CT, NJ, NY – (premium less fees)* | 9.0% | 3.0% | 9.0% | 3.0% |
| FA2/2.5/FSPA and MCA products in AL, TN, VA, MT – (premium less fees)* | 9.0% | 3.0% | 9.0% | 3.0% |
| Pre-FA2/FA2/FA2.5/FSPA/MCA: CA, CT, NJ, NY | 8.0% | 3.0% | 8.0% | 3.0% |
| Choice Policy except: CA, CT, NJ, NY | 9.0% | 3.0% | 9.0% | 3.0% |
| Choice Policy: CA, CT, NJ, NY | 8.0% | 3.0% | 8.0% | 3.0% |
| Choice Policy (Excludes Office "07" and Code "M") | 9.0% | 3.0% | 9.0% | 3.0% |
| Policy Fees (All states except MN, WA, MO, & KS**) | $8.00 | | | |
| Policy Fees (MN Only) | $16.00 | | | |
| Policy Fees (WA, MO FSPA) | $8.00 | | | |
| Policy Fees (WA, MO non FSPA) | See Farmers Scheduled Amount | | | |

- As of 03/01/2013 for MI State - No New Business or Renewal commissions will be paid on the MCCA & Statutory Assessment fees for new customers written on or after that date.  We will continue to pay commissions on these fees for existing renewal business assigned to your agency and written prior to this date.
- **OMNI** - J series (NBNH) pays at 2.5% for both New Business and Service Commissions; Y series (NBEH/NLOB) only pays Service Commissions at the full rate (no New Business commissions are paid).
- *This refers to Private Passenger Autos
- ** Membership/Policy Fees do not apply to KS
- *** Reserve, Associate, Career, Graduate, Full Time, Part Time, Farmers Life Agent (FLA), and Financial Services Agent (FSA)

| RENEWAL / SERVICE COMMISSIONS *(Excluding assigned policies)* | Core 29 States All Agent Types** | | Expansion States All Agent Types** | |
|---|---|---|---|---|
| | **Full Rate ***** | **Partial Rate** | **Full Rate ***** | **Partial Rate** |
| Mid-Century Auto Pre-FA2: except CA, CT, NJ, NY – (premium less fees)* | 5.0% | 3.0% | 5.0% | 3.0% |
| FA2/2.5/FSPA and MCA products in AL, TN, VA, MT – (premium less fees)* | 5.0% | 3.0% | 5.0% | 3.0% |
| Pre-FA2/FA2/2.5/FSPA and MCA products in CA, CT, NJ, NY | 4.0% | 3.0% | 4.0% | 3.0% |
| Choice Policy except CA, CT, NJ, NY | 5.0% | 3.0% | 5.0% | 3.0% |
| Choice Policies in CA, CT, NJ, NY | 4.0% | 3.0% | 4.0% | 3.0% |
| Choice Policy (Excludes Office "07" and Code "M" except CA, CT, NJ, NY) | 5.0% | 3.0% | 5.0% | 3.0% |
| Choice Policy (Excludes Office "07" and Code "M" – CA, CT, NJ, NY) | 4.0% | 3.0% | 4.0% | 3.0% |

- As of 03/01/2013 for MI State - No New Business or Renewal commissions will be paid on the MCCA & Statutory Assessment fees for new customers written on or after that date.  We will continue to pay commissions on these fees for existing renewal business assigned to your agency and written prior to this date.
- **OMNI** - J series (NBNH) pays at 2.5% for both New Business and Service Commissions; Y series (NBEH/NLOB) only pays Service Commissions at the full rate (no New Business commissions are paid).
- *This refers to Private Passenger Autos
- ** Reserve, Associate, Career, Graduate, Full Time, Part Time, Farmers Life Agent (FLA), and Financial Services Agent (FSA)
- *** Base renewal rates will be initially reflected on the September 2025 folio.  All agent types become eligible for the Variable Renewal Compensation program in the first full calendar quarter after their 13th month of Full-time appointment; prior to this, all newly appointed agents receive an additional 4.0% on the Full Rate listed in the table.

| REINSTATEMENT FEES | Core 29 States All Agent Types* | Expansion States All Agent Types* |
|---|---|---|
| Reinstatement Fee (All states except CA) | 16.0% | |
| Reinstatement Fee (CA Only) | 40.0% | |

- Reinstatement Fees are paid only if scheduled commissions were not charged back at time of cancellation.
- If the writing agent is not the agent of record, the writing agent receives the Reinstatement Fee percentage (if applicable) and the agent of record receives commissions based on the scheduled percentage of applicable premium.
- *Reserve, Associate, Career, Graduate, Full Time, Part Time, Farmers Life Agent (FLA), and Financial Services Agent (FSA)

CONFIDENTIAL

## Mid-Century Auto Chargeback of New Business and Added Coverage Commissions

### Policy Cancellations

Commissions are charged back to the agent of record at the time the transaction is processed, which may not be the same agent originally paid.  By receiving policy assignments as a result of an insured's request, purchase of service and commission rights, a move-in or any other reason, the new agent of record accepts responsibility for all transactions processed while they are the current agent of record.

All fees paid to the agent are charged back where applicable.

### Canceled at Insurer request within the first six months (including transfer between insurers)

All policy fees charged are refunded and all policy fee commissions paid to the agent are charged back. The "percentage of premium" new business commission is charged back based on unearned or the balance due (whichever is greater).

When the insurer initiates a non-renewal of an auto policy within 150 days of the effective date and the non-renewal is processed on the first renewal: 1) All policy fees paid are refunded to the insured, and 2) all scheduled commissions paid to the agent are charged back. When the policy is in force for a full term and the entire new business premium is paid, the agent is not charged back the "percentage of premium" portion of the new business commissions.

### Canceled for total non-payment of new business premium

All commissions on policy fees and "percentage of premium" commissions paid to the agent are charged back.

### Canceled for partial payment of new business premium

Any payment made by the insured is applied first to the earned premium for the time the policy was in force. Any overage is applied toward policy fees charged the insured.  The policy fee commissions paid to the agent are charged back less the actual amount of policy fees paid by the insured. The "percentage of premium" new business commissions are charged back based on unearned premium or the balance due (whichever is greater).

### Canceled at insured's request

Policy fees are not refunded to the insured except when cancelled flat, and policy fee commissions paid to the agent are not charged back. The "percentage of premium" new business commission is charged back based on unearned premium or the balance due (whichever is greater).

### State Exceptions

Iowa, Kansas, Ohio, Oregon, and South Dakota: On cancellations occurring during the original six-month term, policy fees are refunded to the insured on a pro rata basis, in the same way as premium.

Any chargeback of scheduled commissions is reduced by the pro rata policy fees earned and paid.  Commissions on any pro rata policy fees refunded to the insured are charged back proportionately to the agent. New business commissions are charged back on a pro rata basis consistent with the unearned premium calculations.

## Mid-Century Auto Chargeback of Service Commissions

### Cancellations and Lapses

Service commissions are charged back based on unearned premium or the balance due (whichever is greater).

Commissions are charged back to the agent of record at the time the transaction is processed, which may not be the same agent originally paid. By receiving policy reassignments as a result of an insured's request, purchase of service and commission rights, a move-in or any other reason, the new agent of record accepts responsibility for all transactions processed while they are the current agent of record.

### Transfer of Policies between Insurers

When a policy is transferred to another insurer, (1) service commissions are charged back on a pro rata basis for the unexpired term of the policy, and (2) paid by the new insurer according to the applicable schedule.

### Policy Reassignment

The current agent of record retains any commissions paid, charged or processed for an upcoming folio (e.g., commissions processed for an upcoming renewal prior to the reassignment transaction with an effective renewal date after the reassignment) up to the time of the reassignment transaction. All transactions after the reassignment will charge or pay the new agent of record. This applies to all reassignments other than an insured's request to change agents regardless of the reason or who initiated the reassignment. If the reassignment is a result of an insured's request, all transactions after the reassignment transaction will charge or pay the prior agent of record for the next two renewals of a six-month policy or the next renewal for a 12-month policy. Any future charges or commissions on the reassigned policy will be in the receiving agent's 2xx or 5xx series as applicable.

CONFIDENTIAL

*Reinstatements Effective in the New Business Term*

Renewals are processed by the Auto Policy Processing System approximately 30 –70 days in advance of the actual renewal date. If a policy reinstates effective in the new business term, but after the policy has been renewed by the processing system, the new business/renewal commissions split will be calculated using the new term for the reinstated policy.

## Texas County Mutual New Business and Service Commission Schedule

| **NEW BUSINESS / ADDED COVERAGE** *(Excluding assigned policies)* (Reinstatements over six months or reinstatements of policies cancelled during new business term) | **All Agent Types\*\*** | |
| --- | --- | --- |
| | **Full Rate** | **Partial Rate** |
| Percentage of Premium (less fees)\* | 9.0% | 3.0% |
| Membership/Policy/Reinstatement Fee | $10.00 | |

- **OMNI** - J series (NBNH) pays at 2.5% for both New Business and Service Commissions; Y series (NBEH/NLOB) only pays Service Commissions at the full rate (no New Business commissions are paid).
- \*This refers to Private Passenger Autos
- \*\* Reserve, Associate, Career, Graduate, Full Time, Part Time, Farmers Life Agent (FLA), and Financial Services Agent (FSA)

| **RENEWAL / SERVICE COMMISSIONS** *(Excluding assigned policies)* | **All Agent Types\*\*** | |
| --- | --- | --- |
| | **Full Rate** | **Partial Rate** |
| Percentage of Premium (less fees)\* | 5.0%\*\*\* | 3.0% |

- **OMNI** - J series (NBNH) pays at 2.5% for both New Business and Service Commissions; Y series (NBEH/NLOB) only pays Service Commissions at the full rate (no New Business commissions are paid).
- \*This refers to Private Passenger Autos
- \*\* Reserve, Associate, Career, Graduate, Full Time, Part Time, Farmers Life Agent (FLA), and Financial Services Agent (FSA)
- \*\*\*Base renewal rates will be initially reflected on the September 2025 folio.  All agent types become eligible for the Variable Renewal Compensation program in the first full calendar quarter after their 13th month of Full-time appointment; prior to this, all newly appointed agents receive an additional 4.0% on the Full Rate listed in the table.

