**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ROBERT HOSSFELD, individually and on behalf of others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:26-cv-114400-JCB |
| EVERQUOTE, INC. and FARMERS GROUP, INC., | ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF WITHDRAWAL**

Please enter the Notice of Withdrawal of Appearance of Jeff Butler of Troutman Pepper Locke LLP, as attorney for the Defendant, Farmers Group, Inc. ("Defendant"). Maxwell Gessman of Troutman Pepper Locke LLP will remain as counsel for Defendant.

Respectfully submitted,
FARMERS GROUP, INC.

By its attorneys,

Dated:  May 19, 2026

/s/ *Jeffrey Butler*
Jeffrey A. Butler (BBO #716020)
TROUTMAN, PEPPER, LOCKE LLP
111 Huntington Avenue, 9th Floor
Boston, MA 02199-7613
Tel: (617) 239-0100
jeff.butler@troutman.com

**Certificate of Service**

I hereby certify that on May 19, 2026, a true and correct copy of the foregoing motion was filed through the Court's Electronic Case Filing (ECF) system and thereby served on all parties registered to receive electronic notifications through ECF.

/s/ *Jeffrey Butler*
Jeffrey Butler

329395438v2