UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT HOSSFELD, individually and on behalf of others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:26-cv-11440-JCB |
| EVERQUOTE, INC. and FARMERS GROUP, INC., | ) ) ) | |
| Defendants. | ) ) ) | |

**ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE OF
BRIAN I. HAYS FOR DEFENDANT FARMERS GROUP, INC.**

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, counsel for the Defendant Farmers Group, Inc. ("FGI"), hereby moves to admit attorney Brian I. Hays, *Pro Hac Vice*, for FGI in this action. In support of this motion, the Declaration of Brian I. Hays is submitted herewith as Exhibit A.  In further support of this motion, Defendant state as follows:

1.      FGI has retained Brian I. Hays of Troutman Pepper Locke LLP in Chicago, Illinois to assist in defending them in this case. Attorney Hays is admitted to and is a member in good standing of the Bar of Illinois, the United States District Court for the Northern and Central Districts of Illinois, District of Montana, and the District of Colorado; the United States Court of Appeals for the Seventh and Tenth Circuits, and the United States Supreme Court. There are no disciplinary proceedings pending against Attorney Hays in any jurisdiction. He has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

2.     The undersigned, who is a member of the bar of this Court, has entered an appearance for the Defendant, will act as co-counsel in this case, and will appear at conferences and hearings as appropriate.

3.     Counsel for the Plaintiff and co-defendant have been contacted, and assents to the relief requested in this motion.

WHEREFORE, the Defendant and the undersigned counsel respectfully request that this Court admit Brian I. Hays *Pro Hac Vice* as counsel for Defendant Farmers Group, Inc.

Dated: May 28, 2026                                    Respectfully submitted,

                                                       FARMERS GROUP, INC.

                                                       By its attorney,

                                                       /s/ *Maxwell Gessman*
                                                       Maxwell Gessman (BBO #715177)
                                                       TROUTMAN, PEPPER, LOCKE LLP
                                                       111 Huntington Avenue, 9th Floor
                                                       Boston, MA 02199-7613
                                                       Tel: (617) 239-0100
                                                       Maxwell.gessman@troutman.com

### Local Rule 7.1 Certification

I certify that on May 28, 2026, counsel for the parties conferred in good faith in an effort to resolve or narrow the issue presented by this motion. Counsel for Plaintiff and Co-Defendant assented to the motion.

                                                       /s/ *Maxwell Gessman*
                                                       Maxwell Gessman

**Certificate of Service**

I hereby certify that on May 28, 2026, a true and correct copy of the foregoing motion was filed through the Court's Electronic Case Filing (ECF) system and thereby served on all parties registered to receive electronic notifications through ECF.

/s/ *Maxwell Gessman*
Maxwell Gessman