# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT HOSSFELD, individually and on )
behalf of others similarly situated, )
 )
    Plaintiff, )
 )
  v. ) Case No. 1:26-cv-11440-JCB
 )
EVERQUOTE, INC. and FARMERS GROUP, )
INC., )
 )
    Defendants. )
 )

**DECLARATION OF BRIAN I. HAYS**

I, Brian I. Hays, state the following under oath:

1. I am a partner at the law firm of Troutman Pepper Locke LLP and submit this Declaration in support of the application by Defendant Farmers Group, Inc. ("FGI") to permit me to appear and participate, *pro hac vice*, as counsel for FGI in the above-captioned matter.

2. I was admitted to practice law in the State of Illinois in 1998. I am a current member in good standing of the Bar of the State of Illinois and am licensed to practice before the highest court in Illinois. I am also a member of the bar of the United States District Court for the Central and Northern Districts of Illinois, the District of Montana and the District of Colorado; the United States Court of Appeals for the Seventh and Tenth Circuits, and the United States Supreme Court.

3. I am a member in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have never had a *pro hac vice* admission to this Court revoked for misconduct.

6. I have read the Local Rules of the United States District Court for the District of Massachusetts. I agree to comply with the Local Rules.

7. FGI has requested that I represent them in this matter. I am fully familiar with the facts and events surrounding this litigation.

8. If admitted *pro hac vice*, I will immediately notify the Court of any matter affecting my standing at the bar of any other Court.

9. I respectfully submit that there is good cause for my admission *pro hac vice* as counsel for Defendant Farmers Group, Inc.

Signed under the penalties of perjury this 28th day of May, 2026.

/s/ Brian I. Hays
Brian I. Hays