IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROBERT HOSSFELD, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | Case No. 1:26-cv-11440-JCB |
| | ) | |
| EVERQUOTE, INC., and FARMERS GROUP, INC., Defendant. | ) ) ) ) | |

**DEFENDANTS EVERQUOTE, INC. AND FARMERS GROUP, INC.'S
JOINT MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE
TO PLAINTIFF'S AMENDED COMPLAINT**

Defendants EverQuote, Inc. ("EverQuote") and Farmers Group, Inc. ("Farmers") hereby move with the assent of Plaintiff to extend the deadline to answer or otherwise respond to Plaintiff's Amended Complaint Class Action [Docket #28] to a date up to and including June 18, 2026.  The current Order allows 14 days for Plaintiff to oppose any motions.  If the Court grants the Defendants an extension, Plaintiff's oppositions would be due July 2, 2026.  As grounds for its motion, EverQuote states that there was miscommunication regarding the deadlines for responding to the Amended Complaint.  EverQuote needs additional time to confer with its client and revise the responses.  Farmers is joining in the motion so that all responses and oppositions have consistent deadlines.  Plaintiff assents to the extension.

Wherefore, EverQuote and Farmers request the Court grant its motion extending the date to file its responsive pleading to June 18, 2026.

1

Respectfully submitted,

FARMERS GROUP, INC.                  EVERQUOTE, INC.
By its Attorneys                     By its Attorneys,
TROUTMAN, PEPPER, LOCKE LLP          CAMPBELL CONROY & O'NEIL, P.C.

/s/ Maxwell Gessman                  /s/ Christopher B. Parkerson
Maxwell Gessman (BBO #715177)        Christopher B. Parkerson (BBO #662952)
Maxwell.gessman@troutman.com         cparkerson@campbell-trial-lawyers.com
111 Huntington Avenue, 9th Floor     20 City Square, Suite 300
Boston, MA 02199-7613                Boston, MA 02129
Tel: (617) 239-0100                  617-241-3000

**ASSENTED TO:**

PLAINTIFF ROBERT HOSSFELD
By his Attorney,
PARONICH LAW, P.C.

*/s/ Anthony I. Paronich
Anthony I. Paronich
anthony@paronichlaw.com
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018

*signed with permission

## LOCAL RULE 7.1 (A)(2) CERTIFICATION

I certify that on May 28, 2026, counsel for the parties conferred in good faith in an effort to resolve or narrow the issue presented by this motion. Counsel for Plaintiff assents to the relief requested in the motion.

/s/ Christopher B. Parkerson
Christopher B. Parkerson

## CERTIFICATE OF SERVICE

I, Christopher B. Parkerson, hereby certify that on June 11, 2026, I electronically filed the within, Assented to Motion for Extension of Time to File a Response to First Amended Complaint, with the Clerk of the Court using the electronic filing system (EFS) which will send such notification of such filing to counsel of record.

/s/ Christopher B. Parkerson
Christopher B. Parkerson

2