IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT HOSSFELD, individually and on behalf of others similarly situated,

        Plaintiff,

v.

EVERQUOTE, INC. and FARMERS GROUP, INC.,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)

Case No. 1:26-cv-11440-RGS

### ASSENTED TO MOTION FOR ADMISSION OF ERIC J. TROUTMAN *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(3)(2), Christopher B. Parkerson, a member of the bar of this Court and counsel of record for the defendant, EverQuote, Inc., moves for the admission P*ro Hac Vice* of Eric J. Troutman to appear in this case on behalf of the defendant.

As grounds for this motion, the following matters are stated in the affidavit of Mr. Troutman, attached hereto as Exhibit A.

1. Eric J. Troutman is a partner at the law firm of Troutman Amin, LLP, 400 Spectrum Center Drive, Suite 1450, Irvine, CA 92618.

2. Mr. Troutman is a member of the bar in the State of California.

3. Mr. Troutman is a member in good standing in every jurisdiction in which he is admitted to practice.

4. Mr. Troutman is not the subject of disciplinary proceedings pending in any jurisdiction in which he is a member of the bar.

5.  Mr. Troutman has not previously had a Pro Hac Vice admission to this court, or other admission for a limited purpose under Local Rule 83.5.3, revoked for misconduct.

6.  Mr. Troutman has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Mr. Troutman's Rule 83.5.3(e)(3) certification is reflected in his signed affidavit, Exhibit A.

Accordingly, it is respectfully requested that this Court enter an Order admitting Eric J. Troutman P*ro Hac Vice* to appear as counsel for the defendant EverQuote, Inc. in the above-captioned case.

## LOCAL RULE 7.1 (A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), counsel for Defendant hereby certifies that he has conferred with Plaintiff's counsel, who has assented to this motion.

/s/ *Christopher B. Parkerson*
Christopher B. Parkerson

Respectfully submitted,

EVERQUOTE, INC.
By its Attorneys,
CAMPBELL CONROY & O'NEIL, P.C.

/s/ *Christopher B. Parkerson*
Christopher B. Parkerson (BBO #662952)
cparkerson@campbell-trial-lawyers.com
20 City Square, Suite 300
Boston, MA 02129
617-241-3000

## CERTIFICATE OF SERVICE

I, Christopher B. Parkerson, hereby certify that on June 16, 2026, I electronically filed the within, Motion for Admission of Eric J. Troutman Pro Hac Vice, with the Clerk of the Court using the electronic filing system (EFS) which will send such notification of such filing to counsel of record.

/s/ *Christopher B. Parkerson*
Christopher B. Parkerson