# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT HOSSFELD, individually and on behalf of others similarly situated,

Plaintiff,

v.

EVERQUOTE, INC. and FARMERS GROUP, INC.,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:26-cv-11440-RGS

**AFFIDAVIT OF PUJA AMIN IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

I, Puja Amin, do hereby depose and state the following:

1. I am a partner at the law firm of Troutman Amin, LLP, 400 Spectrum Center Drive, Suite 1450, Irvine, CA 92618.

2. I am an active member of the Bar in the State of California.

3. I am a member in good standing in every jurisdiction in which I am admitted to practice.

4. There are no disciplinary proceedings pending against me in any jurisdiction where I have been admitted to practice law.

5. I have never had a P*ro Hac Vice* admission to this court revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

7.  I make this Affidavit in support of the motion of Christopher B. Parkerson, of Campbell Conroy & O'Neil, P.C., 20 City Square, Suite 300, Boston, MA 02129, a member in good standing of the bar of this Court, for an Order admitting me *pro hac vice* to serve as counsel for EverQuote, Inc. in this case. EverQuote has requested that I represent it in this matter. I am fully familiar with the facts and events surrounding this litigation.

I, Puja Amin, do hereby swear or affirm under the pains and penalties of perjury that the foregoing contents of the above affidavit are true of my own knowledge and belief.

Dated:  June 16,  2026                           /s/ *Puja Amin*

                                                                    Puja Amin