# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROBERT HOSSFELD, individually and on behalf of others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | Case No. 1:26-cv-11440-RGS |
| EVERQUOTE, INC. and FARMERS GROUP, INC., | ) ) ) | |
| Defendants. | ) ) | |

**AFFIDAVIT OF BLAKE LANDIS IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Blake Landis, do hereby depose and state the following:

1. I am an associate at the law firm of Troutman Amin, LLP, 1825 NW Corporate Boulevard, Suite 100, Boca Raton, Florida 33431.

2. I am an active member of the Bar in the State of Florida.

3. I am a member in good standing in every jurisdiction in which I am admitted to practice.

4. There are no disciplinary proceedings pending against me in any jurisdiction where I have been admitted to practice law.

5. I have never had a *pro hac vice* admission to this court revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

7.  I make this Affidavit in support of the motion of Christopher B. Parkerson, of Campbell Conroy & O'Neil, P.C., 20 City Square, Suite 300, Boston, MA 02129, a member in good standing of the bar of this Court, for an Order admitting me *pro hac vice* to serve as counsel for EverQuote, Inc. in this case. EverQuote has requested that I represent it in this matter. I am fully familiar with the facts and events surrounding this litigation.

I, Blake Landis, do hereby swear or affirm under the pains and penalties of perjury that the foregoing contents of the above affidavit are true of my own knowledge and belief.

Dated: June 16, 2026                    /s/ *Blake Landis*
                                           Blake Landis