# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ROBERT HOSSFELD, individually and on behalf of others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:26-cv-114400-RGS |
| EVERQUOTE, INC. and FARMERS GROUP, INC., | ) ) ) | |
| Defendants. | ) ) ) | |

**DECLARATION OF BRIAN I. HAYS**

Brian I. Hays, under penalty of perjury, declares as follows:

1.      I am a lawyer licensed to practice law in the state of Illinois. I am a partner at the law firm Troutman Pepper Locke LLP, 111 South Wacker Drive, Chicago, Illinois 60606.  I am one of the attorneys who represent Farmers, Group, Inc. My *pro hac vice* application was filed [Dkt. 29] and accepted [Dkt. 30] by this Court on May 28, 2026.

2.      This Declaration is made in support of the Farmers Group, Inc.'s Motion to Dismiss Plaintiffs' Amended Complaint. The facts stated herein are within my personal knowledge and are true and correct.

3.      On May 15, 2026, I visited the website for the Texas Department of Insurance. The website allows visitors to look up licensed insurance producers (both individuals and agencies) and licensed insurance companies. Attached hereto as Exhibit A are true and correct copies of the search results of licensed insurance producers, insurance companies, and registered agents for service of process in the State of Texas that include the word "Farmers." Farmers Group, Inc. was not identified as a licensed insurance producer or company.

4.  On May 15, 2026, I visited the website for the United States Patent and Trademark Office. The website allows visitors to search for registered service marks and export the results to an Excel spreadsheet. Attached hereto as Exhibit B are true and correct copies of the search results for "Farmers," "Farmers Insurance," "Farmers Insurance Group," and "Farmers Insurance Group of Companies."

5.  On May 15, 2026, I visited the website for the Texas Department of Insurance. Attached hereto as Exhibit C is a true and correct copy of the search results for EverQuote. EverQuote is not appointed with the Texas Department of Insurance to sell Farmers® branded insurance.

6.  On May 15, 2026, I visited the website for the Texas Department of Insurance. Attached hereto as Exhibit D is a true and correct copy of the search results for Alexander Holmes. Alexander Holmes has not been appointed to sell insurance for Farmers Group, Inc.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: June 18, 2026

*/s/ Brian I. Hays*
Brian I. Hays

2

# Exhibit A

Texas Department of Insurance
# Insurance License Renewal

**Do you need to renew your license?** If you have more than a month to renew, you can use this portal. If you don't have more than a month to renew or don't see your information in search results, view your renewal options on the Texas Department of Insurance's website: Go to the <u>Agents/Adjusters section</u> > Click on your license type > Click on "License renewal."

**Would you like to verify a license or find an insurance agent or adjuster?** Go to the Texas Department of Insurance's <u>How to find a licensed insurance agent or adjuster</u> webpage.

**Search tip:** You can search using a full name or the first part of a name. For example, you can enter "Mich" to get names like Michael and Michelle.

### Agent or Adjuster Search

Last Name: _____ (required)
First Name: _____
Middle Name: _____

### Agency Search

Agency Name: _____
FEIN: _____
(Agency Name or FEIN is required)

OR

OR

### Agent or Adjuster License Search

License Number: _____ (required)

### Agency License Search

License Number: _____ (required)

**Have a payment or insurance license question?** Call the Texas Department of Insurance at 512-676-6500. You also might be able to get your answer on the <u>Texas Department of Insurance's website</u>.

**Need help with this portal?** Call 1-877-452-9060 or email <u>Support@TexasGovHelpDesk.com</u>.

Texas Department of Insurance

# Insurance License Renewal

## Agency Selection

Select an Agency Name to view the status of the license.

| Agency | Business Address |
| --- | --- |
| FARMERS & MERCHANTS BANK | DELEON, TX |
| FARMERS & MERCHANTS STATE BANK | HONEY GROVE, TX |
| FARMERS ALL-RISK CROP INS AGCY INC | LUBBOCK, TX |
| FARMERS AND MERCHANTS STATE BANK OF KRUM | |
| FARMERS BRANCH CITY EMPLOYEES FCU | FARMERS BRANCH , TX |
| FARMERS BRANCH CITY EMPLOYEES FEDERAL CREDIT UNION | FARMERS BRANCH, TX |
| FARMERS CHOICE AGENCY LLC | NESS CITY, KS |
| FARMERS CROP INSURANCE ALLIANCE INC | EAU CLAIRE, WI |
| FARMERS FINANCIAL SOLUTIONS, LLC | WESTLAKE VILLAGE, CA |
| FARMERS GENERAL INSURANCE AGENCY, INC. | WARWICK, RI |
| FARMERS HERITAGE FINANCIAL LLC | CONCORDIA, MO |
| FARMERS INSURANCE-MCCANN AGENCY LLC | KINGSTON, OK |
| FARMERS INVESTMENT | GLASGOW, KY |
| FARMERS NATIONAL BANK | SEYMOUR, TX |
| FARMERS NATIONAL COMPANY | OMAHA, NE |
| FARMERS NATIONAL INSURANCE LLC | CANFIELD, OH |
| FARMERS SERVICES INSURANCE AGENCY | WOODLAND HILLS, CA |
| FARMERS STATE BANK | BERTRAM, TX |
| FARMERS STATE BANK | CENTER, TX |
| FARMERS STATE BANK | GROESBECK, TX |
| FARMERS STATE BANK OF NEWCASTLE | NEWCASTLE, TX |
| FARMERS STATE COMPANY | WINNER, SD |
| FARMERS STATE INSURANCE AGENCY INC | GROESBECK, TX |
| FARMERS UNION AGCY INC | ST PAUL, MN |
| FARMERS UNION SERVICE ASSN, INC | DENVER, CO |
| FARMERS UNION SERVICE ASSOCIATION LTD | JAMESTOWN, ND |

