**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ROBERT HOSSFELD, individually and on behalf of others similarly situated,<br>*Plaintiff,*<br><br>*v.*<br><br>EVERQUOTE, INC., and FARMERS GROUP, INC.<br>*Defendants.* | Case No. 1:26-cv-11440-RGS |

**DEFENDANT EVERQUOTE, INC.'S  MOTION TO STRIKE CLASS ALLEGATIONS**

Defendant EverQuote, Inc. ("EverQuote"), by and through its undersigned counsel, hereby moves this Honorable Court for an Order striking the class allegations of Plaintiff Robert Hossfeld's ("Plaintiff") First Amended Complaint ("FAC").

**LOCAL RULE 7.1 (A)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that on June 16, 2026, counsel for EverQuote has conferred in good faith with counsel for Plaintiff, Robert Hossfeld, via email, prior to filing this Motion in an attempt to resolve the issues raised herein. Following this conferral, Plaintiff's counsel opposes the relief sought.

*/s/ Christopher B. Parkerson*
Christopher B. Parkerson

1

Dated: June 18, 2026

Respectfully submitted,

/s/ Christopher B. Parkerson
Christopher B. Parkerson, (BBO#662952)
Campbell Conroy & O'Neil, P.C.
20 City Square, Suite 300
Boston, MA 02129
Telephone: (617) 241-3075
cparkerson@campbell-trial-lawyers.com

-and-

Eric J. Troutman (*pro hac vice forthcoming)*
Tori L. Guidry (*pro hac vice forthcoming*)
Blake H. Landis (*pro hac vice forthcoming*)
Troutman Amin, LLP
400 Spectrum Center Drive, Suite 1450
Irvine, CA 92618
Telephone: (949) 350-3663
Facsimile:(949)203-8689
tori@troutmanamin.com

*Counsel for Defendant EverQuote, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 18, 2026, a copy of the foregoing was filed electronically and served by other electronic means on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Christopher B. Parkerson
Christopher B. Parkerson

2