AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| | |
|---|---|
| ROBERT HOSSFELD | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    1:26-cv-11440 |
| EVERQUOTE, INC. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT, EverQuote, Inc.

Date:    06/18/2026

/s/ Puja Amin
*Attorney's signature*

PUJA AMIN #299547
*Printed name and bar number*

Troutman Amin, LLP
400 Spectrum Center Drive
Suite 1450
Irvine, CA 92618
*Address*

amin@troutmanamin.com
*E-mail address*

(949) 412-5436
*Telephone number*

(949) 203-8689
*FAX number*

## CERTIFICATE OF SERVICE

I, Monique M. Perantoni, hereby certify that on June 18, 2026, I electronically filed the within, Appearance of Counsel for Puja Amin, with the Clerk of the Court using the electronic filing system (EFS) which will send such notification of such filing to counsel of record.

/s/ Monique M. Perantoni

Monique M. Perantoni