**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **ROBERT HOSSFELD,** individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> **EVERQUOTE, INC. and FARMERS GROUP, INC.** <br><br> *Defendants*. | Case No. 1:26-cv-11440-RGS |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO
FARMERS GROUP, INC.'S MOTION TO DISMISS** [Dkt 24]

Plaintiff Robert Hossfeld respectfully requests that the Court extend the time within which he must respond to Farmers Group, Inc.'s Motion to Dismiss, Dkt. 24, by two weeks to July 16, 2026. Through conferral, Farmers has indicated that it does not oppose this extension. In support, Plaintiff states:

1. This Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq. case alleges that defendants engaged in improper telemarketing. Farmers has moved to dismiss, Dkt. 24; pursuant to L.R. 7.1(b)(2), Plaintiff's response brief is currently due July 2, 2026.

2. Plaintiff requests that the Court extend the time within which he may file his response by two weeks, to July 16, 2026.

3. Good cause exists for the requested extension. Plaintiff's counsel responsible for drafting the response brief has substantial other professional obligations as well as family activities attendant to the Fourth of July holiday, such that completing the brief by the current deadline is not feasible.

4.      Plaintiff's counsel Alex Burke conferred with Farmers' counsel Brian Hays through email on June 26, 2026, and Mr. Hays stated that Farmers does not oppose this extension. EverQuote's counsel did not respond to Plaintiff's requests for it to state its position.

5.      Plaintiff files this motion for the reasons herein, and not for any dilatory or improper purpose. No party will be prejudiced if the extension is allowed.

WHEREFORE, Plaintiff respectfully requests that the Court extend the time within which he must respond to Farmers Group, Inc.'s Motion to Dismiss, Dkt. 24, by two weeks to July 16, 2026.

Dated: July 1, 2026                              Respectfully submitted,

/s/Alexander H. Burke

Alexander H. Burke
**BURKE LAW OFFICES, LLC**
909 Davis Street, Suite 500
Evanston, IL 60201
(312) 729-5288
ABurke@BurkeLawLLC.com

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 1, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/Alexander H. Burke