IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT HOSSFELD, individually and on behalf of others similarly situated,
                    *Plaintiff*,

v.                                                          Case No. 1:26-cv-11440-RGS

EVERQUOTE, INC., and FARMERS GROUP, INC.
                    *Defendants.*

**DEFENDANT EVERQUOTE, INC.'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF ITS MOTION TO STRIKE CLASS ALLEGATIONS**

Defendant EverQuote, Inc. ("EverQuote"), pursuant to Local Rule 7.1(b)(3), respectfully moves this Court for leave to file reply brief in further support of its Motion to Strike Class Allegations [ECF No. 47]. In support of this Motion, EverQuote states as follows:

1.      On June 18, 2026, EverQuote filed its Motion to Strike Class Allegations [ECF No. 47], along with a supporting memorandum of law [ECF No. 48].

2.      On June 30, 2026, Plaintiff filed his Opposition to EverQuote's Motion to Strike Class Allegations. [ECF No. 54].

3.      In Plaintiff's Opposition to EverQuote's Motion to Strike Class Allegations [ECF No. 54], Plaintiff raised the following arguments: (1) striking class allegations at the pleading stage is premature and disfavored; (2) there is no requirement in the TCPA that individuals personally register their telephone number on the Do Not Call Registry to have a claim; (3) consent and established business relationship defenses do not warrant striking class allegations prior to discovery; (4) text messages qualify as "calls" under the TCPA's Do Not Call provisions; and (5) the proposed class definitions are not fail-safe classes. EverQuote

1

seeks to respond to these arguments. EverQuote respectfully submits that its reply will assist the Court in resolving this Motion.

4.      EverQuote submits that its reply brief will not exceed ten (10) pages, consistent with Local Rule 7.1(b)(4), and respectfully requests fourteen (14) days from the date of the Court's Order granting this Motion to file its reply.

5.      Plaintiff will not be prejudiced by the filing of a reply brief, as no hearing is currently scheduled on EverQuote's Motion to Strike Class Allegations.

6.      On July 6, 2026, counsel for EverQuote conferred with counsel for Plaintiff via email regarding this request. Plaintiff's counsel did not take a position, indicating he would need to review the reply brief before doing so.

WHEREFORE, for all of these reasons, EverQuote respectfully requests the Court grant this Motion for Leave to file Reply Brief in support of its Motion to Strike Class Allegations [ECF No. 47], and permit EverQuote to file its reply brief within fourteen (14) days of the Court's Order on this Motion.

**CERTIFICATE OF CONFERRAL**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that on July 6, 2026, counsel for EverQuote conferred with counsel for Plaintiff, Anthony I. Paronich, via email regarding the relief sought in this Motion. Plaintiff's counsel did not take a position on the relief sought.

*/s/ Christopher B. Parkerson*
Christopher B. Parkerson

Dated: July 7, 2026

Respectfully submitted,

*/s/ Christopher B. Parkerson*
Christopher B. Parkerson, (BBO#662952)
Campbell Conroy & O'Neil, P.C.
20 City Square, Suite 300
Boston, MA 02129
Telephone: (617) 241-3075
cparkerson@campbell-trial-lawyers.com

AND

Eric J. Troutman (*pro hac vice)*
Tori L. Guidry (*pro hac vice*)
Blake H. Landis (*pro hac vice*)
Troutman Amin, LLP
400 Spectrum Center Drive, Suite 1450
Irvine, CA 92618
Telephone: (949) 350-3663
Facsimile:(949)203-8689
tori@troutmanamin.com

*Counsel for Defendant EverQuote, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 7, 2026, a copy of the foregoing was filed electronically and served by other electronic means on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Christopher B. Parkerson*
Christopher B. Parkerson

3