**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ROBERT HOSSFELD, individually and on behalf of others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:26-cv-11440-RGS |
| EVERQUOTE, INC. and FARMERS GROUP, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANT FARMERS GROUP, INC.'S MOTION FOR LEAVE TO FILE REPLY
BRIEF IN SUPPORT OF ITS MOTION TO DISMISS AMENDED COMPLAINT**

Defendant Farmers Group, Inc. ("FGI"), PURSUANT TO Local Rule 7.1(b)(3), respectfully moves this Court for leave to file the attached reply brief (Exhibit A) in further support of its Motion to Dismiss Plaintiff's Amended Complaint [ECF No. 41]. In support of this Motion, FGI states as follows:

1.      On May 28, 2026 Plaintiff filed its Amended Complaint [ECF No. 28].

2.      On June 18, 2026 FGI filed its Motion to Dismiss the Amended Complaint [ECF No. 41], along with a supporting memorandum of law [ECF No. 42].

3.      On July 16, 2026, Plaintiff filed his Opposition to FGI's Motion to Dismiss [ECF No. 64].

4.      On July 21, 2026, the Court granted Defendant EverQuote's motion for leave to file a reply in support of its motion to dismiss [ECF No. 66].

5.      FGI submits that its reply brief will not exceed ten (10) pages, consistent with Local Rule 7.1(b)(4), and respectfully attaches its reply to this Motion as Exhibit A.

WHEREFORE, for all of these reasons, FGI respectfully requests the Court grant this Motion for Leave to file Reply Brief in support of its Motion to Dismiss [ECF No. 41], and permit FGI to file its reply brief.

Respectfully submitted,

FARMERS GROUP, INC.

By its attorneys,

Dated: July 31, 2026

_____
Maxwell Gessman (BBO #715177)
TROUTMAN PEPPER LOCKE LLP
111 Huntington Avenue, 9th Floor
Boston, MA 02199-7613
Tel: (617) 239-0100
Maxwell.gessman@troutman.com


Brian Hays (*Admitted Pro Hac Vice*)
Randall Hack
TROUTMAN PEPPER LOCKE LLP
111 South Wacker Drive
Chicago, IL 60606
T: 312-443-0700
Brian.hays@troutman.com
Randall.hack@troutman.com

**Local Rule 7.1 Certification**

I certify that on July 31, 2026, counsel for the parties conferred in good faith in an effort to resolve or narrow the issue presented by this motion. Plaintiff's counsel does not take a position on the relief sought, indicating they would need to review the reply before doing so.

_____
Maxwell Gessman

2

**Certificate of Service**

I hereby certify that on July 31, 2026, a true and correct copy of the foregoing motion was filed through the Court's Electronic Case Filing (ECF) system and thereby served on all parties registered to receive electronic notifications through ECF.

_____
Maxwell Gessman