## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**ROBERT HOSSFELD,** individually and on behalf of all others similarly situated,

*Plaintiff,*

v.

**EVERQUOTE, INC., and FARMERS GROUP, INC.,**

*Defendants.*

Case No. 1:26-cv-11440-RGS

Hon. Richard G. Stearns

### DEFENDANT EVERQUOTE, INC.'S MOTION FOR CLARIFICATION, TO SET A SUMMARY TRIAL ON ARBITRABILITY PURSUANT TO 9 U.S.C. § 4, AND TO STAY DISCOVERY

Defendant EverQuote, Inc. ("EverQuote") respectfully seeks clarification of the Court's August 6, 2026 Order (ECF No. 72) denying EverQuote's Motion to Compel Arbitration (ECF Nos. 43, 44) (the "Motion"), and requests that the Court (1) clarify that the denial is without prejudice and hold the Motion in abeyance pending resolution of the disputed formation issue, (2) set a summary trial on the existence of the parties' arbitration agreement pursuant to Section 4 of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 4, and (3) stay discovery, other than discovery targeted to the contract-formation question, pending resolution of that threshold issue. EverQuote does not ask the Court to revisit its finding that contract formation is disputed. It asks the Court to implement the procedure Section 4 requires once that finding has been made.

1

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(2), I hereby certify that on August 14, counsel for EverQuote has conferred in good faith with counsel for Plaintiff, Robert Hossfeld, via email, prior to filing this Motion in an attempt to resolve the issues raised herein. Following this conferral, Plaintiff's counsel opposes the relief sought.

*/s/ Christopher B. Parkerson*
Christopher B. Parkerson

Dated: August 14, 2026

Respectfully submitted,

*/s/ Christopher B. Parkerson*
Christopher B. Parkerson, (BBO#662952)
Campbell Conroy & O'Neil, P.C.
20 City Square, Suite 300
Boston, MA 02129
Telephone: (617) 241-3075
cparkerson@campbell-trial-lawyers.com

-and-

Eric J. Troutman (*pro hac vice)*
Tori L. Guidry (*pro hac vice*)
Blake H. Landis (*pro hac vice*)
Troutman Amin, LLP
400 Spectrum Center Drive
Suite 1450
Irvine, CA 92618
Telephone: (949) 350-3663
Facsimile:(949)203-8689
tori@troutmanamin.com

*Counsel for Defendant EverQuote, Inc.*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 14, 2026, a copy of the foregoing was filed electronically and served by other electronic means on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Christopher B. Parkerson*
Christopher B. Parkerson