**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ROBERT HOSSFELD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EVERQUOTE, INC., and FARMERS GROUP, INC.,<br>Defendants. | Civil Action No. 1:26-cv-11440-RGS |

**DEFENDANT'S OPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE PLEAD**

Defendant Farmers Group, Inc. ("FGI"), hereby moves without the assent of Plaintiff to extend the deadline to answer or otherwise respond to Plaintiff's First Amended Complaint ("FAC") until after a decision on the question of whether the parties agreed to arbitrate this dispute at the Summary Trial set for November 16, 2026 [ECF 76, 77]. In the alternative, FGI requests an extension of 14 days to September 3, 2026 to answer or otherwise respond.

The purpose of arbitration is to avoid the time and expense associated with litigation. Requiring FGI to file an answer, affirmative defenses, and any counterclaims in this Court before the Summary Trial may result in additional and unnecessary expense. The American Arbitration Association's rules governing consumer arbitrations do not even require a respondent to file an answer. *See* Consumer Arbitration Rules, R-5, available at https://www.adr.org/industries/consumer/. A brief delay in answering the FAC will not prejudice Plaintiff.

In the alternative, FGI requests an additional 14 days to September 3, 2026, to file their answers, affirmative defenses, and any counterclaims. FGI states that it requires additional time to

address the impact of the Court's ruling setting the matter for Summary Trial to avoid the possibility of doing anything that would waive its right to compel arbitration and to prepare and finalize its response to the allegations raised in Plaintiff's FAC.

Counsel for FGI attempted to obtain the assent of Plaintiff to the filing of this motion by email on August 19, 2026, and by leaving a voicemail on August 20, 2026. Plaintiff's counsel has not responded to FGI's counsel.

Wherefore, FGI requests the Court grant its motion extending the date to answer or otherwise plead until after the Court enters a ruling on the Summary Trial or in the alternative, by September 3, 2026.

Respectfully submitted,

FARMERS GROUP, INC.

By its attorneys,

Dated: August 20, 2026

*/s/ Maxwell Gessman*
Maxwell Gessman (BBO #715177)
TROUTMAN PEPPER LOCKE LLP
111 Huntington Avenue, 9th Floor
Boston, MA 02199-7613
Tel: (617) 239-0100
Maxwell.gessman@troutman.com

Brian Hays (*Admitted Pro Hac Vice)*
Randall Hack
TROUTMAN PEPPER LOCKE LLP
111 South Wacker Drive
Chicago, IL 60606
T: 312-443-0700
Brian.hays@troutman.com

**Local Rule 7.1 Certification**

I certify that on August 20, 2026, counsel for the parties attempted to confer in good faith in an effort to resolve or narrow the issue presented by this motion. Plaintiff has not responded to FGI's counsel regarding their assent or opposition.

/s/ *Maxwell Gessman*
Maxwell Gessman

**Certificate of Service**

I hereby certify that on August 20, 2026, a true and correct copy of the foregoing motion was filed through the Court's Electronic Case Filing (ECF) system and thereby served on all parties registered to receive electronic notifications through ECF.

/s/ *Maxwell Gessman*
Maxwell Gessman