UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT HOSSFELD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EVERQUOTE, INC., and FARMERS GROUP, INC.,<br>Defendants. | Civil Action No. 1:26-cv-11440-RGS |

**DEFENDANTS' JOINT OPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE PLEAD**

Defendants, Farmers Group, Inc. ("FGI") and EverQuote, Inc. ("EverQuote") (collectively, "Defendants") hereby move without the assent of Plaintiff to extend their deadlines to answer or otherwise respond to Plaintiff's First Amended Complaint ("FAC") until after a decision on the question of whether the parties agreed to arbitrate this dispute at the Summary Trial set for November 16, 2026 [ECF 76, 77]. Requiring Defendants to file an answer, affirmative defenses, and any counterclaims in this Court will result in additional, and potentially unnecessary expense. The purpose of arbitration is to avoid the time and expense associated with litigation. The rules governing pleadings, denials, and discovery in arbitration are more streamlined. A brief delay in answering the FAC will not prejudice Plaintiff.

In the alternative, Defendants request an additional 14 days to September 3, 2026, to file their answers, affirmative defenses, and any counterclaims. Defendants state that they require additional time to address the impact of the Court's ruling setting the matter for Summary Trial to

avoid the possibility of doing anything that would waive their rights to compel arbitration and to prepare and finalize their responses to the allegations raised in Plaintiff's FAC.

Counsel for Defendants attempted to obtain the assent of Plaintiff to the filing of this motion by email on August 19, 2026, and by leaving a voicemail on August 20, 2026. Plaintiff's counsel has not responded to Defendants' counsel.

Wherefore, Defendants request the Court grant this motion extending the date to answer or otherwise plead until after the Court enters a ruling on the Summary Trial or in the alternative, by September 3, 2026.

Respectfully submitted,

FARMERS GROUP, INC.
By its attorneys,

Dated: August 20, 2026

*/s/ Maxwell Gessman*
Maxwell Gessman (BBO #715177)
TROUTMAN PEPPER LOCKE LLP
111 Huntington Avenue, 9th Floor
Boston, MA 02199-7613
Tel: (617) 239-0100
Maxwell.gessman@troutman.com

Brian Hays (*Admitted Pro Hac Vice)*
Randall Hack
TROUTMAN PEPPER LOCKE LLP
111 South Wacker Drive
Chicago, IL 60606
T: 312-443-0700
Brian.hays@troutman.com

-and-

*/s/ Christopher B. Parkerson*
Christopher B. Parkerson, (BBO#662952)
Campbell Conroy & O'Neil, P.C.
20 City Square, Suite 300
Boston, MA 02129
Telephone: (617) 241-3075
cparkerson@campbell-trial-lawyers.com

-and-

Eric J. Troutman (*pro hac vice)*
Tori L. Guidry (*pro hac vice*)
Blake H. Landis (*pro hac vice*)
Troutman Amin, LLP
400 Spectrum Center Drive
Suite 1450
Irvine, CA 92618
Telephone: (949) 350-3663
Facsimile:(949)203-8689
tori@troutmanamin.com

*Counsel for Defendant EverQuote, Inc.*

**Local Rule 7.1 Certification**

I certify that on August 20, 2026, counsel for the parties attempted to confer in good faith in an effort to resolve or narrow the issue presented by this motion. Plaintiff has not responded to FGI's counsel regarding their assent or opposition.

/s/ *Maxwell Gessman*
Maxwell Gessman

**Certificate of Service**

I hereby certify that on August 20, 2026, a true and correct copy of the foregoing motion was filed through the Court's Electronic Case Filing (ECF) system and thereby served on all parties registered to received electronic notifications through ECF.

/s/ *Maxwell Gessman*
Maxwell Gessman