**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**ROBERT HOSSFELD,** individually and on behalf of all others similarly situated,

*Plaintiff,*

*v.*

**EVERQUOTE, INC., and FARMERS GROUP, INC.**

*Defendants.*

Case No. 1:26-cv-11440-RGS

Hon. Richard G. Stearns

## JOINT NOTICE OF SETTLEMENT

Plaintiff Robert Hossfeld and Defendants EverQuote, Inc. and Farmers Group, Inc. (together, the "Parties") hereby give notice that a settlement has been reached in the above-captioned matter of Plaintiff's individual claims. Accordingly, the Parties respectfully request that this Court vacate the November 16, 2026 trial and all upcoming deadlines and allow sixty (60) days for the parties to finalize their settlement and file a Stipulation of Dismissal with Prejudice as to all parties.

Dated: October 22, 2026

Respectfully submitted,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com

Alexander H. Burke (*pro hac vice*)
BURKE LAW OFFICES, LLC
909 Davis St., Suite 500
Evanston, IL 60201
Telephone: (312) 729-5288
aburke@burkelawllc.com

*Attorneys for Plaintiff*
-AND-

*/s/ Eric J. Troutman*
Eric J. Troutman (*pro hac vice)*
Tori L. Guidry (*pro hac vice*)
Blake H. Landis (*pro hac vice*)
Troutman Amin, LLP
400 Spectrum Center Drive
Suite 1450
Irvine, CA 92618
Telephone: (949) 350-3663
Facsimile:(949)203-8689
tori@troutmanamin.com

Christopher B. Parkerson, (BBO#662952)
Campbell Conroy & O'Neil, P.C.
20 City Square, Suite 300
Boston, MA 02129
Telephone: (617) 241-3075
cparkerson@campbell-trial-lawyers.com

*Counsel for Defendant EverQuote, Inc.*

-AND-

/s/ *Brian I. Hays*
Brian I. Hays (*pro hac vice*)
TROUTMAN PEPPER LOCKE LLP
225 W. Randolph Street, Suite 2600
Chicago, IL 60606
Telephone: (312) 443-1707
brian.hays@troutman.com

Maxwell Gessman (BBO No. 715177)
TROUTMAN PEPPER LOCKE LLP
111 Huntington Avenue, 8th Floor
Boston, MA 02199
Telephone: (617) 239-0377
maxwell.gessman@troutman.com

*Attorneys for Defendant Farmers Group, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day October 2026, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

*/s/*___________
Anthony I. Paronich (BBO No. 678437)