UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Robert Hossfeld**
Plaintiff

v. Civil Action No. 1:26-cv-11440-RGS

**EverQuote, Inc et al**
Defendants

SETTLEMENT ORDER OF DISMISSAL

STEARNS, D.J.

The Court having been advised by Counsel that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated.

By the Court,

10/23/2026
Date

/S/ Jacqueline Martin
Docket Clerk