## Texas Farmers and Mid-Century of Texas Commission Schedule

| **NEW BUSINESS / ADDED COVERAGE** *(Excluding assigned policies)* (Reinstatements over six months or reinstatements of policies cancelled during new business term) | **All Agent Types\*\*** | |
| --- | --- | --- |
| | **Full Rate** | **Partial Rate** |
| Percentage of Premium (less fees)\* | 9.0% | 3.0% |
| Membership/Policy Fee | $10.00 | |

- **OMNI** - J series (NBNH) pays at 2.5% for both New Business and Service Commissions; Y series (NBEH/NLOB) only pays Service Commissions at the full rate (no New Business commissions are paid).
- \*This refers to Private Passenger Autos
- \*\* Reserve, Associate, Career, Graduate, Full Time, Part Time, Farmers Life Agent (FLA), and Financial Services Agent (FSA)

| **RENEWAL / SERVICE COMMISSIONS** *(Excluding assigned policies)* | **All Agent Types\*\*** | |
| --- | --- | --- |
| | **Full Rate\*\*\*** | **Partial Rate** |
| Percentage of Premium (less fees)\* | 5.0% | 3.0% |

- **OMNI** - J series (NBNH) pays at 2.5% for both New Business and Service Commissions; Y series (NBEH/NLOB) only pays Service Commissions at the full rate (no New Business commissions are paid).
- \*This refers to Private Passenger Autos
- \*\* Reserve, Associate, Career, Graduate, Full Time, Part Time, Farmers Life Agent (FLA), and Financial Services Agent (FSA)
- \*\*\*Base renewal rates will be initially reflected on the September 2025 folio.  All agent types become eligible for the Variable Renewal Compensation program in the first full calendar quarter after their 13th month of Full-time appointment; prior to this, all newly appointed agents receive an additional 4.0% on the Full Rate listed in the table.

## Bristol West New Business and Service Commission Schedule

| NEW BUSINESS / ADDED COVERAGE *(Excluding assigned policies)* (Reinstatements over six months or reinstatements of policies cancelled during new business term) | | |
|---|---|---|
| | **All Agent Types*** | |
| | **Full Rate** | **Partial Rate** |
| Bristol West except: CA, CT, NJ, NY | 9.0% | 3.0% |
| CA**, CT, NJ, NY | 8.0% | 3.0% |
| No New Business Fees for Bristol West | | |

- **OMNI** – J series (NBNH) pays at 2.5% for both New Business and Service Commissions; Y series (NBEH/NLOB) only pays Service Commissions at the full rate (no New Business commissions are paid).
- * Reserve, Associate, Career, Graduate, Full Time, Part Time, Farmers Life Agent (FLA), and Financial Services Agent (FSA)
- ** This does not apply for Bristol West business brokered through Kraft Lake Insurance Agency, Inc

| RENEWAL / SERVICE COMMISSIONS *(Excluding assigned policies)* | | |
|---|---|---|
| | **All Agent Types*** | |
| | **Full Rate*** | **Partial Rate** |
| Bristol West except: CA, CT, NJ, NY | 5.0% | 3.0% |
| CA***, CT, NJ, NY | 4.0% | 3.0% |

- Any changes processed within the renewal term, including added vehicles, will generate renewal commissions.
- **OMNI** - J series (NBNH) pays at 2.5% for both New Business and Service Commissions; Y series (NBEH/NLOB) only pays Service Commissions at the full rate (no New Business commissions are paid).
- * Reserve, Associate, Career, Graduate, Full Time, Part Time, Farmers Life Agent (FLA), and Financial Services Agent (FSA)
- ** Base renewal rates will be initially reflected on the September 2025 folio.  All agent types become eligible for the Variable Renewal Compensation program in the first full calendar quarter after their 13th month of Full-time appointment; prior to this, all newly appointed agents receive an additional 4.0% on the Full Rate listed in the table.
- *** This does not apply for Bristol West business brokered through Kraft Lake Insurance Agency, Inc

## Foremost Signature℠ Auto New Business and Service Commission Schedule

| NEW BUSINESS *(Excluding assigned policies)* (Reinstatements over six months or reinstatements of policies cancelled during new business term) | | |
|---|---|---|
| | **All States All Agent Types*** | |
| | **Full Rate** | **Partial Rate** |
| Percentage of Premium (less fees)* except: CA, CT, NJ | 9.0% | 3.0% |
| CA, CT, NJ | 8.0% | 3.0% |
| ARS/A360 Policies with employer-affiliation rate written on or after 3/21/2023*** | 7.0% | 3.0% |

- This schedule applies to the following entities: Farmers Property and Casualty Insurance Company, Farmers Casualty Insurance Company, Farmers Group Property and Casualty Insurance Company, Farmers Direct Property and Casualty Insurance Company, Farmers Lloyds, Inc., Farmers Lloyds Insurance Company of Texas, Economy Fire & Casualty Company, Economy Premier Assurance Company, and Economy Preferred Insurance Company
- Any changes processed within the renewal term, including added vehicles, will generate renewal commissions.
- **OMNI** - J series (NBNH) pays at 2.5% for both New Business and Service Commissions;, Y series (NBEH/NLOB) only pays Service Commissions at the full rate (no New Business commissions are paid).
- *This refers to Private Passenger Autos
- ** Reserve, Associate, Career, Graduate, Full Time, Part Time, Farmers Life Agent (FLA), and Financial Services Agent (FSA)
- *** All rewrites and reinstatements with a lapse in coverage on or after 3/21/2023, will receive the new commission rate. As a reminder, reinstatements without a lapse in coverage are not considered rewrites. For policies on ARS, changing an existing policy to or from a GrandProtect coverage level will result in a rewrite.

CONFIDENTIAL

| RENEWAL / SERVICE COMMISSIONS *(Excluding assigned policies)* | All States All Agent Types** | |
| --- | --- | --- |
| | Full Rate*** | Partial Rate |
| Percentage of Premium except CA, CT, NJ (less fees)* | 5.0% | 3.0% |
| CA, CT, NJ | 4.0% | 3.0% |
| ARS/A360 Policies with employer-affiliation rate written on or after 3/21/2023**** | 3.0% | 3.0% |

- This schedule applies to the following entities: Farmers Property and Casualty Insurance Company, Farmers Casualty Insurance Company, Farmers Group Property and Casualty Insurance Company, Farmers Direct Property and Casualty Insurance Company, Farmers Lloyds, Inc., Farmers Lloyds Insurance Company of Texas, Economy Fire & Casualty Company, Economy Premier Assurance Company, and Economy Preferred Insurance Company
- Policies renewing in the legacy system, Agent Resource Site (ARS), generate the commission rate at the time the policy renewal is processed and the commissions are paid to the agent when premium is applied to the renewal term. The commission paid is for the entire term, even if partial payment of premium is received. In the Agent360 system, the commissions are paid at the time the renewal is processed, and does not require a premium payment in order to generate the renewal commission payment for the term.
- **OMNI -** J series (NBNH) pays at 2.5% for both New Business and Service Commissions;, Y series (NBEH/NLOB) only pays Service Commissions at the full rate (no New Business commissions are paid).
- *This refers to Private Passenger Autos
- ** Reserve, Associate, Career, Graduate, Full Time, Part Time, Farmers Life Agent (FLA), and Financial Services Agent (FSA)
- ***Base renewal rates will be initially reflected on the September 2025 folio. All agent types become eligible for the Variable Renewal Compensation program in the first full calendar quarter after their 13th month of Full-time appointment; prior to this, all newly appointed agents receive an additional 4.0% on the Full Rate listed in the table.
- **** All rewrites and reinstatements with a lapse in coverage on or after 3/21/2023, will receive the new commission rate. As a reminder, reinstatements without a lapse in coverage are not considered rewrites. For policies on ARS, changing an existing policy to or from a GrandProtect coverage level will result in a rewrite.

## Reinstatement Fees

### *Chargeback of Reinstatement Fee*

Commissions paid on reinstatement fees can be retained or refunded to the agent as outlined in the cancellation rules.

Exception: On rewritten policies to Farmers Smart Plan Auto policies, the Agents will not be paid commissions on the policies fees.

## 21st Century and the X Series

Auto policies that were previously with 21st Century will be utilizing a new X series code. Commissions for the new X series will follow the same commission schedule as a 5xx series policy, and will not generate Sales Count or New Business Count.

If an additional unit is added to a policy within the X series, all units currently present on the policy will convert to a 3xx series and will immediately begin paying commissions under the 3xx series commission schedule. However, there will be no retroactive change in commissions prior to the additional unit being added.

## Additional Units on a Multi-Car Policy

When adding a unit to a multi-car policy, the premium and commissions generated from additional unit(s) will be prorated until the next renewal. Furthermore, the additional unit(s) is/are subject to the current policy term's new business or renewal commission schedule. Accordingly, if a unit is added to a policy in its first term, the commissions generated from the add unit transaction will be prorated utilizing the new business commission schedule.

When adding an additional unit to a 2XX/5XX series policy (all insurers, except Bristol West), all units presently on the policy will convert to a 3xx series and will immediately begin paying any commission under the 3xx series commission schedule. However, there will be no retroactive change in commissions prior to the additional unit being added. Furthermore, if the additional unit cancels for any reason within 120 days of its inception, the policy will be converted back to the original 2xx/5xx series.