| FARMERS UNION SERVICE ASSOCIATION OF SOUTH DAKOTA | HURON, SD |

**Have a payment or insurance license question?** Call the Texas Department of Insurance at 512-676-6500. You also might be able to get your answer on the Texas Department of Insurance's website.

**Need help with this portal?** Call 1-877-452-9060 or email Support@TexasGovHelpDesk.com.

Authorized insurance companies Company type: All Company Types Line type: All Line Types Report run: 05/15/2026 09:10:33

| Org ID | License Number | EIN | NAIC ID | NAIC Group | Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Domicile City | Do St |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24772 | 96054 | 73-1579228 | 60004 | 1321 | AMERICAN FARMERS & RANCHERS LIFE INSURANCE COMPANY | P O BOX 25968 | | | OKLAHOMA CITY | OK | 73125- | | OKLAHOMA CITY | OI |
| 3068 | 7100 | 74-0492527 | 17893 | | Austin County Farmers Mutual Fire Insurance Association, Incorporated | PO BOX 208 | | | INDUSTRY | TX | 78944-0208 | | INDUSTRY | TX |
| 29801 | 96286 | 26-2608628 | 13151 | | Care N' Care Insurance Company, Inc. | 1601 LYNDON B JOHNSON FWY STE 200 | | | FARMERS BRANCH | TX | 75234-6512 | | FARMERS BRANCH | TX |
| 2681 | 26050 | 74-2084991 | | | Engle Farmers Mutual Benefit Association | 310 FM 2238 | | | SCHULENBURG | TX | 78956-5154 | | SCHULENBURG | TX |
| 1245 | 88730 | 05-0393243 | 40169 | 0069 | Farmers Casualty Insurance Company | 6301 OWENSMOUTH AVE | | | WOODLAND HILLS | CA | 91367- | | WARWICK | RI |

| Org ID | License Number | EIN | NAIC ID | NAIC Group | Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Domicile City | Domicile St |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2564 | 30135 | 23-1903575 | 25321 | 0069 | Farmers Direct Property and Casualty Insurance Company | 6301 OWENSMOUTH AVE | | | WOODLAND HILLS | CA | 91367- | | WARWICK | RI |
| 979 | 93583 | 13-2915260 | 34339 | 0069 | Farmers Group Property and Casualty Insurance Company | 6301 OWENSMOUTH AVE | | | WOODLAND HILLS | CA | 91367- | | WARWICK | RI |

| Org ID | License Number | EIN | NAIC ID | NAIC Group | Name | Address | Address 2 | Address 3 | City | State | Zip | Country | Domicile City | Domicile State |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2668 | 27800 | 95-2575893 | 21652 | 0069 | Farmers Insurance Exchange | 6301 OWENSMOUTH AVE | | | WOODLAND HILLS | CA | 91367-2208 | | WOODLAND HILLS | CA |
| 178325 | 13766399 | 62-1665962 | 60230 | 5055 | FARMERS LIFE INSURANCE COMPANY | 243 N PETERS RD | | | KNOXVILLE | TN | 37923-4910 | | KNOXVILLE | TN |
| 3848 | 94190 | 75-2483187 | 13938 | 0069 | Farmers Lloyds Insurance Company of Texas | 6301 OWENSMOUTH AVE | | | WOODLAND HILLS | CA | 91367- | | DALLAS | TX |
| 2611 | 28000 | 74-1000881 | | | Farmers Mutual Fire & Aid Association of Kendall and Kerr Counties, Texas | P O BOX 736 | | | COMFORT | TX | 78013-0736 | | COMFORT | TX |

| Org ID | License Number | EIN | NAIC ID | NAIC Group | Name | Address | Address 2 | Address 3 | City | State | Zip | Country | Domicile City | Domicile St |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2612 | 28050 | 74-0619488 | | | Farmers Mutual Fire Insurance Association of Comal County | 309 E SAN ANTONIO ST | | | NEW BRAUNFELS | TX | 78130-4537 | | NEW BRAUNFELS | TX |
| 2614 | 28150 | 42-0245840 | 13897 | 0569 | FARMERS MUTUAL HAIL INSURANCE COMPANY OF IOWA | 6785 WESTOWN PARKWAY | | | WEST DES MOINES | IA | 50266- | | WEST DES MOINES | IA |
| 2616 | 28250 | 74-1203114 | 17584 | | Farmers Mutual Insurance Association of Burnet County | PO BOX 370 | | | BURNET | TX | 78611-0370 | | BURNET | TX |
| 2619 | 28350 | 75-0264365 | | | Farmers Mutual Insurance Association of Erath County | 2854 EAST FM 1188 | | | BLUFF DALE | TX | 76433- | | BLUFF DALE | TX |
| 2670 | 27950 | 74-6048707 | | | Farmers Mutual Insurance of Washington County | P O BOX 322 | | | BRENHAM | TX | 77834-0322 | | BRENHAM | TX |
| 2622 | 28600 | 91-0335750 | 63177 | 0212 | Farmers New World Life Insurance Company | 3120 139TH AVE SE STE 300 | | | BELLEVUE | WA | 98005-4491 | | Bellevue | WA |