## Policy Rewrites

Policy rewrite transactions will pay new business or service commissions based on the policy term of the policy being rewritten. A policy replacing one during the new business term and before the renewal levy will be paid new business commissions, and a policy replacing one in a renewal term will be paid service commissions.

Agents will not receive payment on any New Business fees that are charged as a result of a rewrite transaction.

CONFIDENTIAL

## Personal Umbrella New Business/Service Commission Schedule

| NEW BUSINESS / ADDED COVERAGE (Excluding assigned policies) | | | | |
|---|---|---|---|---|
| | Core 29 States All Agent Types* | | Expansion States All Agent Types* | |
| | Full Rate | Partial Rate | Full Rate | Partial Rate |
| Personal Umbrella (all states) | 7.0% | 3.0% | 7.0% | 3.0% |

- **OMNI** - J series (NBNH) pays at 2.5% for both New Business and Service Commissions; Y series (NBEH/NLOB) only pays Service Commissions at the full rate (no New Business commissions are paid).
- The G, I, and P series for Expansion and Retail East Agents pay the rate for agents appointed prior to 4/16/2017.
- * Reserve, Associate, Career, Graduate, Full Time, Part Time, Farmers Life Agent (FLA), and Financial Services Agent (FSA)

| RENEWAL / SERVICE COMMISSIONS (Excluding assigned policies) | | | | |
|---|---|---|---|---|
| | Core 29 States All Agent Types* | | Expansion States All Agent Types* | |
| | Full Rate** | Partial Rate | Full Rate** | Partial Rate |
| Personal Umbrella (All states) | 3.0% | 3.0% | 3.0% | 3.0% |

- Any changes processed within the renewal term, including added vehicles, will generate commissions.
- **OMNI** - J series (NBNH) pays at 2.5% for both New Business and Service Commissions; Y series (NBEH/NLOB) only pays Service Commissions at the full rate (no New Business commissions are paid).
- The G, I, and P series for Expansion and Retail East Agents pay the rate for agents appointed prior to 4/16/2017.
- * Reserve, Associate, Career, Graduate, Full Time, Part Time, Farmers Life Agent (FLA), and Financial Services Agent (FSA)
- ** Base renewal rates will be initially reflected on the September 2025 folio.  All agent types become eligible for the Variable Renewal Compensation program in the first full calendar quarter after their 13th month of Full-time appointment; prior to this, all newly appointed agents receive an additional 4.0% on the Full Rate listed in the table.

# Personal Lines – Fire

## Fire New Business and Service Commission Schedule

| NEW BUSINESS / ADDED COVERAGE (Excluding assigned policies) | | | | |
|---|---|---|---|---|
| | Expansion States All Agent Types* | | Expansion States All Agent Types* | |
| | Full Rate | Partial Rate | Full Rate | Partial Rate |
| **Residential Dwelling** (All States, for CA only when effective prior to 04/21/15 and for TX only when effective prior to 1/16/2016) | | | | |
| A. Premium — less any membership or policy fee. Except: CA, CT, NJ, NY | 12.0% | 3.0% | - | - |
| CA, CT, NJ, NY | 9.0% | 3.0% | - | - |
| B. Reinstatement fee — California (grace period = 10 days) | 20.0% | - | - | - |
| C. Reinstatement fee — All Other States where applicable | 16.0% | - | | |
| **Residential Dwelling** (For CA only when effective 04/21/15 and after and for TX only when effective 1/16/2016 and after) | | | | |
| A. Premium — less any membership or policy fee. Except CA, CT, NJ, NY | 12.0% | 3.0% | - | - |
| CA, CT, NJ, NY | 9.0% | 3.0% | - | - |
| B. Reinstatement fee — See above | - | - | - | - |
| **Package — Homeowner** All states except CA, CT, NJ, NY | | | | |
| A. Premium — less any membership or policy fee | 12.0% | 3.0% | - | - |
| CA, CT, NJ, NY | 9.0% | 3.0% | | |
| B. Reinstatement fee – See above | - | - | | |
| **FL Package / Homeowners:** HO3, COC7,COC8 | | | | |
| A. Premium | | | 8.0% | 3.0% |
| **Next Gen:** NGHO, NGTH, COC3, COC4 (All states, for CA only when effective prior to 06/27/16) | | | | |
| A. Premium – less any membership or policy fee. Except CA, CT, NJ, NY | 13.0% | 3.0% | 14.0% | 3.0% |
| CA, CT, NJ, NY | 9.0% | 3.0% | | |
| B. Reinstatement fee — CA | 20.0% | - | - | - |
| C. Reinstatement fee — All Other | 16.0% | - | - | - |

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| **Next Gen:** NGHO, NGTH, COC3, COC4 (CA only when effective 06/27/2016 and after) | | | | |
| A. Premium – less any membership or policy fee. Except CA, CT, NJ, NY | 12.0% | 3.0% | - | - |
| CA, CT, NJ, NY | 9.0% | 3.0% | | |
| B. Reinstatement fee – CA | 20.0% | - | - | - |
| C. Reinstatement fee – All Other | 16.0% | - | - | - |
| **Smart Plan Home/Flex** (S/FPH SPR S/FPC S/FPCR) | | | | |
| A. Premium – less any membership or policy fee. Except CA, CT, NJ, NY | 12.0% | 3.0% | 14.0% | 3.0% |
| CA, CT, NJ, NY | 9.0% | 3.0% | | |
| B. Reinstatement fee – CA | 20.0% | - | - | - |
| C. Reinstatement fee – All Other | 16.0% | - | - | - |
| **Renters/Condo:** RENT, TC, TCR | | | | |
| A. Premium – less any membership or policy fee. Except CA, CT, NJ, NY | 12.0% | 3.0% | 14.0% | 3.0% |
| CT, NJ, NY | 9.0% | 3.0% | | |
| B. Reinstatement fee — CA | 20.0% | - | - | - |
| C. Reinstatement fee — All Other | 16.0% | - | - | - |
| **FL Renter/Condo/Condo rented to others:** HO4, HO6 | | | | |
| A. Premium | | | 8.0% | 3.0% |
| **Landlords Protector Package** | | | | |
| A. Premium - less any membership or policy fee. Except CA, CT, NJ, NY | 12.0% | 3.0% | - | - |
| CA, CT, NJ, NY | 9.0% | 3.0% | | |
| B. Reinstatement fee — CA | 20.0% | - | - | - |
| C. Reinstatement fee — where applicable | 16.0% | - | - | - |
| **Farmers Select (Landlord & Mobile Home)** | | | | |
| A. Premium - less any membership or policy fee. Except CA, CT, NJ, NY | 10.0% | 3.0% | - | - |
| CA, CT, NJ, NY | 9.0% | 3.0% | | |
| **Earthquake** | | | | |
| A. California Earthquake Authority (always paid as NB) | 10.0% | - | - | - |
| B. All other state policy endorsements | 10.0% | - | - | - |

- CEA policies are not included in policy-in-force counts. Commissions for the entire term of a CEA policy are paid after the insured has accepted the CEA offer of insurance by submitting the initial premium payment due.
- **OMNI** - J series (NBNH) pays at 2.5% for both New Business and Service Commissions; Y series (NBEH/NLOB) only pays Service Commissions at the full rate (no New Business commissions are paid) .
- * Reserve, Associate, Career, Graduate, Full Time, Part Time, Farmers Life Agent (FLA), and Financial Services Agent (FSA)

| **RENEWAL / SERVICE COMMISSIONS** (Excluding assigned policies) | Expansion States All Agent Types* | | Expansion States All Agent Types* | |
|---|---|---|---|---|
| | **Full Rate** | **Partial Rate** | **Full Rate** | **Partial Rate** |
| **Residential Dwelling** (All States except CA, CT, NJ, NY for TX only when effective prior to 1/16/2016) | 6.0% | 3.0% | - | - |
| **Residential Dwelling** (For TX only when effective 1/16/2016 and after ) | 6.0% | 3.0% | - | - |
| **Residential Dwelling CA, CT, NJ, NY** | 5.0% | 3.0% | 5.0% | 3.0% |
| **Package / Homeowner except CA, CT, NJ, NY** | 6.0% | 3.0% | | |
| **Package / Homeowner CA, CT, NJ, NY** | 5.0% | 3.0% | 5.0% | 3.0% |
| **FL Package / Homeowner:** HO3, COC7,COC8 | | | 4.0% | 3.0% |
| **Next Gen:** NGHO, NGTH, COC3, COC4 (All states except CA, CT, NJ, NY) | 6.0% | 3.0% | 6.0% | 3.0% |
| **Next Gen:** NGHO, NGTH, COC3, COC4: CA, CT, NJ, NY | 5.0% | 3.0% | 5.0% | 3.0% |
| **Smart Plan Home / Flex (S/FPH SPR S/FPC S/FPCR) All states except:** CA, CT, NJ, NY | 6.0% | 3.0% | 6.0% | 3.0% |
| **Smart Plan Home / Flex (S/FPH SPR S/FPC S/FPCR ):** CA, CT, NJ, NY | 5.0% | 3.0% | 5.0% | 3.0% |
| **Renters/Condo:** RENT, TC, TCR **All states except: CA, CT, NJ, NY** | 6.0% | 3.0% | 6.0% | 3.0% |
| **Renters/Condo:** RENT, TC, TCR: **CA, CT, NJ, NY** | 5.0% | 3.0% | 5.0% | 3.0% |
| **FL Renters/Condo/Condo rented to others:** HO4, HO6 | | | 4.0% | 3.0% |

CONFIDENTIAL

| | Full | | | |
|---|---|---|---|---|
| Landlords Protector Package All states except: CA, CT, NJ, NY | 6.0% | 3.0% | - | - |
| CA, CT, NJ, NY | 5.0% | 3.0% | 5.0% | 3.0% |
| Farmers Select (Landlord & Mobile Home) All states except: CA, CT, NJ, NY | 6.0% | 3.0% | - | - |
| Farmers Select (Landlord & Mobile Home) CA, CT, NJ, NY | 5.0% | 3.0% | 5.0% | 3.0% |

- No commissions will be paid on Membership/Policy Fees.
- **OMNI** - J series (NBNH) pays at 2.5% for both New Business and Service Commissions;, Y series (NBEH/NLOB) only pays Service Commissions at the full rate (no New Business commissions are paid).
- * Reserve, Associate, Career, Graduate, Full Time, Part Time, Farmers Life Agent (FLA), and Financial Services Agent (FSA)
- **Base renewal rates will be initially reflected on the September 2025 folio. All agent types become eligible for the Variable Renewal Compensation program in the first full calendar quarter after their 13th month of Full-time appointment; prior to this, all newly appointed agents receive an additional 4.0% on the Full Rate listed in the table.