| Org ID | License Number | EIN | NAIC ID | NAIC Group | Name | Address | Address 2 | Address 3 | City | State | Zip | Country | Domicile City | Domicile St |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2078 | 53970 | 13-2725441 | 26298 | 0069 | Farmers Property and Casualty Insurance Company | 6301 OWENSMOUTH AVE | | | WOODLAND HILLS | CA | 91367- | | WARWICK | RI |
| 2623 | 28630 | 74-1067657 | 24392 | 0069 | Farmers Texas County Mutual Insurance Company | 6301 OWENSMOUTH AVE | | | WOODLAND HILLS | CA | 91367- | | DALLAS | TX |

| Org ID | License Number | EIN | NAIC ID | NAIC Group | Name | Address | Address 2 | Address 3 | City | State | Zip | Country | Domicile City | Domicile St |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 698 | 93823 | 75-1779175 | 41688 | 0069 | Foremost Lloyds of Texas | PO BOX 2450 | | | GRAND RAPIDS | MI | 49501-2450 | | AUSTIN | TX |
| 53906 | 12253028 | 00-0000000 | | | Insurance Agents of Farmers Mutual Protective Association (RVOS Sales Agents Purchasing Group) | PO BOX 616 | | | TEMPLE | TX | 76503-0616 | | TEMPLE | TX |
| 1945 | 58200 | 84-6024157 | 66540 | 0449 | National Farmers Union Life Insurance Company | P.O. Box 410288 | | | Kansas City | MO | 64141-0288 | | DALLAS | TX |
| 3455 | 5843 | 84-0982643 | 16217 | 0008 | National Farmers Union Property and Casualty Company | PO BOX 3199 | | | WINSTON SALEM | NC | 27102-3199 | | WINSTON SALEM | NC |

| Org ID | License Number | EIN | NAIC ID | NAIC Group | Name | Address | Address 2 | Address 3 | City | State | Zip | Country | Domicile City | Domicile St |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1875 | 62800 | 34-0438190 | 24104 | 0228 | OHIO FARMERS INSURANCE COMPANY | P O BOX 5001 | | | WESTFIELD CENTER | OH | 44251-5001 | | WESTFIELD CENTER | OH |
| 1689 | 69475 | 74-1783419 | 10199 | | Ranchers and Farmers Mutual Insurance Company | 505 ORLEANS ST STE 502 | | | BEAUMONT | TX | 77701-3225 | | ANGLETON | TX |

Case 1:26-cv-11440-RGS   Document 42-1   Filed 06/18/26   Page 15 of 32

| Org ID | License Number | EIN | NAIC ID | NAIC Group | Name | Address | Address 2 | Address 3 | State | Zip | Country | Domicile City | Domicile St |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1452 | 81700 | 94-1663548 | 21695 | 0069 | Texas Farmers Insurance Company | 6301 OWENSMOUTH AVE | | WOODLAND HILLS | CA | 91367- | | DALLAS | TX |

# TDI Reports Application

Agents for service of process Report run: 05/15/2026 09:10:33

| Organization | Status | Company Type | Agent | Address Line 1 | Address Line 2 | City | State | ZIP |
|---|---|---|---|---|---|---|---|---|
| AMERICAN FARMERS & RANCHERS INSURANCE COMPANY | Inactive | Fire and Casualty | MICHAEL R PERKINS | 900 CONGRESS AVE STE 300 | | AUSTIN | TX | 78701-2432 |
| AMERICAN FARMERS & RANCHERS LIFE INSURANCE COMPANY | Active | Life, Accident or Health | | COGENCY GLOBAL INC | 1601 ELM ST STE 4360 | DALLAS | TX | 75201 |
| EXCEL FINANCIAL SERVICES GROUP,INC. | Inactive | Premium Finance | BRAD D BARRETT | 13571 BRAEMAR DRIVE | | FARMERS BRANCH | TX | 75234-5129 |
| FARMERS ALLIANCE MUTUAL INSURANCE COMPANY | Inactive | Fire and Casualty | FORREST C ROAN | SUITE 268 | 6805 NORTH CAPITAL OF TEXAS HIGHWAY | AUSTIN | TX | 78731 |
| FARMERS AND TRADERS LIFE INSURANCE COMPANY | Inactive | Life, Accident or Health | CORPORATION SERVICE COMPANY | 701 BRAZOS STREET SUITE 1050 | | AUSTIN | TX | 78701-3232 |
| Farmers Casualty Insurance Company | Active | Fire and Casualty | | CORPORATION SERIVCE COMPANY D/B/A | CSC-LAWYERS INCORPORATING SERVICE COMPANY 211 E 7TH ST STE 620 | AUSTIN | TX | 78701-3218 |
| Farmers Direct Property and Casualty Insurance Company | Active | Fire and Casualty | | CORPORATION SERIVCE COMPANY D/B/A | CSC-LAWYERS INCORPORATING SERVICE COMPANY 211 E 7TH ST STE 620 | AUSTIN | TX | 78701-3218 |
| Farmers Group Property and Casualty Insurance Company | Active | Fire and Casualty | | CORPORATION SERIVCE COMPANY D/B/A | CSC-LAWYERS INCORPORATING SERVICES COMPANY 211 E 7TH ST STE 620 | AUSTIN | TX | 78701-3218 |