## Foremost New Business/Service Commission Schedule

| NEW BUSINESS COMMISSION SCHEDULE | All Agent Types* | |
|---|---|---|
| | **Full Rate** | **Partial Rate** |
| **Fire (Specialty Lines) except CA, CT, NJ, NY** | | |
| Manufactured Home | 12.0% | 3.0% |
| Commercial Mobile Home | 12.0% | 3.0% |
| Specialty (Dwelling, Choice Home, Renters & Condo) | 12.0% | 3.0% |
| CEA | 10.0% | 3.0% |
| Fire (Specialty Lines) CA, CT, NJ, NY | 9.0% | 3.0% |
| **Auto (Recreational Vehicle)** | | |
| Motor Home | 15.0% | 3.0% |
| Motor Cycle | 15.0% | 3.0% |
| Off-road Vehicle | 15.0% | 3.0% |
| Snow Mobile | 15.0% | 3.0% |
| Travel Trailer | 15.0% | 3.0% |
| **Marine Vessels** | | |
| Personal Watercraft | 15.0% | 3.0% |
| Family Boater | 15.0% | 3.0% |

- Foremost NB and SVC Commissions are paid as premiums are received and are not paid in advance.
- * Reserve, Associate, Career, Graduate, Full Time, Part Time, Farmers Life Agent (FLA), and Financial Services Agent (FSA)

| SERVICE COMMISSION SCHEDULE | All Agent Types* | |
|---|---|---|
| | **Full Rate**** | **Partial Rate** |
| **Fire (Specialty Lines) except CA, CT, NJ, NY** | | |
| Manufactured Home | 6.0% | 3.0% |
| Commercial Mobile Home | 6.0% | 3.0% |
| Specialty (Dwelling, Choice Home, Renters & Condo) | 6.0% | 3.0% |
| CEA | 10.0% | 3.0% |
| Fire (Specialty Lines) CA, CT, NJ, NY | 5.0% | 3.0% |
| **Auto (Recreational Vehicle)** | | |
| Motor Home | 8.5% | 3.0% |
| Motor Cycle | 8.5% | 3.0% |
| Off-road Vehicle | 8.5% | 3.0% |
| Snow Mobile | 8.5% | 3.0% |
| Travel Trailer | 8.5% | 3.0% |
| **Marine Vessels** | | |
| Personal Watercraft | 8.5% | 3.0% |
| Family Boater | 8.5% | 3.0% |

- Foremost NB and SVC Commissions are paid as premiums are received and are not paid in advance
- * Reserve, Associate, Career, Graduate, Full Time, Part Time, Farmers Life Agent (FLA), and Financial Services Agent (FSA)
- **Base renewal rates will be initially reflected on the September 2025 folio. All agent types become eligible for the Variable Renewal Compensation program in the first full calendar quarter after their 13th month of Full-time appointment; prior to this, all newly appointed agents receive an additional 4.0% on the Full Rate listed in the table.

CONFIDENTIAL

## Foremost Signature℠ New Business/Service Commission Schedule

| NEW BUSINESS COMMISSION SCHEDULE | | |
|---|---|---|
| | All Agent Types* | |
| | **Full Rate** | **Partial Rate** |
| **Fire except CA, CT, NJ** | | |
| Homeowners (Homeowners, Renters, Condo, Landlord) | 12.0% | 3.0% |
| **Fire: CA, CT, NJ** | 9.0% | 3.0% |
| ARS/A360 Policies with employer-affiliation rate written on or after 3/21/2023** | 12.0% | 3.0% |
| Homeowners (FL) | 8.0% | 3.0% |
| **Recreational Vehicle** | | |
| Boat | 15.0% | 3.0% |
| Snow Mobile / Motorcycle | 15.0% | 3.0% |
| **Personal Umbrella** | | |
| Personal Umbrella including Personal Excess Liability Policy (PELP) | 7.0% | 3.0% |

- This schedule applies to the following entities: Farmers Property and Casualty Insurance Company, Farmers Casualty Insurance Company, Farmers Group Property and Casualty Insurance Company, Farmers Direct Property and Casualty Insurance Company, Farmers Lloyds, Inc., Farmers Lloyds Insurance Company of Texas, Economy Fire & Casualty Company, Economy Premier Assurance Company, and Economy Preferred Insurance Company
- Any changes processed within the renewal term, including added vehicles, will generate renewal commissions.
- **OMNI** - J series (NBNH) pays at 2.5% for both New Business and Service Commissions;, Y series (NBEH/NLOB) only pays Service Commissions at the full rate (no New Business commissions are paid).
- * Reserve, Associate, Career, Graduate, Full Time, Part Time, Farmers Life Agent (FLA), and Financial Services Agent (FSA)
- ** All rewrites and reinstatements with a lapse in coverage on or after 3/21/2023, will receive the new commission rate. As a reminder, reinstatements without a lapse in coverage are not considered rewrites. For policies on ARS, changing an existing policy to or from a GrandProtect coverage level will result in a rewrite.

| SERVICE COMMISSION SCHEDULE | | |
|---|---|---|
| | All Agent Types* | |
| | **Full Rate**** | **Partial Rate** |
| **Fire except: CA, CT, NJ** | | |
| Homeowners (Homeowners, Renters, Condo, Landlord) | 6.0% | 3.0% |
| **Fire: CA, CT, NJ** | 5.0% | 3.0% |
| ARS/A360 Policies with employer-affiliation rate written on or after 3/21/2023*** | 4.0% | 3.0% |
| Homeowners (FL) | 4.0% | 3.0% |
| **Recreational Vehicle** | | |
| Boat | 8.5% | 3.0% |
| Snow Mobile / Motorcycle | 8.5% | 3.0% |
| **Personal Umbrella** | | |
| Personal Umbrella including Personal Excess Liability Policy (PELP) | 3.0% | 3.0% |

- This schedule applies to the following entities: Farmers Property and Casualty Insurance Company, Farmers Casualty Insurance Company, Farmers Group Property and Casualty Insurance Company, Farmers Direct Property and Casualty Insurance Company, Farmers Lloyds, Inc., Farmers Lloyds Insurance Company of Texas, Economy Fire & Casualty Company, Economy Premier Assurance Company, and Economy Preferred Insurance Company
- Any changes processed within the renewal term, including added vehicles, will generate renewal commissions.
- **OMNI** - J series (NBNH) pays at 2.5% for both New Business and Service Commissions;, Y series (NBEH/NLOB) only pays Service Commissions at the full rate (no New Business commissions are paid).
- Policies renewing in the legacy system, Agent Resource Site (ARS), generate the commission rate at the time the policy renewal is processed and the commissions are paid to the agent when premium is applied to the renewal term. The commission paid is for the entire term, even if partial payment of premium is received. In the Agent360 system, the commissions are paid at the time the renewal is processed, and does not require a premium payment in order to generate the renewal commission payment for the term.
- * Reserve, Associate, Career, Graduate, Full Time, Part Time, Farmers Life Agent (FLA), and Financial Services Agent (FSA)
- **Base renewal rates will be initially reflected on the September 2025 folio. All agent types become eligible for the Variable Renewal Compensation program in the first full calendar quarter after their 13th month of Full-time appointment; prior to this, all newly appointed agents receive an additional 4.0% on the Full Rate listed in the table.
- *** All rewrites and reinstatements with a lapse in coverage on or after 3/21/2023, will receive the new commission rate. As a reminder, reinstatements without a lapse in coverage are not considered rewrites. For policies on ARS, changing an existing policy to or from a GrandProtect coverage level will result in a rewrite.

CONFIDENTIAL

## Fire Membership/Policy Fees and Reinstatement Fees

Commissions are not paid for new business policy/membership fee.   However, the commission paid on the reinstatement fee is 16.0% for agents (except Expansion/Retail East Agents, and in California as stated above). For Michigan and Nebraska, the Reinstatement Fee is not displayed and calculated separately, but the amount for the fee is added into the premium on the commission statement. Therefore, commissions are generated on the full commissionable amount of the premium including the amount for the fee within these two states.

## 21st Century and the X Series

Farmers Homeowners policies that are written by a 21st Century call center will be written into an existing Farmers agent number, but will utilize an X series code. Commissions for the new X series will follow the same commission schedule as a 5xx series policy, and will not generate Sales Count or New Business Count.

## Fire – Chargeback of New Business & Added Coverage Commissions

### Policy Cancellation

Commissions are charged back to the agent of record at the time the transaction is processed, which may not be the same agent originally paid.  By receiving policy assignment as a result of an insured's request, purchase of service and commission rights, a move-in or any other reason, the new agent of record accepts responsibility for all transactions processed while they are the current agent of record.

### Canceled at insurer request within Reinstatement term

All Reinstatement fee commissions paid to the agent are charged back.

### Canceled for total non-payment of new business premium

All new business commissions paid to the agent are charged back.