| Organization | Status | Company Type | Agent | Address Line 1 | Address Line 2 | City | State | ZIP |
|---|---|---|---|---|---|---|---|---|
| Farmers Insurance Exchange | Active | Reciprocal | | CORPORATION SERVICE COMPANY DBA | CSC-LAWYERS INCORPORATING SERVICE COMPANY 211 E 7TH ST STE 620 | AUSTIN | TX | 78701-3218 |
| FARMERS LIFE INSURANCE COMPANY | Active | Life, Accident or Health | | URS AGENTS | 3610 N JOSEY LN STE 223 | CARROLLTON | TX | 75007-3150 |
| Farmers Lloyds Insurance Company of Texas | Active | Lloyds | | CORPORATION SERVICE COMPANY | 211 E 7TH ST STE 620 | AUSTIN | TX | 78701-3218 |
| FARMERS MUTUAL HAIL INSURANCE COMPANY OF IOWA | Active | Fire and Casualty | | CORPORATION SERVICE COMPANY | CSC-LAWYERS INCORPORATING SERVICE COMPANY 211 E 7TH ST STE 620 | AUSTIN | TX | 78701 |
| Farmers New World Life Insurance Company | Active | Life, Accident or Health | | CORPORATION SERVICE COMPANY | 211 E 7TH ST STE 620 | AUSTIN | TX | 78701-3218 |
| Farmers Property and Casualty Insurance Company | Active | Fire and Casualty | | CORPORATION SERIVCE COMPANY D/B/A | CSC-LAWYERS INCORPORATING SERVICES COMPANY 211 E 7TH ST STE 620 | AUSTIN | TX | 78701-3218 |
| Farmers Texas County Mutual Insurance Company | Active | County Mutual | | CORPORATION SERVICE COMPANY | 211 E 7TH ST STE 620 | AUSTIN | TX | 78701-3218 |
| National Farmers Union Life Insurance Company | Active | Life, Accident or Health | | C T CORPORATION SYSTEM | 1999 BRYAN ST STE 900 | DALLAS | TX | 75201-3136 |
| National Farmers Union Property and Casualty Company | Active | Fire and Casualty | | CORPORATION SERVICE COMPANY | D/B/A CSC-LAWYERS INCORPORATING SERVICE COMPANY 211 E. 7TH ST STE 620 | AUSTIN | TX | 78701 |

| Organization | Status | Company Type | Agent | Address Line 1 | Address Line 2 | City | State | ZIP |
|---|---|---|---|---|---|---|---|---|
| OHIO FARMERS INSURANCE COMPANY | Active | Fire and Casualty | | Corporation Service Company | d/b/a CSC-Lawyers Incorporating Service Company 211 E 7TH ST STE 620 | AUSTIN | TX | 78701-3218 |
| Texas Farmers Insurance Company | Active | Fire and Casualty | | CORPORATION SERVICE COMPANY | 211 E 7TH ST STE 620 | AUSTIN | TX | 78701-3218 |

Exhibit B

Tagged search results
Search term | "farmers"

| Serial Number | Wordmark | Image | Status | GoodsAndServicesTruncated | Basis | Filed Date | International Class | OwnerFullText | PriorityDate | RegistrationDate | RegistrationNumber | Registration Type | Supplemental Registration Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74507347 | FARMERS | Image for 74507347 | Live | IC 036: underwriting and claims administration for property, casualty, life, mortgage protection (life), automobile, farm and ranch, flood, workers' compensation, renters', townhouse, condominium, and homeowners insurance; underwriting and administration of individual retirement annuities (IRA) and flexible payment annuities. | 1a | 1994-03-31 | IC 036 | FARMERS INSURANCE EXCHANGE (INTER-INSURANCE EXCHANGE; CALIFORNIA, USA); 6301 OWENSMOUTH AVENUE, 3RD FLOOR, WOODLAND HILLS, California 91367, UNITED STATES | | 1995-06-13 | 1899192 | PRINCIPAL | |

Tagged search results

Search term: "farmers insurance"