### Canceled for partial payment of new business premium

The percentage of premium new business commission is charged back based on unearned premium and unpaid earned premium.

### Canceled at insured's request

The percentage of premium new business commission is charged back based on unearned premium and unpaid earned premium.

## Fire — Charge Back of Service Commissions

### Policy Cancellation

Service commissions are charged back based on unearned premium and unpaid earned premium.  All commissions on fees paid to the agent are charged back where applicable.  Commissions are charged back to the agent of record at the time the transaction is processed, which may not be the same agent originally paid.  By receiving policy assignments as a result of an insured's request, purchase of service and commission rights, a move-in or any other reason, the new agent of record accepts responsibility for all transactions processed while they are the current agent of record.

### Transfer of Policies between Insurers

When a policy is transferred to another insurer, service commissions are charged back on (1) a pro rata basis for the unexpired term of the policy and (2) paid by the new insurer, according to the applicable schedule.

### Policy Reassignment

The current agent of record retains any commissions paid, charged or processed for an upcoming folio (e.g., commissions processed for an upcoming renewal prior to the reassignment transaction with an effective renewal date after the reassignment) up to the time of the reassignment transaction. All transactions after the reassignment will charge or pay the new agent of record. This applies to all reassignments other than an insured's request to change agents regardless of the reason or who initiated the reassignment. If the reassignment is a result of an insured's request, all transactions after the reassignment transaction will charge or pay the prior agent of record for the next two renewals of a six-month policy or the next renewal for a 12-month policy. Any future charges or commissions on the reassigned policy will be in the receiving agent's 2xx or 5xx series as applicable.

## Policy Rewrites

Policy rewrite transactions will pay new business or service commissions based on the policy term of the policy being rewritten. A policy replacing one during the new business term and before the renewal levy will be paid new business commissions, and a policy replacing one in a renewal term will be paid service commissions.

Agents will not receive payment on any New Business fees that are charged as a result of a rewrite transaction.

                                                                      CONFIDENTIAL

### Reinstatements Effective in the New Business Term

Renewals are processed by the Fire Policy Processing System approximately 30 – 70 days in advance of the actual renewal date. If a policy reinstates effective in the new business term, but after the policy has been renewed by the processing system, the new business/renewal commissions split will be calculated using the new term for the reinstated policy.

### Earned Premium Due

At the time of cancellation, commissions for the earned premium that is due from the insured will not be charged back to the agent until that premium is written off by the companies. This can be as long as 450 days after the policy has been cancelled.

## Flood Commission and Bonus Program

Agents who write Flood insurance have the opportunity to grow their new business and renewal commissions from 15% to 20% and earn bonuses based on the following schedule and rules:

### Flood Commission and Bonus Schedule



### Rules

1. Farmers Flood commissions for agents are 15% with the opportunity to earn up to 20%. Commissions are not paid on the Reserve Fund Assessment, the HFIAA Surcharge, and the Federal Policy Fee.

2. At year-end, if an agent's Flood production has reached a new, higher level (as shown above), the agent receives two benefits:

   a. Increased Commission Rate – the Flood commission rate for the following calendar year is increased based on the qualifying level shown above. Note: reduced commission series (e.g., 5XX, 7XX & HXX) policy commissions are 3.0%.

   b. Flood Bonus - the difference in Flood commission rate between the new level and the prior level will be paid as a one-time bonus on the just completed year's Flood net written premium (NWP). The bonus is paid in March based on the prior calendar year's Flood production.

3. Commission rate adjustments and bonus qualification are based on an agent's total (new and renewal) Flood PIF (policies-in-force) or total Flood direct written premium (net of cancellations) on the books at the close of business December 31st of each year.

4. Flood premium and PIF from reassignment or rollover business will be included in an agent's total Flood production at the time of each policy's' renewal.

5. At year-end, if an agent's Flood production has fallen to a lower commission/bonus level, the Flood commission rate will be decreased based on the qualifying level shown above.

6. Flood commission rate adjustments are calculated in March. Commission rate increases are applied retroactively to January 1 of the current calendar year in which the adjustment is made. Commission rate decreases are applied effective April 1 of the calendar year in which the adjustment is made.

7. Agents must have an active appointment and be in good standing at the time of bonus payment.

### Series Code Comparison Chart and FAQs

CONFIDENTIAL

# Business Insurance - Commissions

## Business Insurance New Business and Service Commission Schedule

| NEW BUSINESS *(Excluding assigned policies)* | | |
|---|---|---|
| | **All Agent Types*** | |
| | **Full Rate** | **Partial Rate** |
| **Package Policies including BOP (excluding Restaurant & Manufacturing BOP) (1)** | | |
| Annual Premium per policy (excl. earthquake premium in CA) | | |
| 0 - 100,000 | 15.0% | 3.0% |
| Over 100,000 | 8.0% | 3.0% |
| **Habitational and Real Estate** | | |
| 0 - 100,000 | 10.0% | 3.0% |
| Over 100,000 | 4.0% | 3.0% |
| **Restaurant BOP and Package (2)** | | |
| Annual Premium per policy (excl. earthquake premium in CA) | | |
| All Premium Levels | 10.0% | 3.0% |
| **Policies other than Package Policies (3)** | | |
| Annual Premium per policy (excl. earthquake premium in CA) | | |
| 0 - 100,000 | 10.0% | 3.0% |
| Over 100,000 | 4.0% | 3.0% |
| **Earthquake Coverage (CA Only) (Effective January 2016)** | | |
| All Premium Levels | 12.0% | 3.0% |
| **Manufacturing BOP (excluding Earthquake premium in CA) (4)** | | |
| All Premium Levels | 15.0% | 3.0% |
| **Non-CLS Policies** | | |
| Facultative Excess Policies (5) | 5.0% | 3.0% |
| Facultative Umbrellas (6) | 5.0% | 3.0% |

(1)  Includes Contract Codes – 23, 27, 44, 64, 65, 66, 68, 69, 72, 73, 74, 75, 76, 77, 80, 81, 82, 83, 84, 85, 90, 91, 94, 95
(2)  Includes Contract Codes –  41
(3)  Includes Contract Codes – 09, 31, 33, 36, 37, 38, 39, 55, 59, 60, 61, 67, 70
(4)  Includes Contract Codes –  57
(5)  Includes Contract Codes –  62
(6)  Includes Contract Codes –  06 (Facultative Umbrella)
*Reserve, Associate, Career, Graduate, Full Time, Part Time, Farmers Life Agent (FLA), and Financial Services Agent (FSA)

| SERVICE *(Excluding assigned policies)* *(Excluding assigned policies)* | | |
|---|---|---|
| | **All Agent Types*** | |
| | **Full Rate*** | **Partial Rate** |
| **Package Policies including BOP (excluding Restaurant & Manufacturing BOP) (1)** | | |
| Annual Premium per policy (excl. earthquake premium in CA) | | |
| 0 - 100,000 | 10.5% | 3.0% |
| Over 100,000 | 6.5% | 3.0% |
| **Habitational and Real Estate** | | |
| 0 - 100,000 | 9.5% | 3.0% |
| Over 100,000 | 3.0% | 3.0% |
| **Restaurant BOP and Package (2)** | | |
| Annual Premium per policy (excl. earthquake premium in CA) | | |
| All Premium Levels | 8.5% | 3.0% |
| **Policies other than Package Policies (3)** | | |
| Annual Premium per policy (excl. earthquake premium in CA) | | |
| 0 - 100,000 | 8.5% | 3.0% |
| Over 100,000 | 2.5% | 3.0% |

CONFIDENTIAL

| Earthquake Coverage (CA Only) (Effective January 2016) | | |
|---|---|---|
| All Premium Levels | 8.5% | 3.0% |
| **Manufacturing BOP (Excluding Earthquake premium in CA) (4)** | | |
| All Premium Levels | 10.5% | 3.0% |
| **Non-CLS Policies** | | |
| Facultative Excess Policies (5) | 3.5% | 3.0% |
| Facultative Umbrellas (6) | 3.5% | 3.0% |

(1) Includes Contract Codes – 23, 27, 44, 64, 65, 66, 68, 69, 72, 73, 74, 75, 76, 77, 80, 81, 82, 83, 84, 85, 90, 91, 94, 95
(2) Includes Contract Codes – 41
(3) Includes Contract Codes – 09, 31, 33, 36, 37, 38, 39, 55, 59, 60, 61, 67, 70
(4) Includes Contract Codes – 57
(5) Includes Contract Codes – 62
(6) Includes Contract Codes – 06 (Facultative Umbrella)
*Reserve, Associate, Career, Graduate, Full Time, Part Time, Farmers Life Agent (FLA), and Financial Services Agent (FSA)
 **Base renewal rates effective with the February 2024 folio. All agent types become eligible for the Variable Renewal Compensation program in the first full calendar quarter after their 13th month of full-time appointment. All newly appointed agents (listed above) prior to this, receive an additional 1.5% on the Full Rate. See the Agency Compensation Program Guidelines for information on how to earn additional renewal commissions.