| Serial Number | Wordmark | Image | Status | GoodsAndServicesTruncated | Basis | FiledDate | International Class | OwnerFullText | Priority Date | Registration Date | Registration Number | Registration Type | Supplemental Registration Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 86011243 | FARMERS INSURANCE | Image for 86011243 | Live | IC 012: Automobiles for use by marketing agents of insurance services; land vehicles, namely, parade floats.; IC 041: Hosting events at sports and entertainment venues featuring games, music, video, and interactive displays; Arranging, organizing, conducting, and hosting social entertainment events; Insurance training services for insurance agents and agencies; business education and training services, namely, training of insurance agents in the field of insurance advertising, promotion, marketing and business development; arranging contests and sweepstakes. | 1a | 2013-07-16 | IC 012 IC 041 | FARMERS INSURANCE EXCHANGE (INTER-INSURANCE EXCHANGE; CALIFORNIA, USA); 6301 OWENSMOUTH AVENUE, 3RD FLOOR, WOODLAND HILLS, CALIFORNIA 91367, UNITED STATES | | 2016-07-12 | 4998577 | PRINCIPAL | |
| 86011225 | FARMERS INSURANCE | Image for 86011225 | Live | IC 012: Automobiles for use by marketing agents of insurance services; land vehicles, namely, parade floats.; IC 016: Printed publications, namely, pamphlets in the field of insurance information.; IC 021: Mugs, cups, drinking glasses.; IC 025: Clothing, namely, T-shirts, hats, sweatshirts, caps, shirts, pants, sweaters, jackets, blazers.; IC 028: Golf balls, golf tees.; IC 032: Bottled water.; IC 041: Hosting events at sports and entertainment venues featuring games, music, video, and interactive displays; Arranging, organizing, conducting, and hosting social entertainment events; Insurance training services for insurance agents and agencies; business education and training services, namely, training of insurance agents in the field of insurance advertising, promotion, marketing and business development; arranging contests and sweepstakes. | 1a | 2013-07-16 | IC 012 IC 016 IC 025 IC 028 IC 021 IC 032 IC 041 | FARMERS INSURANCE EXCHANGE (INTER-INSURANCE EXCHANGE; CALIFORNIA, USA); 6301 OWENSMOUTH AVENUE, 3RD FLOOR, WOODLAND HILLS, CALIFORNIA 91367, UNITED STATES | | 2016-07-12 | 4998575 | PRINCIPAL | |
| 86011233 | FARMERS INSURANCE | Image for 86011233 | Live | IC 012: Automobiles for use by marketing agents of insurance services; land vehicles, namely, parade floats.; IC 016: Printed publications, namely, pamphlets in the field of insurance information.; IC 018: Leather goods, namely, wallets, briefcases and toiletry cases sold empty.; IC 021: Mugs, cups, drinking glasses.; IC 025: Clothing, namely, T-shirts, hats, sweatshirts, caps, shirts, pants, sweaters, jackets, blazers.; IC 028: Golf balls, golf tees.; IC 032: Bottled water.; IC 041: Hosting events at sports and entertainment venues featuring games, music, video, and interactive displays; Arranging, organizing, conducting, and hosting social entertainment events; Insurance training services for insurance agents and agencies; business education and training services, namely, training of insurance agents in the field of insurance advertising, promotion, marketing and business development; arranging contests and sweepstakes. | 1a | 2013-07-16 | IC 012 IC 016 IC 018 IC 025 IC 028 IC 021 IC 032 IC 041 | FARMERS INSURANCE EXCHANGE (INTER-INSURANCE EXCHANGE; CALIFORNIA, USA); 6301 OWENSMOUTH AVENUE, 3RD FLOOR, WOODLAND HILLS, CALIFORNIA 91367, UNITED STATES | | 2016-07-12 | 4998576 | PRINCIPAL | |
| 86011252 | FARMERS INSURANCE | Image for 86011252 | Live | IC 012: Automobiles for use by marketing agents of insurance services; land vehicles, namely, parade floats.; IC 025: Clothing, namely, T-shirts, hats, sweatshirts, caps, shirts, pants, sweaters, jackets, blazers. | 1a | 2013-07-16 | IC 012 IC 025 | FARMERS INSURANCE EXCHANGE (INTER-INSURANCE EXCHANGE; CALIFORNIA, USA); 6301 OWENSMOUTH AVENUE, 3RD FLOOR, WOODLAND | | 2016-07-19 | 5003705 | PRINCIPAL | |