# Kraft Lake

## Kraft Lake New Business and Service Commission Schedule

*Kraft Lake Guide and Commission Schedule*

## Workers' Compensation

### Policy Terms effective March 1, 2003 to January 2012 PAR, Pay as Received

| | Writing Agent | Administrative Agent | ECE Writing Agent | ECE Administrative Agent |
|---|---|---|---|---|
| **Annual Premium Paid Farmers (Standard)** | | | | |
| 0 - 5,000 | - | - | 10.80% | 1.20% |
| 5,000 - 25,000 | - | - | 9.00% | 1.00% |
| 25,000 - 50,000 | - | - | 4.50% | 0.50% |
| 0 – 50,000 | 7.20% | 0.80% | 4.50% | 0.50% |
| 50,001 – 100,000 | 6.30% | 0.70% | - | - |
| 100,001 – 500,000 | 4.50% | 0.50% | 2.70% | 0.30% |
| 500,001 – 1,000,000 | 2.70% | 0.30% | 2.70% | 0.00% |
| OVER 1,000,000 | 2.70% | 0.30% | 2.70% | 0.30% |
| **Annual Premium Paid Truck (Preferred)** | | | | |
| 0 - 5,000 | - | - | 10.80% | 1.20% |
| 5,000 - 25,000 | - | - | 9.00% | 1.00% |
| 25,000 - 50,000 | - | - | 4.50% | 0.50% |
| 0 – 50,000 | 7.20% | 0.80% | 4.50% | 0.50% |
| 50,001 – 100,000 | 6.30% | 0.70% | - | - |
| 100,001 – 500,000 | 4.50% | 0.50% | 2.70% | 0.30% |
| 500,001 – 1,000,000 | 2.70% | 0.30% | 2.70% | 0.30% |
| OVER 1,000,000 | 2.70% | 0.30% | 2.70% | 0.00% |
| **Annual Premium Paid Mid Century (Ultra Preferred)** | | | | |
| 0 - 5,000 | - | - | 10.80% | 1.20% |
| 5,000 - 25,000 | - | - | 9.00% | 1.00% |
| 25,000 - 50,000 | - | - | 4.50% | 0.50% |
| 0 – 50,000 | 9.00% | 1.00% | 4.50% | 0.50% |
| 50,001 – 100,000 | 7.20% | 0.80% | - | - |
| 100,001 – 500,000 | 5.40% | 0.60% | 2.70% | 0.30% |
| 500,001 – 1,000,000 | 2.70% | 0.30% | 2.70% | 0.30% |
| OVER 1,000,000 | 2.70% | 0.30% | 2.70% | 0.00% |

CONFIDENTIAL

## Pollicy Terms effective January 2012

Effective January 2012, commissions will be paid on the advanced commissions program for Workers Compensation. The full commission will be paid on the written premium at the beginning of the policy term.

**NEW BUSINESS**

| | Core 29 Agents | Expansion Agents |
|---|---|---|
| **Annual Premium Paid Farmers (Standard)** | | |
| 0 - 5,000 | - | 12.00% |
| 5,000 - 25,000 | - | 10.00% |
| 25,000 - 50,000 | - | 5.00% |
| 0 – 50,000 | 8.00% | - |
| 50,001 – 100,000 | 7.00% | 5.00% |
| 100,001 – 500,000 | 5.00% | 3.00% |
| 500,001 – 1,000,000 | 3.00% | 3.00% |
| OVER 1,000,000 | 3.00% | 3.00% |
| **Annual Premium Paid Truck (Preferred)** | | |
| 0 - 5,000 | - | 12.00% |
| 5,000 - 25,000 | - | 10.00% |
| 25,000 - 50,000 | - | 5.00% |
| 0 – 50,000 | 8.00% | - |
| 50,001 – 100,000 | 7.00% | 5.00% |
| 100,001 – 500,000 | 5.00% | 3.00% |
| 500,001 – 1,000,000 | 3.00% | 3.00% |
| OVER 1,000,000 | 3.00% | 3.00% |
| **Annual Premium Paid Mid Century (Ultra Preferred)** | | |
| 0 - 5,000 | - | 12.00% |
| 5,000 - 25,000 | - | 10.00% |
| 25,000 - 50,000 | - | 5.00% |
| 0 – 50,000 | 10.00% | - |
| 50,001 – 100,000 | 8.00% | 5.00% |
| 100,001 – 500,000 | 6.00% | 3.00% |
| 500,001 – 1,000,000 | 3.00% | 3.00% |
| OVER 1,000,000 | 3.00% | 3.00% |

**SERVICE**

| | Core 29 Agents | Expansion Agents |
|---|---|---|
| **Annual Premium Paid Farmers (Standard)*** | | |
| 0 - 5,000 | - | 10.50% |
| 5,000 - 25,000 | - | 8.50% |
| 25,000 - 50,000 | - | 3.50% |
| 0 – 50,000 | 6.50% | - |
| 50,001 – 100,000 | 5.50% | 3.50% |
| 100,001 – 500,000 | 3.50% | 1.50% |
| 500,001 – 1,000,000 | 1.50% | 1.50% |
| OVER 1,000,000 | 1.50% | 1.50% |
| **Annual Premium Paid Truck (Preferred)*** | | |
| 0 - 5,000 | - | 10.50% |
| 5,000 - 25,000 | - | 8.50% |
| 25,000 - 50,000 | - | 3.50% |
| 0 – 50,000 | 6.50% | - |
| 50,001 – 100,000 | 5.50% | 3.50% |
| 100,001 – 500,000 | 3.50% | 1.50% |
| 500,001 – 1,000,000 | 1.50% | 1.50% |
| OVER 1,000,000 | 1.50% | 1.50% |

CONFIDENTIAL

**Annual Premium Paid Mid Century (Ultra Preferred)\***

| | | |
|---|---|---|
| 0 - 5,000 | - | 10.50% |
| 5,000 - 25,000 | - | 8.50% |
| 25,000 - 50,000 | - | 3.50% |
| 0 – 50,000 | 8.50% | - |
| 50,001 – 100,000 | 6.50% | 3.50% |
| 100,001 – 500,000 | 4.50% | 1.50% |
| 500,001 – 1,000,000 | 1.50% | 1.50% |
| OVER 1,000,000 | 1.50% | 1.50% |

- \*Base renewal rates effective with the December 2021 folio. All agent types become eligible for the Variable Renewal Compensation program in the first full calendar quarter after their 13th month of full-time appointment. All newly appointed agents (listed below) prior to this, receive an additional 1.5% on the Full Rate. See the Agency Compensation Program Guidelines for information on how to earn additional renewal commissions.
- Agent types: Reserve, Associate, Career, Graduate, Full Time, Part Time, Farmers Life Agent (FLA), and Financial Services Agent (FSA)

Effective September 1, 2017, a different commission rate for New Business and Renewal is being introduced for policies written in Core 29 "Fire Insurance Exchange" Company, and other states starting 3/1/2021.

### Rate for non-safety group:

| | No Safety Group | |
|---|---|---|
| | Fire Insurance Exchange New Business | Fire Insurance Exchange Renewal & Rewrites\* |
| Annual Premium | AGENT\*\* | AGENT\*\* |
| $0K to $5K | 14.00% | 8.50% |
| $5K to $10K | 12.00% | 7.00% |
| $10K to $25K | 10.00% | 5.50% |
| $25K to $50K | 8.00% | 2.50% |
| $50K to $100K | 8.00% | 1.50% |
| $100K to $500K | 8.00% | 1.00% |
| $500K to $1M | 8.00% | 1.00% |
| Over $1M | 8.00% | 1.00% |

\* Base renewal rates effective with the December 2021 folio. All agent types become eligible for the Variable Renewal Compensation program in the first full calendar quarter after their 13th month of full-time appointment. All newly appointed agents (listed below) prior to this, receive an additional 1.5% on the Full Rate. See the Agency Compensation Program Guidelines for information on how to earn additional renewal commissions.

\*\*Reserve, Associate, Career, Graduate, Full Time, Part Time, Farmers Life Agent (FLA), and Financial Services Agent (FSA)

### Rates for Safety group:

| | Safety Group | | | |
|---|---|---|---|---|
| | New Business | | Renewal and Rewrites\* | |
| Annual Premium | Agent\*\* | Admin Agent | Agent\*\* | Admin Agent\*\*\* |
| $0K to $5K | 12.600% | 1.400% | 7.500% | 1.000% |
| $5K to $10K | 10.800% | 1.200% | 6.150% | 0.850% |
| $10K to $25K | 9.000% | 1.000% | 4.800% | 0.700% |
| $25K to $50K | 7.200% | 0.800% | 2.100% | 0.400% |
| $50K to $100K | 7.200% | 0.800% | 1.200% | 0.300% |
| $100K to $500K | 7.200% | 0.800% | 0.750% | 0.250% |
| $500K to $1M | 7.200% | 0.800% | 0.750% | 0.250% |
| Over $1M | 7.200% | 0.800% | 0.750% | 0.250% |

- \*Base renewal rates effective with the December 2021 folio. All agent types become eligible for the Variable Renewal Compensation program in the first full calendar quarter after their 13th month of full-time appointment. All newly appointed agents (listed below) prior to this, receive an additional 1.5% on the Full Rate. See the Agency Compensation Program Guidelines for information on how to earn additional renewal commissions.
- \*\*Reserve, Associate, Career, Graduate, Full Time, Part Time, Farmers Life Agent (FLA), and Financial Services Agent (FSA)
- \*\*\*Admin. Agents are not subject to the Variable Renewal Compensation Program.

CONFIDENTIAL

## Workers' Compensation Associations

Workers' Compensation policies written in an association will generate commission to the 'writing agent', and the 'administrative agent'.

Check your association state.  Some associations pay all commissions to the writing agent.

If commissions are paid to the administrative agent, the 'writing agent' will receive 90% of the commission percentage shown in the commission schedule. The 'administrative agent' will receive 10% of the commission.

### Fees

Commissions are not paid on membership or reinstatement fees and fees are not included in the annualized premium totals when determining commissions to be paid.

Membership Fees (excludes W/C, Business Insurance Umbrella and Excess policies)

- Membership fees are charged on New Business only
- Membership fees are 100% earned at New Business. Refunds only apply when a policy is cancelled for underwriting reasons during the initial policy term.
- State Exceptions:

  Washington: if a policy cancels during the initial policy term, policy fees will be refunded on a pro-rated basis.