| 86011237 | FARMERS INSURANCE | Image for 86011237 | Live | IC 035: Business services in the nature of exclusive independent contractor agent recruiting for a network of insurance agents and agencies; offering business advice, information and consultation, for exclusive contractor agents' insurance business activities; administering incentive programs for insurance agents in order to promote sales of property and casualty insurance products.; IC 036: Insurance underwriting services in the field of property, casualty, life, automobile, boat, farm and ranch, flood, workers compensation, renters, townhouse, condominium, and homeowners, recreational vehicles, boats and personal watercraft; insurance claims processing, insurance administration, and insurance agency services; providing information in insurance matters; Insurance brokerage services; insurance services, namely, providing a full range of business insurance and risk management services for businesses, insurance underwriting, claims administration and agency services; insurance services,... | 1a | 2013-07-16 | IC 042 IC 035 IC 036 | FARMERS INSURANCE EXCHANGE (INTER-INSURANCE EXCHANGE; CALIFORNIA, USA); 6301 OWENSMOUTH AVENUE, 3RD FLOOR, WOODLAND HILLS, CALIFORNIA 91367, UNITED STATES | 2016-08-02 | 5013244 | PRINCIPAL |
| 86976910 | FARMERS INSURANCE | Image for 86976910 | Live | IC 035: Business services in the nature of exclusive independent contractor agent recruiting for a network of insurance agents and agencies; offering business advice, information and consultation, for exclusive contractor agents' insurance business activities; administering incentive programs for insurance agents in order to promote sales of property and casualty insurance products.; IC 036: Insurance underwriting services in the field of property, casualty, life, automobile, boat, farm and ranch, flood, workers compensation, renters, townhouse, condominium, and homeowners, recreational vehicles, boats and personal watercraft; insurance claims processing, insurance administration, and insurance agency services; providing information in insurance matters; Insurance brokerage services; insurance services, namely, providing a full range of business insurance and risk management services for businesses, insurance underwriting, claims administration and agency services; insurance services,... | 1a | 2013-07-16 | IC 035 IC 036 | FARMERS INSURANCE EXCHANGE (INTER-INSURANCE EXCHANGE; CALIFORNIA, USA); 6301 OWENSMOUTH AVENUE, 3RD FLOOR, WOODLAND HILLS, CALIFORNIA 91367, UNITED STATES | 2015-09-15 | 4814913 | PRINCIPAL |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 86976628 | FARMERS INSURANCE | Image for 86976628 | Live | IC 041: Hosting events at sports and entertainment venues featuring games, music, video, and interactive displays; Arranging, organizing, conducting, and hosting social entertainment events; [ Providing facilities for sporting events; providing facilities for entertainment events, namely, music concerts; providing stadium facilities for sports and recreational activities, namely, football, soccer, basketball, hockey, tennis, gymnastics, volleyball, baseball, badminton, and walkathons; entertainment in the nature of organizing and conducting sports events, concerts, cultural events, competitions, and festivals; arranging for ticket reservations for sports events, concerts, cultural events, competitions and festivals; ] Insurance training services for insurance agents and agencies; business education and training services, namely, training of insurance agents in the field of insurance advertising, promotion, marketing and business development; arranging of contests and sweepstakes. | 1a | 2013-07-16  IC 041 | FARMERS INSURANCE EXCHANGE (INTER-INSURANCE EXCHANGE; CALIFORNIA, USA); 6301 OWENSMOUTH AVENUE, 3RD FLOOR, WOODLAND HILLS, CALIFORNIA 91367, UNITED STATES | 2015-07-28 | 4783586 | PRINCIPAL |
| 86011218 | FARMERS INSURANCE | Image for 86011218 | Live | IC 042: Computer technology services, namely, hosting and maintaining a website to support insurance underwriting and administration services; providing temporary web based non-downloadable software application for insurance training; design and development of computer software for insurance; providing information in the field of technology in the field of insurance; Providing temporary use of on-line non-downloadable software and applications for database management, email marketing and lead management in the field of insurance. | 1a | 2013-07-16  IC 042 | FARMERS INSURANCE EXCHANGE (INTER-INSURANCE EXCHANGE; CALIFORNIA, USA); 6301 OWENSMOUTH AVENUE, 3RD FLOOR, WOODLAND HILLS, CALIFORNIA 91367, UNITED STATES | 2016-08-23 | 5027439 | PRINCIPAL |
| 86011246 | FARMERS INSURANCE | Image for 86011246 | Live | IC 035: Business services in the nature of exclusive independent contractor agent recruiting for a network of insurance agents and agencies; offering business advice, information and consultation, for exclusive contractor agents' insurance business activities; administering incentive programs for insurance agents in order to promote sales of property and casualty insurance products.; IC 036: Insurance underwriting services in the field of property, casualty, life, automobile, boat, farm and ranch, flood, workers compensation, renters, townhouse, condominium, and homeowners, recreational vehicles, boats and personal watercraft; insurance claims processing, insurance administration, and insurance agency services; providing information in insurance matters; Insurance brokerage services; insurance services, namely, providing a full range of business insurance and risk management services for businesses, insurance underwriting, claims administration and agency services; insurance services,... | 1a | 2013-07-16  IC 042 | IC 035 IC 036 FARMERS INSURANCE EXCHANGE (INTER-INSURANCE EXCHANGE; CALIFORNIA, USA); 6301 OWENSMOUTH AVENUE, 3RD FLOOR, WOODLAND HILLS, CALIFORNIA 91367, UNITED STATES | 2016-08-02 | 5013245 | PRINCIPAL |