  Texas: Membership fees apply to all lines of business, including All Selected Industry BOP's, TCPP's, TBOP's, Monoline Policies and premiums generated from Hartford Steam Boiler coverages, excluding only Garage Liability and Business Insurance Auto's.

  Missouri: State Regulation (20CSR 500-4.00) prohibits the charging of membership fees.

Reinstatement Fees (excludes Workers' Compensation, umbrella and excess policies)

- Reinstatement fees apply when a policy has been out-of-force more than 30 days; but less than 6 months. No reinstatement fees apply to policies out-of-force less than 30 days.
- Reinstatement fees are fully earned and not refundable.

# Business Insurance & Worker's Compensation Commission Rules

New Business/Renewals - See sections above on commission schedules.

## Changes

Workers' Compensation commissions are paid or charged back at the time of the change.  At the time of the final audit, commissions are paid or charged back on the added or returned premium.

For Business Insurance policies:

- Added Coverage/Increase of Existing Coverage: Commissions are paid based on the new business commission schedule, whether the change occurred in the new business or renewal term.
- Deleted Coverage/Decrease of Existing Coverage: Commissions are charged back following the new business commission schedule if the change occurred in the new business term. Commissions are charged back following the service commission schedule if the change occurred in the renewal term.

## Reinstatements – Business Insurance and WC

Reinstatement With/Without Lapse in Coverage: Commissions are paid following the new business commission schedule if the reinstatement occurred in the new business term. Commissions are paid following the service commission schedule if the reinstatement occurred in the renewal term.

## Cancellations – Business Insurance and WC

Commissions are charged back on the prorated cancellation premium following the new business commission schedule if the cancellation occurred in the new business term. If the cancellation occurred in the renewal term, commissions are charged back on the prorated cancellation premium following the service commission schedule.

Commissions are charged back to the agent of record at the time the transaction is processed, which may not be the same agent originally paid.  By receiving policy assignments as a result of an insured's request, purchase of service and commission rights, move-in or any other reason, the new agent of record accepts responsibility for all transactions processed while they are the current agent of record. Exception: If the policy cancels with an effective date prior to the date of assignment, the new agent will not be charged back.

## Final Audit – Business Insurance and WC

Premium assigned to collection or that is written off will result in a charge back of commission. Commission will not be paid on subsequent collections made. Should the Final Audit be revised, resulting in a credit of premium or if premium is waived, the resulting chargeback to the agent should be reversed.

## Uncollected Premium

Premium assigned to collection or that is written off will result in a charge back of commission. Commission will not be paid on subsequent collections made. Should the Final Audit be revised, resulting in a credit of premium or if premium is waived, the resulting chargeback to the agent should be reversed.

## Policy Rewrites – Business Insurance and WC

Policy rewrite transactions will pay new business or service commissions based on the policy term of the policy being rewritten. A policy replacing one during the new business term and before the renewal levy will be paid new business commissions, and a policy replacing one in a renewal term will be paid service commissions.

Agents will not receive payment on any New Business fees that are charged as a result of a rewrite transaction.

## Reduced Commission Series – WC

Reduced commission series policies (5, H, X) pay a flat 3.0% new business and renewal rate.

## OMNI Assignments

OMNI — J series (NBNH) pays at 2.5% for both New Business and Service Commissions; Y series (NBEH/NLOB) only pays Service Commissions at the full rate (no New Business commissions are paid).

# Life Insurance

## AGENT COMMISSION SCHEDULE

### First, Second, and Renewal Years – Effective December 2019

| UNIVERSAL LIFE, WHOLE LIFE | Plan Code | | Agent | | |
|---|---|---|---|---|---|
| Product Description | Nicotine | Non-Nicotine | First Year | Second Year | Renewal |
| Farmers Index Universal Life® (FIUL) | IUH, IUK, IUQ<br><br>Up to Target<br>Excess Premium | | 50%*<br>3%* | 50%*<br>3%* | 3%<br>3% |
| Farmers EssentialLife® Universal Life (FEUL)[1] | 087, 187, 287<br><br>Up to Target<br>Excess Premium | | 58%*<br>3%* | 58%*<br>3%* | 3%<br>3% |
| Farmers EssentialLife® Simple Whole Life (FESWL)[1]<br><br>Farmers' Customer<br>Non-Farmers' Customer | 361<br>362 | 761<br>762 | 60%<br>60% | 5%<br>5% | 3%<br>3% |
| Farmers Graded Death Benefit Whole Life (FGD-BWL)[1] | 124 | | 60% | 2% | 2% |

- *Farmers EssentialLife® Universal Life and Farmers Index Universal Life® – The "rolling target premium" approach is used. A 50% (FIUL) commission rate or a 58% (FEUL) commission rate on the first Target Premium is received, provided it is received within the first two years of issue or increase. Premiums received in excess of the first Target Premium and renewal (2+ years after issue or increase) receives a 3% commission. Life policies in the 5xx commission series pay no commissions.

[1]The first year commission rates are based upon the following policy anniversary dates:

CONFIDENTIAL

| PRODUCTS | POLICY ANNIVERSARY DATES | FIRST YEAR COMMISSION |
|---|---|---|
| FESWL & FGDBWL | On or after October 28, 2016 | 60% |
| FESWL & FGDBWL | October 18, 2014 - October 27, 2016 | 58% |
| FEUL | On or after October 18, 2014 | 58% |
| FEUL, FESWL, & FGDBWL | On or before October 17, 2014 | 50% |

| TERM INSURANCE | Plan Code | | Agent | | |
|---|---|---|---|---|---|
| Product Description | Nicotine | Non-Nicotine | First Year | Second Year | Renewal |
| Farmers Value Term (FVT)[2] 10, 20, 30 Year | 245, 246, 247 | 645, 646, 647 | 50% | 3% | 3% |
| Farmers Simple Term[2] 10, 20 & 30 Year | 267, 268, 269 | 667, 668, 669 | 50% | 3% | 3% |

[2]The first year commission rates are based upon the following policy anniversary dates:

| PRODUCTS[2] | POLICY ANNIVERSARY DATES | FIRST YEAR COMMISSION |
|---|---|---|
| Farmers Value Term, Farmers Simple Term | On or after October 28, 2016 | 50% |
| Farmers Value Term, Farmers Simple Term | October 18, 2014--October 27, 2016 | 48% |
| Farmers Value Term, Farmers Simple Term | On or before October 17, 2014 | 40% |

| RIDERS | Plan Code | | Agent | | |
|---|---|---|---|---|---|
| Product Description | Nicotine | Non-Nicotine | First Year | Second Year | Renewal |
| Children's Term Rider (All plans except FEUL & FIUL) | 107 | | 63%[4] | 20% | 5% |
| Children's Term Insurance Rider (Farmers EssentialLife® Universal Life-FEUL) | 107 Up to Target Excess | | 58%[3]* 3%* | 58%* 3% * | 3% |
| Children's Term Insurance Rider (Farmers Index Universal Life-FIUL) | 107 Up to Target Excess | | 50%* 3%* | 50%* 3%* | 3% |
| Critical Illness Rider (CIR) | CI1, CI2, CI3, CI4 | | 48%[5] | 3% | 3% |

*Farmers EssentialLife® Universal Life and Farmers Index Universal Life® – The "rolling target premium" approach is used. A 50% (FIUL) commission rate or a 58% (FEUL) commission rate on the first Target Premium is received, provided it is received within the first two years of issue or increase. Premiums received in excess of the first Target Premium and renewal (2+ years after issue or increase) receives a 3% commission. Life policies in the 5xx commission series pay no commissions.

[3]The first year commission rates are based upon the following policy anniversary dates:

| RIDERS[3] | POLICY ANNIVERSARY DATES | FIRST YEAR COMMISSION |
|---|---|---|
| Children's Term Insurance Rider (FEUL) | On or after October 18, 2014 | 58% |
| Children's Term Insurance Rider (FEUL) | On or before October 17, 2014 | 50% |

[4]The first year commission rates are based upon the following policy anniversary dates:

CONFIDENTIAL

| RIDERS[4] | POLICY ANNIVERSARY DATES | FIRST YEAR COMMISSION |
|---|---|---|
| Children's Term Insurance Rider (all plans except FEUL & FIUL) | On or after October 18, 2014 | 63% |
| Children's Term Insurance Rider (all plans except FEUL & FIUL) | On or before October 17, 2014 | 55% |

[5]The first year commission rates are based upon the following policy anniversary dates:

| RIDERS[5] | POLICY ANNIVERSARY DATES | FIRST YEAR COMMISSION |
|---|---|---|
| Critical Illness Rider (CIR) | On or after October 18, 2014 | 48% |
| Critical Illness Rider (CIR) | On or before October 17, 2014 | 40% |

CONFIDENTIAL

# NEW RETAIL AGENT BONUS PROGRAMS ADDENDUM TO AGENT APPOINTMENT AGREEMENT



This New Retail Agent Bonus Programs Addendum to Agent Appointment Agreement ("Addendum") is between

ALEXANDER JOSEPH HOLMES ("Agent")

and the Companies that are parties to Agent's appointment agreement ("Agreement").

The effective date of this Addendum is 10/01/2025 ("Addendum Effective Date"). Except as modified as follows in this Addendum, all of the provisions of the Agreement remain in full force and effect.

**Recitals.**

This Addendum is made with respect to the following facts:

- Agent has executed the Agreement concurrently herewith and is not a party to a pre-existing agent appointment agreement with the Companies.

- Agent and the Companies desire to agree on eligibility terms for the following programs: 1) an exterior branding bonus program, 2) a signing bonus program, 3) a monthly bonus program based on net new business commissions, 4) a one-time bonus based on net new business commissions while on the Reserve Agent Program or Associate Agent Program, 5) an annual bonus program based on net new business commissions, and 6) a monthly lead opportunity program. With the exception of the exterior branding and signing bonus programs, all of these programs are based on Agent's net new business commissions and Life Issued and Paid Tier Placements specified in the schedules and rules included herein and in the Retail Agent Program Guidelines.