FARMERS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 74507347 | FARMERS | Image for 74507347 FARMERS INSURANCE | Live | IC 036: underwriting and claims administration for property, casualty, life, mortgage protection (life), automobile, farm and ranch, flood, workers' compensation, renters', townhouse, condominium, and homeowners insurance; underwriting and administration of individual retirement annuities (IRA) and flexible payment annuities. | 1a | 1994-03-31 | IC 036 | FARMERS INSURANCE EXCHANGE (INTER-INSURANCE EXCHANGE; CALIFORNIA, USA); 6301 OWENSMOUTH AVENUE, 3RD FLOOR, WOODLAND HILLS, California 91367, UNITED STATES | 1995-06-13 | 1899192 | PRINCIPAL |
| 85391497 | FARMERS INSURANCE | Image for 85391497 FARMERS INSURANCE | Live | IC 036: Insurance underwriting services in the field of property and casualty; insurance claims processing, insurance claims administration, and insurance agency services; providing information in insurance matters. | 1a | 2011-08-06 | IC 036 | FARMERS INSURANCE EXCHANGE (INTER-INSURANCE EXCHANGE; CALIFORNIA, USA); 6301 OWENSMOUTH AVENUE, 3RD FLOOR, WOODLAND | 2015-09-08 | 4806240 | PRINCIPAL |
| 86011228 | FARMERS INSURANCE | Image for 86011228 FARMERS INSURANCE | Live | IC 009: Computer software for the management and administration of insurance underwriting, claims administration and agency services for use by insurance agents; Mobile phone applications, namely, software downloaded to mobile phone devices used for the purpose of providing information to insurance customers about their policies, making insurance payments, making, processing and getting information about insurance claims, and providing information about roadside utilities and travel services; mobile device applications, namely, downloadable software for monitoring, recording and reporting vehicle operation data, vehicle location and driver behavior; mobile phone application, namely, downloadable software for underwriting and rating of auto insurance.; IC 042: Computer technology services, namely, hosting and maintaining a website to support insurance underwriting and administration services; providing temporary web based non-downloadable software application for insurance training;... | 1a | 2013-07-16 | IC 009 IC 042 | FARMERS INSURANCE EXCHANGE (INTER-INSURANCE EXCHANGE; CALIFORNIA, USA); 6301 OWENSMOUTH AVENUE, 3RD FLOOR, WOODLAND HILLS, CALIFORNIA 91367, UNITED STATES | 2016-07-19 | 5003704 | PRINCIPAL |
| 86976838 | FARMERS INSURANCE | Image for 86976838 | Live | IC 035: Business services in the nature of exclusive independent contractor agent recruiting for a network of insurance agents and agencies; offering business advice, information and consultation, for exclusive contractor agents' insurance business activities; administering incentive programs for insurance agents in order to promote sales of property and casualty insurance products.; IC 036: Insurance underwriting services in the field of property, casualty, life, automobile, boat, farm and ranch, flood, workers compensation, renters, townhouse, condominium, and homeowners, recreational vehicles, boats and personal watercraft; insurance claims processing, insurance administration, and insurance agency services; providing information in insurance matters; Insurance brokerage services; insurance services, namely, providing a full range of business insurance and risk management services for businesses, insurance underwriting, claims administration and agency services; insurance services,... | 1a | 2013-07-16 | IC 035 IC 036 | FARMERS INSURANCE EXCHANGE (INTER-INSURANCE EXCHANGE; CALIFORNIA, USA); 6301 OWENSMOUTH AVENUE, 3RD FLOOR, WOODLAND HILLS, CALIFORNIA 91367, UNITED STATES | 2015-09-01 | 4805586 | PRINCIPAL |

Tagged search results

Search term | farmers insurance group

| Serial Number | Wordmark | Image | Status | GoodsAndServicesTruncated | Basis | Filed Date | International Class | OwnerFullText | Priority Date | Registration Date | Registration Number | Registration Type | Supplemental Registration Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74384116 | FARMERS INSURANCE GROUP OF COMPANIES | Image for 74384116 | Live | IC 036: insurance services; namely, underwriting, claims administration and agency services for property and casualty, life, automobile, boat, farm and ranch, flood, workers' compensation, mortgage protection (life), renters, townhouse, condominium, and homeowners insurance [ ; underwriting and agency services of individual retirement annuities (IRA) and flexible payment annuities; administration of employee pension plans ]. | 1a | 1993-04-29 | IC 036 | FARMERS INSURANCE EXCHANGE (INTER-INSURANCE EXCHANGE; CALIFORNIA, USA); 6301 Owensmouth Avenue, 3rd Floor, Woodland Hills, California 91367, UNITED STATES | | 1994-02-15 | 1821672 | PRINCIPAL | |
| 74384122 | FARMERS INSURANCE GROUP | Image for 74384122 | Live | IC 036: insurance services; namely, underwriting, claims administration and agency services for property and casualty, life, automobile, boat, farm and ranch, flood, workers' compensation, mortgage protection (life), renters, townhouse, condominium, and homeowners insurance [ ; underwriting and agency services of individual retirement annuities (IRA) and flexible payment annuities; administration of employee pension plans ]. | 1a | 1993-04-29 | IC 036 | FARMERS INSURANCE EXCHANGE (INTER-INSURANCE EXCHANGE; CALIFORNIA, USA); 6301 Owensmouth Avenue, 3rd Floor, Woodland Hills, California 91367, UNITED STATES | | 1994-02-15 | 1821673 | PRINCIPAL | |

Tagged search results

Search term | farmers insurance group

| Serial Number | Wordmark | Image | Status | GoodsAndServicesTruncated | Basis | Filed Date | International Class | OwnerFullText | Priority Date | Registration Date | Registration Number | Registration Type | Supplemental Registration Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74384116 | FARMERS INSURANCE GROUP OF COMPANIES | Image for 74384116 | Live | IC 036: insurance services; namely, underwriting, claims administration and agency services for property and casualty, life, automobile, boat, farm and ranch, flood, workers' compensation, mortgage protection (life), renters, townhouse, condominium, and homeowners insurance [ ; underwriting and agency services of individual retirement annuities (IRA) and flexible payment annuities; administration of employee pension plans ]. | 1a | 1993-04-29 | IC 036 | FARMERS INSURANCE EXCHANGE (INTER-INSURANCE EXCHANGE; CALIFORNIA, USA); 6301 Owensmouth Avenue, 3rd Floor, Woodland Hills, California 91367, UNITED STATES | | 1994-02-15 | 1821672 | PRINCIPAL | |
| 74384122 | FARMERS INSURANCE GROUP | Image for 74384122 | Live | IC 036: insurance services; namely, underwriting, claims administration and agency services for property and casualty, life, automobile, boat, farm and ranch, flood, workers' compensation, mortgage protection (life), renters, townhouse, condominium, and homeowners insurance [ ; underwriting and agency services of individual retirement annuities (IRA) and flexible payment annuities; administration of employee pension plans ]. | 1a | 1993-04-29 | IC 036 | FARMERS INSURANCE EXCHANGE (INTER-INSURANCE EXCHANGE; CALIFORNIA, USA); 6301 Owensmouth Avenue, 3rd Floor, Woodland Hills, California 91367, UNITED STATES | | 1994-02-15 | 1821673 | PRINCIPAL | |