Accordingly, the parties to this Addendum agree as follows:

**A. Programs.**

   **1. Exterior Branding Bonus Program.**

     a.  To assist Agent with obtaining initial exterior branding on an approved office location, consistent with the Farmers® trademark and brand guidelines, the Companies are willing to coordinate all aspects of initial exterior branding options and execution with an approved sign vendor in accordance with the Exterior Branding Bonus Program Guidelines.

   **2. Signing Bonus Program – Month 2 after Addendum Effective Date.**

     a.  In Month 2 after Addendum Effective Date, Agent will be eligible for a bonus as set forth in the Retail Agent Program Guidelines.

   **3. Monthly Bonus Program Based on Net New Business Commissions ("Monthly New Business Bonus Program") – Months 1 through 36 after Addendum Effective Date.**

   During the first 36 months after Addendum Effective Date, Agent may qualify for the Monthly New Business Bonus Program as follows.

     a.  Starting in Agent's first month and continuing through the 36th month after Addendum Effective Date, the Companies will pay Agent a bonus based on a percentage of Agent's monthly net new business Property and Casualty ("P&C") commissions and monthly net new business Life commissions excluding Annuities in accordance with schedules and rules established by the Companies and in effect on the effective date of the applicable new business transaction. The total monthly bonus payment, if any, will not include any amounts exceeding the maximum monthly bonus payment amounts for specific types of business established by the Companies from time to time in their sole discretion as set forth in the Retail Agent Program Guidelines.

b. The quarterly percentage of monthly net new business commission used to calculate Agent's bonus, if any, will apply to each three-month period after Addendum Effective Date (not calendar quarters). The applicable quarterly percentage will be based on Agent's net new business commission and Life Issued and Paid Tier Placement at the end of the previous quarter. In Agent's first quarter after Addendum Effective Date, the percentage of monthly net new business commission used to calculate Agent's bonus will be the Tier A percentage. To receive a bonus based on a percentage of monthly net new business commissions, less any amounts exceeding the applicable maximum monthly bonus payment amounts for specific types of business, as a bonus in subsequent quarters, Agent must achieve Tier C, or higher, bonus requirements.

(i) Net new business commissions are calculated based on Agent's 3xx and agency producer series P&C and Life net issued new business policies as of the closing dates for the insuring entities issuing the policies and as reflected in Agent's folio. Monthly net new business commission is defined as the net new business commissions for the applicable P&C and Life net issued new business policies as set forth in Agent's folio. The following are excluded from the net new business commission calculations: (i) any fees that are not considered for commission purposes; and (ii) premium and policies associated with (a) any Farmers Financial Solutions, LLC ("FFS") offerings, (b) Flood insurance, (c) any Kraft Lake Insurance Agency, Inc. ("Kraft Lake") business, (d) any 21st Century® Insurance offerings, and (e) the California Earthquake Authority ("CEA").

(ii) Any bonus will be paid on the next folio after each applicable month.

4. **One-time Bonus Based on Net New Business Commissions While on the Reserve Agent Program or Associate Agent Program – Month 2 after Addendum Effective Date.**

a. Agent is eligible to receive a one-time bonus based on Agent's net new business commissions while on the Reserve Agent Program or Associate Agent Program immediately prior to becoming a Retail agent, up to a maximum aggregate bonus payment amount ("Maximum Aggregate Bonus Payment Amount") as set forth in the Retail Agent Program Guidelines.

b. Net new business commissions are calculated based on Agent's 3xx and agency producer series P&C and Life net issued new business policies as of the closing dates for the insuring entities issuing the policies and as reflected in Agent's folio. The following are excluded from the net new business commission calculations: (i) any fees that are not considered for commission purposes; and (ii) premium and policies associated with (a) any FFS offerings, (b) Flood insurance, (c) any Kraft Lake business, (d) any 21st Century Insurance offerings, and (e) the CEA.

5. **Annual Bonus Program Based on Net New Business Commissions ("Annual New Business Bonus Program") – Months 12, 24, and 36 after Addendum Effective Date.**

During the first 36 months after Addendum Effective Date, Agent also may qualify for the Annual New Business Bonus.

a. Agent is eligible to receive a bonus based on Agent's applicable 12-month net new business commissions and the number of issued and paid Life policies at the end of 12, 24 and 36 months after Addendum Effective Date if Agent achieves the Tier A, B, or C applicable bonus requirements at the end of years 1, 2 or 3. Tier determination at the end of years 1, 2 or 3 is independent of the quarterly Tier Placement at the end of quarters 4, 8, or 12. Any bonus for the applicable 12-month period will be determined in accordance with the table established by the Companies from time to time in their sole discretion as set forth in the Retail Agent Program Guidelines. The total annual bonus payment, if any, will not include any amounts exceeding the applicable maximum annual bonus payment amounts for specific types of business established by the Companies from time to time in their sole discretion as set forth in the Retail Agent Program Guidelines.

b. Applicable 12-month net new business commissions are calculated based on Agent's 3xx and agency producer series P&C and Life net issued new business policies as of the closing dates for the insuring entities issuing the policies and as reflected in Agent's folio. The following are excluded from the net new business commissions calculation:

(i) any fees that are not considered for commission purposes; and (ii) premium and policies associated with (a) any FFS offerings, (b) Flood insurance, (c) any Kraft Lake business, (d) any 21st Century Insurance offerings, and (e) the CEA.

     c.    Any bonus will be paid over the next 12 folios after the calculation (the total bonus amount will be divided by 12 and the resulting amount will be paid monthly).

**6. Monthly Lead Opportunity Program – Months 1-36 after Addendum Effective Date.**

If Agent achieves Tier C or higher quarterly bonus requirements, agent will receive a monthly lead opportunity credit as set forth in the Retail Agent Program Guidelines.

**B. Terms and Conditions and Other Eligibility Criteria.**

1. The terms and conditions of these programs are subject to change, including program termination, at any time in the Companies' sole discretion; revisions may be communicated in bulletins or other publications.

2. Agent must be current on the applicable training programs, meet office location, staffing and other requirements and standards, as determined by the Companies, and be active as an agent for and in good standing with the Companies at the time of any bonus payout in accordance with the programs addressed herein to be eligible to receive any applicable bonus payment. To be in good standing, Agent must meet criteria established by the Companies in their sole discretion. Among other things, Agent must have active, unrestricted binding authority.

3. If Agent makes a purchase of service and commission rights after Addendum Effective Date, Agent will no longer be eligible to participate in any of the bonus programs, effective immediately upon the effective date of the purchase. However, if Agent had previously qualified for the Annual New Business Bonus Program, Agent will receive any remaining monthly bonus payments based on the prior qualification.

4. Bonus payments will cease (a) at the end of each bonus program eligibility period, (b) immediately upon the effective date of a purchase of service and commission rights, except as noted in Paragraph B.3. above, (c) immediately if Agent fails to establish a professional Farmers-branded office in compliance with Farmers Brand standards within 6 months of Addendum Effective Date, (d) if Agent fails to maintain the minimum licensed and appointed staff as established by the Companies for bonus program purposes, or (e) upon termination of the Agreement, whichever occurs first. With respect to Paragraph B.4.(c), if Agent establishes a professional Farmers-branded office in compliance with Farmers Brand standards after 6 months from Addendum Effective Date, Agent will be eligible to receive applicable bonus payments in the following program quarter, if all other requirements are met, but Agent will not receive any retroactive bonus payments. With respect to Paragraph B.4.(d), if Agent does not meet staffing requirements for two consecutive quarters, new agent bonuses may be stopped. Should agent subsequently meet the staffing requirements, Agent will be eligible to receive applicable bonus payments in the following program month, if all other requirements are met, but Agent will not receive any retroactive bonus payments. Agent understands and agrees that Agent is not entitled to receive any bonus payments which are projected to be paid pursuant to applicable policies of the Companies on or after the earliest event set forth in this Paragraph B.4; such bonus compensation shall be deemed to be unearned.

**C. Construction, Representations, Certification, and Acknowledgments.**

1. No change, alteration or modification of this Addendum can be made unless it is in writing and signed by an authorized representative of Agent and an authorized representative of the Companies.

2. The language of this Addendum shall be construed according to its fair meaning and not strictly for or against any party. If any portion of this Addendum should be found to be wholly or partially unenforceable, this will not affect the validity or enforceability of the remainder or balance of the terms set forth in this Addendum, provided that such an action will not materially change the economic impact of this Addendum on any party.

3. The undersigned Agent or authorized representative of Agent acknowledges that said individual has read, understands, and agrees to the terms and conditions contained in this Addendum and voluntarily enters into this Addendum without relying on any representations made by the Companies or any of their representatives not contained in this Addendum.

4. The undersigned Agent or authorized representative of Agent (a) certifies that the undersigned is authorized and has the full capacity and legal right to execute this Addendum on behalf of Agent, and (b) acknowledges receipt of a copy of this Addendum.

**For Agent:**

Signed by:

ALEXANDER JOSEPH HOLMES

EAAB666FE11241E...

| Signature of Authorized Representative | Agent |
| | Title |

 ALEXANDER JOSEPH HOLMES

9/16/2025

| Printed or Typed Name of Authorized Representative | Date (mm/dd/yyyy) |

**For the Companies:**

DocuSigned by:

By kimberly Burleson

29C44C46A9EE449...

| Signature of Authorized Representative | AD Specialist |
| | Title |

Kimberly Burleson

9/16/2025

| Printed or Typed Name of Authorized Representative | Date (mm/dd/yyyy) |

32-9882    03-24    Page 4 of 4    All States Except CT, KY, ME, MA, MS, NC, NH, NY, RI, VT