Exhibit C

Case 1:26-cv-11440-RGS Document 42-1 Filed 06/18/26 Page 28 of 32

Texas Department of Insurance
# Insurance License Renewal

## Agency Profile

**EVERQUOTE, INC.**
**Business Address:**
141 PORTLAND ST STE 701
CAMBRIDGE, MA 02139

| License/Registration | License/Reg Type | Qualification | Most Recent Issue Date | Exp Date | Status |
|---|---|---|---|---|---|
| 1729095 | General Lines Agency | Property and Casualty | 01/09/2012 | 01/09/2028 | Active |
| 1729095 | General Lines Agency | Life, Accident, Health and HMO | 06/21/2018 | 01/09/2028 | Active |

**Have a payment or insurance license question?** Call the Texas Department of Insurance at 512-676-6500. You also might be able to get your answer on the Texas Department of Insurance's website.

**Need help with this portal?** Call 1-877-452-9060 or email Support@TexasGovHelpDesk.com.

Texas Department of Insurance
# Insurance License Renewal

## Appointments

**EVERQUOTE, INC.**

| Company | Active |
|---|---|
| ASI LLOYDS | 09/09/2024 |
| CLEARCOVER INSURANCE COMPANY | 08/24/2022 |
| HOMESITE INSURANCE COMPANY | 08/11/2020 |
| HOMESITE LLOYD'S OF TEXAS | 08/11/2020 |
| INFINITY COUNTY MUTUAL INSURANCE COMPANY | 08/09/2023 |
| LEMONADE INSURANCE COMPANY | 10/28/2020 |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, THE | 07/12/2018 |
| MARKEL AMERICAN INSURANCE COMPANY | 09/15/2023 |
| SAFE AUTO INSURANCE COMPANY | 09/07/2017 |
| UNITED OF OMAHA LIFE INSURANCE COMPANY | 10/05/2021 |

**Have a payment or insurance license question?** Call the Texas Department of Insurance at 512-676-6500. You also might be able to get your answer on the Texas Department of Insurance's website.

**Need help with this portal?** Call 1-877-452-9060 or email Support@TexasGovHelpDesk.com.

Exhibit D

Texas Department of Insurance
# Insurance License Renewal

## Agent Profile

Note to agents and adjusters:

- Renewal notices will be emailed to your business email address. You can check and change the email we have for you by going to the Sircon website.

- You can renew your license online starting 90 days before your license expires. When it's time to renew, a "Renew license" button will appear on this page.

- Not all license types are able to renew through this portal. If you don't have more than a month to renew, or don't see your information on the search, go to the Agents/Adjusters section on the TDI website to learn about your options.

**ALEXANDER JOSEPH HOLMES**
**Business Address:**
LUBBOCK, TX 79424

| License/Registration | License/Reg Type | Qualification | Most Recent Issue Date | Exp Date | Status |
|---|---|---|---|---|---|
| 3319926 | General Lines Agent | Life, Accident, Health and HMO | 05/28/2025 | 03/31/2027 | Active |
| 3319926 | General Lines Agent | Property and Casualty | 04/10/2025 | 03/31/2027 | Active |

**Have a payment or insurance license question?** Call the Texas Department of Insurance at 512-676-6500. You also might be able to get your answer on the Texas Department of Insurance's website.

**Need help with this portal?** Call 1-877-452-9060 or email Support@TexasGovHelpDesk.com.

Texas Department of Insurance
# Insurance License Renewal

## Appointments

**ALEXANDER JOSEPH HOLMES**

| Company | Active |
|---------|--------|
| FARMERS INSURANCE EXCHANGE | 04/15/2025 |
| FARMERS NEW WORLD LIFE INSURANCE COMPANY | 05/29/2025 |
| FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY | 04/15/2025 |
| FIRE INSURANCE EXCHANGE | 04/15/2025 |
| FOREMOST COUNTY MUTUAL INSURANCE COMPANY | 04/15/2025 |
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN | 04/15/2025 |
| FOREMOST LLOYDS OF TEXAS | 04/15/2025 |
| MID-CENTURY INSURANCE COMPANY | 04/15/2025 |
| MID-CENTURY INSURANCE COMPANY OF TEXAS | 04/15/2025 |
| TEXAS FARMERS INSURANCE COMPANY | 04/15/2025 |
| TRUCK INSURANCE EXCHANGE | 04/15/2025 |

**Have a payment or insurance license question?** Call the Texas Department of Insurance at 512-676-6500. You also might be able to get your answer on the Texas Department of Insurance's website.

**Need help with this portal?** Call 1-877-452-9060 or email Support@TexasGovHelpDesk.com.